F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC., <br><br> Defendants. | Civil No. 2:22-cv-02095-JAD-DJA <br><br> **JOINT STIPULATION AND ORDER TO (1) SET A DEADLINE OF FEBRUARY 27, 2023 FOR ALL DEFENDANTS TO ANSWER, (2) SET ASIDE ENTRY OF DEFAULT AS TO DEFAULTED DEFENDANTS, AND (3) WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO SERVE DEFENDANT LE INNOVATION INC.** <br><br> **First Request** |

The parties to this action, Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Plaintiffs") and Defendants LEPRO Innovation Inc., LE Innovation Inc, Innovation Rules Inc., Home Ever Inc., and Leitianlighting, Inc. (collectively, "Defendants") jointly stipulate and agree to an order to (1) set a deadline of **February 27, 2023,** for all Defendants to answer; (2) set aside entry of default as to defaulted defendants (ECF 22); and (3) withdraw

Plaintiffs' motion for leave to serve Defendant LE Innovation Inc., via the Nevada Secretary of State (ECF 20).  This is the first such request of the parties.

Counsel for Defendants have agreed to: (i) waive service on behalf of the Defendant LE Innovation Inc., (ii) not to contest whether service is proper with respect to Defendants LEPRO Innovation Inc., Innovation Rules Inc., Home Ever Inc., and Leitianlighting, Inc., and (iii) to answer on behalf of all Defendants by **February 27, 2023**.

In consideration of a common answer deadline for **all** Defendants of February 27, 2023, and Defendants' agreement on issues relating to service, Plaintiffs agree to set aside entry of default as to Defendants LEPRO Innovation Inc., Innovation Rules Inc., Home Ever Inc., and Leitianlighting, Inc. (ECF 22) and to withdraw Plaintiffs' Motion for Leave to Serve Nevada Secretary of State in the Stead of Defendant LE Innovation Inc. (ECF 20).

The parties respectfully submit that good faith exists to grant the requested relief. Defendants' newly retained counsel represents that Defendants, whose principals are from, and apparently were in, China when this action was filed and service was performed did not actually become aware of the lawsuit until around January 10, 2023, and then were further delayed in seeking to obtain representation due to the Chinese New-Year holiday break.  While Plaintiffs contend that many of these delays were self-imposed as a result of Defendants' failure to maintain registered agents as required under Nevada law, to avoid further delays, lengthy motion practice, and "to secure the just, speedy, and inexpensive determination" of this action pursuant to Rule 1 of the Federal Rules of Civil Procedure, Plaintiffs have agreed to this stipulation.

Plaintiffs, nevertheless, reserve their right to seek their costs, expenses, disbursements, and reasonable attorneys' fees incurred as a result of Defendants' actions and omissions at the conclusion of this action.

/ / /

/ / /
/ / /
/ / /
/ / /

- 2 -
STIPULATION AND ORDER

WHEREFORE, the parties hereby stipulate to the entry of an order as follows:

(1) The deadline for all Defendants to file and serve their answer to the Complaint is **February 27, 2023**;

(2) The entry of default as to Defendants LEPRO Innovation Inc., Innovation Rules Inc., Home Ever Inc., and Leitianlighting, Inc. (ECF No. 22) is set aside; and

(3) Plaintiffs' Motion for Leave to Serve Nevada Secretary of State in the Stead of Defendant LE Innovation Inc. (ECF No. 20) is withdrawn.

Dated: February 15, 2023

Respectfully submitted,

/s/ F. Christopher Austin
F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V.*

Respectfully submitted,

/s/ Akke Levin
Akke Levin (SBN 9102)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Akke.Levin@gtlaw.com

Hua Chen (*Pro Hac Vice* to be submitted)
SCIENBIZIP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
Email: huachen@scienbizippc.com

*COUNSEL FOR DEFENDANTS*
*LEPRO Innovation Inc.,*
*LE Innovation Inc.,*
*Innovation Rules Inc.,*
*Home Ever Inc., and*
*Leitianlighting, Inc.*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 16, 2023

- 3 -
STIPULATION AND ORDER