F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC., <br><br> Defendants. | Civil No. 2:22-cv-02095-JAD-DJA <br><br> **JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO INVALIDITY CONTENTIONS** <br><br> **First Request** |

The parties to this action, Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Plaintiffs") and Defendants LEPRO Innovation Inc., LE Innovation Inc, Innovation Rules Inc., Home Ever Inc., and Letianlighting, Inc. (collectively, "Defendants") jointly stipulate and agree to an order extending Plaintiffs' deadline to respond to Defendants' invalidity contentions from June 1, 2023, to June 5, 2023. This is the first request for such an extension.

Defendants served their non-infringement and invalidity contentions on May 19, 2023 instead of the May 18, 2023 deadline. No other case deadlines are affected by the requested extension. Accordingly, good cause exists for the requested relief.

WHEREFORE, the parties hereby stipulate to the entry of an order extending the deadline for Plaintiffs to serve their responses to Defendants' invalidity contentions from June 1, 2023, to June 5, 2023.

Dated: June 1, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ F. Christopher Austin | /s/ Akke Levin |
| F. Christopher Austin (SBN 6559)<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144<br>Telephone: (702) 382-4804<br>Email: caustin@weidemiller.com | Akke Levin (SBN 9102)<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: Akke.Levin@gtlaw.com |
| Jeremy P. Oczek (*Pro hac vice*)<br>BOND, SCHOENECK & KING, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Telephone: (716) 416-7000<br>Email: jpoczek@bsk.com | Hua Chen (*Pro Hac Vice* to be submitted)<br>SCIENBIZIP, P.C.<br>550 S. Hope Street, Suite 2825<br>Los Angeles, California 90071<br>Telephone: (213) 426-1771<br>Email: huachen@scienbizippc.com |
| Jonathan L. Gray (*Pro hac vice*)<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8500<br>Email: jlgray@bsk.com | *COUNSEL FOR DEFENDANTS*<br>*LEPRO Innovation Inc.,*<br>*LE Innovation Inc.,*<br>*Innovation Rules Inc.,*<br>*Home Ever Inc., and*<br>*Leitianlighting, Inc.* |
| *COUNSEL FOR PLAINTIFFS*<br>*Signify North America Corporation and*<br>*Signify Holding B.V.* | |

**IT IS SO ORDERED**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 2, 2023