F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

*Counsel for Plaintiffs*
*Signify North America Corporation*
*and Signify Holding B.V.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,<br><br>Defendants. | Case 2:22-cv-02095-JAD-DJA<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>[D. Nev. LPR 1-15] |

Pursuant to Local Patent Rule 1-15 and the Court's Scheduling Order (ECF No. 37), Plaintiffs and Defendants submit the following Joint Claim Construction and Prehearing Statement.

- 1 -
**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Signify"), and Defendants LEPRO Innovation Inc., LE Innovation Inc, Innovation Rules Inc., Home Ever Inc., and Leitianlighting, Inc. (collectively, "Defendants") (together, "the parties"), by and through their attorneys of record, hereby submit the following joint claim construction prehearing statement for certain terms/phrases in U.S. Patent No. 7,014,336 ("the '336 Patent"), U.S. Patent No. 7,038,399 ("the '399 Patent"), U.S. Patent No. 7,348,604 ("the '604 Patent"), U.S. Patent No. 7,352,138 ("the '138 Patent"), U.S. Patent No. 8,063,577 ("the '577 Patent"), U.S. Patent No. 9,709,253 ("the '253 Patent"), and U.S. Patent No. RE 49,320 ("the '320 Patent") (collectively, the "Patents-in-Suit"), as well as the parties' respective evidence in support of those constructions.

### A.   LPR 1-15(a): Agreed Terms/Phrases

The parties do not agree on a construction for any of the claim terms contended to require construction. The parties agree that any term that is not identified herein as indefinite or requiring a construction shall have its plain and ordinary meaning as understood by a person of ordinary skill in the context of the intrinsic record.

### B.   LPR 1-15(b): Disputed Terms/Phrases

The parties dispute the construction of the terms/phrases as set forth in **Appendix A**. The tables therein include each party's proposed construction of each disputed term/phrase, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose the other party's proposed construction, including dictionary definitions, prior art, and testimony of expert witnesses. The parties reserve the right to rely on any of the opposing cited evidence to support its proposed constructions.

### C.   LPR 1-15(c): Significant Disputed Terms/Phrases

The parties respectfully submit that all disputed claim terms/phrases are significant to the resolution of the case as each disputed claim term/phrase is contained in independent claims (rather than dependent claims) of the Patents-in-Suit.

The parties agree that the following term would be claim dispositive:

- "background noise" (claims 132 and 186 of the '336 Patent)

### D.     LPR 1-15(d): Length of Time for Claim Construction Hearing

The parties respectfully request that each side be given three and one half (3.5) hours at the Claim Construction hearing for a total of seven (7) hours. The parties respectfully request that Claim Construction Hearing be scheduled the day after the Claim Construction Tutorial (as set forth in the section below).

### E.     LPR 1-15(e): Claim Construction Tutorial

The parties respectfully request that each side be given one (hour) to present a short summary and explanation of the technology at issue for a total of two (2) hours. The parties believe that it would be beneficial for the Claim Construction Tutorial to be scheduled the day before the Claim Construction Hearing.

### F.     LPR 1-15(f): Proposed Dates for Claim Construction Hearing

The parties propose the following dates on which a Claim Construction Hearing could be held during the weeks of October 2-6 and October 16-20, 2023. Pursuant to LPR 1-15(f), these dates are within 60 days of the date by which claim construction briefing is to be completed.

### G.     LPR 1-15(g): Witnesses

Signify may rely on the testimony of Dr. Regan Zane, a non-party expert witness, in support of certain of Signify's proposed constructions and in response to certain of Defendants' proposed constructions in connection with the '577 Patent, including, but not limited to, information to be provided in declarations, depositions, or live testimony during the Signify's claim construction hearing. Specifically, Signify may present Dr. Zane's opinion regarding the meaning of certain claim terms in the '577 Patent to one of ordinary skill in the art and the accuracy of Defendants' proposed constructions versus Signify's proposed constructions based on the intrinsic and extrinsic evidence listed in this chart, as well as Dr. Zane's experience, expertise, and industry knowledge.

Defendants do not believe testimonial evidence from non-party expert witnesses is necessary to resolve the parties' claim construction dispute over certain claim terms in the '577

Patent. However, to the extent that Signify elects to proffer testimony including declarations, depositions, or live testimony during the claim construction hearing from non-party expert witness Dr. Regan Zane to support Signify's claim construction positions, Defendants reserve the right to call Dr. Peter Shackle, a non-party expert witness, to offer his opinion including declarations, depositions, or live testimony at the claim construction hearing. Dr. Shackle may opine on the understanding by one of ordinary skill in the art of certain claim terms in the '577 Patent, and the parties' claim construction positions based on the intrinsic and extrinsic evidence that the Court may admit and examine.

**H.     LPR 1-15(g): Claim Charts with Terms to Be Construed**

Attached hereto is **Appendix B** which contains the claim language of the asserted claims of the Patents-in-Suit, with disputed terms/phrases to be construed in bold, and the parties' proposed constructions.

1  Dated: July 17, 2023

2  Respectfully submitted,                          Respectfully submitted,

3  */s/ F. Christopher Austin*                      */s/ Akke Levin*

4  F. Christopher Austin (SBN 6559)                 Akke Levin (SBN 9102)
   WEIDE & MILLER, LTD.                             GREENBERG TRAURIG, LLP
5  10655 Park Run Drive, Suite 100                  10845 Griffith Peak Dr., Suite 600
   Las Vegas, Nevada 89144                          Las Vegas, Nevada 89135
6  Telephone: (702) 382-4804                        Telephone: (702) 792-3773
   Email: caustin@weidemiller.com                   Facsimile: (702) 792-9002
7                                                   Email: Akke.Levin@gtlaw.com

   Jeremy P. Oczek (Pro hac vice)
8  BOND, SCHOENECK & KING, PLLC                     Hua Chen (Pro hac vice)
   200 Delaware Avenue                              SCIENBIZIP, P.C.
9  Buffalo, New York 14202                          550 South Hope Street, Suite 2825
   Telephone: (716) 416-7000                        Los Angeles, California 90071
10 Email: jpoczek@bsk.com
                                                    *COUNSEL FOR DEFENDANTS*
11 Jonathan L. Gray (Pro hac vice)                  *LEPRO Innovation Inc.,*
   BOND, SCHOENECK & KING, PLLC                     *LE Innovation Inc.,*
12 One Lincoln Center                               *Innovation Rules Inc.,*
   Syracuse, New York 13202                         *Home Ever Inc., and*
13 Telephone: (315) 218-8500                        *Leitianlighting, Inc.*
   Email: jlgray@bsk.com
14
   *COUNSEL FOR PLAINTIFFS*
15 *Signify North America Corporation and*
   *Signify Holding B.V.*
16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -
**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**