# EXHIBIT 5

1

1         UNCERTIFIED ROUGH DRAFT TRANSCRIPT ONLY

2     UNCERTIFIED TRANSCRIPT DISCLAIMER IN THE MATTER OF

3    SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING

4         B.V. vs. LEPRO INNOVATION, INC., et al.

5                        -oOo-

6    THIS REALTIME TRANSLATION IS A ROUGH DRAFT AND IS

7    NEITHER CERTIFIED, EDITED, NOR PROOFREAD BY THE COURT

8    REPORTER. THIS UNCERTIFIED, UNEDITED ROUGH REALTIME

9    DRAFT MAY/WILL CONTAIN UNTRANSLATED STENOGRAPHIC

10   SYMBOLS, AN OCCASIONAL REPORTER'S NOTE, A MISSPELLED

11   PROPER NAME, AND/OR NONSENSICAL WORD COMBINATIONS.  ALL

12   SUCH ENTRIES WILL BE CORRECTED ON THE FINAL CERTIFIED

13   TRANSCRIPT.  THIS ROUGH REALTIME DRAFT CAN ONLY BE USED

14   FOR THE PURPOSE OF AUGMENTING COUNSEL(S) NOTES AND

15   SHALL NOT BE USED OR CITED IN ANY COURT, ARBITRATION,

16   OR DEPOSITION PROCEEDINGS OR DISTRIBUTED TO ANY OTHER

17   PARTIES.  THIS IS AN UNOFFICIAL TRANSCRIPT WHICH SHOULD

18   NOT BE RELIED UPON FOR PURPOSES OF VERBATIM CITATION OF

19   TESTIMONY.

20       THE PURCHASER ACKNOWLEDGES THEY WILL BE BILLED AN

21   ADDITIONAL PRICE PER PAGE FOR THE REALTIME ROUGH DRAFT

22   TRANSCRIPT; AND, FURTHERMORE, THAT THIS CONSTITUTES THE

23   PURCHASER'S ORDER FOR A CERTIFIED COPY OF THE FINAL

24   TRANSCRIPT.

25

1          MADAM COURT REPORTER:  Before we get started,

2    I just wanted to request that if any parties don't

3    anticipate on speaking, please mute yourself, as it may

4    be difficult to hear certain responses with background

5    noise.

6          My name is Michelle Ferreyra, Certified Court

7    Reporter for the State of Nevada, #876.  Today's date

8    is August 25, 2023.  The time is approximately  10:0r

9    a.m.

10          This is the deposition of Dr. Regan Zane.

11          At this time, I will ask counsel to identify

12    themselves and whom they represent, your location, and

13    agree on the record there is no objection to this

14    deposition officer administering a binding oath to the

15    witness via ZOOM, and then I will administer the oath.

16

17          MR. CHEN:  I'll go first.

18          This is Mr. Hue Chen, counsel for the

19    defendant in this case.  They are collectively known as

20    LE Pro Defendants.  I'm sorry.  It's a long name.  I'm

21    going to go through all of this.

22          And we do agree to this deposition being

23    taken via Zoom remotely, and we are currently based in

24    LA, Los Angeles, taking the depo.

25          MR. OCZEK:  This is Jeremy Oczek --

1          MR. CHEN:  Sorry, Jeremy, let me finish, just

2  for the record.

3          For the record, in the same room with me:

4  Our associate, you know, Shirti, as well as Attorney

5  Nick Brown from -- co-counsel from Greenberg Traurig.

6          Okay.  Jeremy, go ahead.

7          MR. OCZEK:  This is Jerry Oczek from Bond,

8  Schoeneck & King representing Plaintiffs Signify

9  North America Corporation and Signify Holding B.V., as

10  well as the witness, Dr. Regan Zane.

11          With me is counsel of record in the case,

12  Jonathan Gray, from my firm Bond, Schoeneck & King, as

13  well Chris Austin from the Weide & Miller firm located

14  in Las Vegas, Nevada.

15          I am in Buffalo, New York.  Jonathan is in

16  Syracuse, New York.  And we consent to the Zoom

17  deposition and proceeding today.

18          MADAM COURT REPORTER:  Could you announce

19  your clients as well, sir?

20          MR. OCZEK:  Sure.

21          Also listening in today from the client,

22  Signify, is Michael VanHandel and Gary Yen.

23          MADAM COURT REPORTER:  Thank you.

24              (Court reporter duly administers oath to

25              witness.)

4

```
 1          THE WITNESS:  Yes, I do.
 2          MADAM COURT REPORTER:  Thank you.
 3  Whereupon,
 4                    DR. ZANE REGAN,
 5  having been first duly sworn to testify to the truth,
 6  the whole truth and nothing but the truth, was examined
 7  and testified as follows:
 8
 9                    EXAMINATION
10  BY MR. CHEN:
11      Q.   So, Dr. Zane, good morning.
12          Could you please state your full name, just
13  for the record.
14      A.   Yes.  My full name Regan Andrew Zane.
15      Q.   Have you been deposed before?
16      A.   Yes, I have.
17      Q.   Do you recall roughly how many times have you
18  been deposed before?
19      A.   I don't but more than 20.
20      Q.   Thank you, Doctor.
21          So, Dr. Zane, I have uploaded into the chat
22  room for the Zoom meeting, which I previously marked as
23  Zane Declaration Exhibit 1.
24          Were you able to download it and review it in
25  your computer?
```

1      A.   Yes, I have.  I have a file named Zane

2  Declaration Exhibit 1.  On the first page it shows

3  Exhibit 16.  I'm just glancing through it briefly?

4           With my signature at the end, this is my

5  declaration.

6           And for your reference, I do have clean

7  printed copies on my desk in front of me of my

8  declaration and my -- and the patent itself.

9      Q.   Oh, that's wonderful.  Thank you so much for

10  the prep work.

11           So if I can bother to -- either the physical

12  copy or soft copy you have -- to Page 14 of your

13  declaration, which again is Zane Dec. Exhibit No. 1

14  that we have marked.

15           Is that your signature in the middle of the

16  page?

17      A.   Yes, I believe that is my signature.

18      Q.   Okay.

19           And this says:  Executed, this declaration,

20  on the 4th day of August 2023.

21           That's correct; right?

22      A.   That is correct.

23      Q.   So when you signed the declaration on

24  August 4, 2023, you believe the statements in your

25  declaration were true and correct; is that correct?

1      A.   That is correct.  And when the time is

2    appropriate, in my review, there is one aspect of -- of

3    my declaration that I -- I would like to correct.  But

4    it's not in the declaration itself.  It's in the list

5    of materials considered.

6      Q.   Okay.  Understood.

7           So is there anything in the declaration

8    itself, the declaration that you signed, that you would

9    like to either amend or correct as of right now?

10          I mean, I understand based on your answer

11   just now, you do not, but please confirm for the

12   record.

13     A.   That is confirmed, not at this time.

14     Q.   Thank you, sir.

15          Now, I am going to upload another document

16   which we have previously marked as Zane Dec. Exhibit

17   No. 2.

18          So please confirm that now, once you've

19   received in the chat room.

20          Just for the record, your counsel -- well,

21   counsel for Signa Sic - Signify?    has represented to

22   us that this is Exhibit A to your declaration.

23          Please go ahead and take your time, download

24   it, and review it on the computer.

25          MR. OCZEK:  Well, we also subsequently filed

1   this -- these two exhibits with the Court, so it's also

2   in the docket.

3           MR. CHEN:  Yeah.  I think the version we have

4   is not a version of the docket-stamped copy, but I will

5   represent to Dr. Zane this is a true and correct copy

6   that we received from, you know, counsel for Signify

7   about a week ago.

8   BY MR. CHEN:

9       Q.   Dr. Zane, feel free to, you know, take your

10  time to review it to see if it's a true and correct

11  copy of, you know -- I believe this was your CV.

12      A.   I have received this in the chat.  I've

13  downloaded it.  I've gone through, briefly, files

14  listed as Exhibit 2 on the front page it says

15  Exhibit A.

16          This does appear to be a version of my CV

17  that I had submitted.  It is my understanding that this

18  is a true and correct copy of my CV.

19      Q.   Thank you for that confirmation, Doctor.

20          Next up, I am going to upload to the Zoom

21  chat room which has been previously marked as Zane

22  Declaration Exhibit 3, which, again, I'll represent to

23  you is a copy of the Exhibit C to your declaration that

24  counsel for Signify emailed us or presented to us in

25  the last week.

1          Please confirm that you can download it to

2    your computer, have the time to review it, and at least

3    confirm this is a version of Exhibit -- of the

4    Exhibit C to the Zane dec. that was previously

5    prepared.

6        A.   I have downloaded this file name, which was

7    Exhibit 3.  On the front page, it says Exhibit C.

8          This appears to be the list of materials that

9    I had submitted.  As I mentioned previously, when the

10   time is appropriate I do have one edit that I would

11   like to make to this list.

12       Q.   Okay.

13          I think the time is right now, so what do you

14   intend to add to the list of material you have

15   considered?

16       A.   The one item that I found missing from this

17   list that I submitted is the file history for the

18   '577 Patent.

19       Q.   So I just want to make sure I understand

20   this.

21          So is your testimony today that it was --

22   when you were preparing this Exhibit C in connection

23   with preparing a declaration, you reviewed the file's

24   history of the '577 Patent, but you did not.

25          THE WITNESS:  Sorry, ma'am.

9

1  BY MR. CHEN:

2       Q.   So maybe an oversight include the

3  Exhibit C.

4       A.   But, to clarify, components of the file

5  history had been discussed.  I had questions related to

6  the file history.  I had aspects of file history shared

7  with me that were a part of my early discussions that

8  led to its development of my declaration.

9            Those were all aspects that were considered

10  as I developed my declaration, as well as this list of

11  materials considered.  So I think it would have been

12  more appropriate that I had listed file history here as

13  list of materials considered.

14            Since the time that I submitted my

15  declaration, I have also taken time to carefully --

16  more carefully review the file history in addition to

17  the components of the file history that I had

18  considered prior to submitting my declaration.

19       Q.   Thank you for that clarification, Doctor.

20            So if I can direct your attention just to

21  this list, I think the list has -- based on what you

22  clarified today with our three bullet points.  The

23  first bullet point, the patent cells    , U.S. Patent

24  No. 8,063,577.

25            Based on what you just testimonied today, you

1  also reviewed the file history for '577, at least

2  portions of that prior to your submission of the

3  declaration.

4          I think the last bullet point on this would

5  be the party's respective claim construction positions,

6  quote/unquote.  ch

7          Do you wish to amend or correct this list of

8  material considered today?

9      A.  Well, in our discussion, I certainly leave --

10  leave the opportunity open as I -- as we have our

11  discussion and as I may recall additional items.  But

12  at this time, I don't.

13          Maybe just to clarify, though, with respect

14  to, you know, the patent itself, the '577, the

15  mentioning here of the parties' respective claim

16  construction positions -- you know, just to clarify,

17  the information that I have from the parties'

18  respective claim construction positions included

19  excerpts from the parties' -- and forgive me if I don't

20  have the terminology right here, but the party's joint

21  claim construction response or submission or document

22  that was -- that was submitted.  That included quotes

23  from each of the parties on their claim construction

24  positions, in addition to additional references that

25  each party had referred to, including, for example,

11

1  dictionary references and other standards references

2  related to these claim terms.

3          And so I had reviewed those -- those items

4  that were associated with each of those references.

5  But I've included them all here as a list stating that

6  the parties' respective claim construction positions.

7          So just to clarify, I was considering those

8  aspects as well as those references as part of that

9  statement.

10     Q.   Oh, again, thanks a lot for that

11  clarification.

12          Other than I believe what you mentioned --

13  clarified what, you know, their      -- I mean, what we

14  call a joint claim construction chart and the extrinsic

15  evidence the parties submitted to the court, including

16  the dictionaries, do you have any additional material

17  you have reviewed in preparation of the declaration?

18     A.   At this time, I don't recall.

19     Q.   Okay.

20     A.   At this time, I don't recall additional

21  materials.

22          Certainly, I relied on my background and my

23  recollection of a variety of experiences and materials,

24  in my experience as a professional in this area.

25          But, again, reserve the right to update this,

12

```
 1   of course, if we become aware of something I realized
 2   that I should have included.
 3       Q.   Oh, thanks again.
 4            Now, I previously uploaded in the chat room
 5   what we had previously marked as Zane declaration
 6   Exhibit 4, which is a copy of the patent here, the
 7   '577 Patent.
 8            If you don't mind, we'll -- I'll just
 9   reference to this patent, which is -- you know, the
10   full number is 8,063,577, but I will refer to it as a
11   '577 Patent throughout today's deposition.
12            Is that okay with you?
13       A.   Yes, that is okay.
14       Q.   All right.
15            So I think you mentioned you have a file copy
16   of the patent.  I also uploaded a soft copy of the
17   '577 Patent, of which I know which you have downloaded.
18            I just want to make sure you do recognize
19   what I had previously marked as Zane Exhibit No. 4 and
20   confirm it is a copy of the '577 Patent.
21       A.   Yes, I confirm.
22            MR. OCZEK:  Excuse me.
23            It looks like you put it in the chat twice.
24   Is it the same document?
25            MR. CHEN:  It could be the case, because I
```

1  think it was -- maybe it was some technical glitch, but

2  it's -- it is what -- the file that -- the name of the

3  file is Zane Deck Exhibit 4, '577 Patent.

4          MR. OCZEK:  Okay.  Thank you.

5          MR. CHEN:  You're welcome.

6  BY MR. CHEN:

7     Q.   Dr. Zane, if I may direct your attention to

8  51 of this '577 Patent, if you can turn to that, I

9  guess, second page.

10         Please let me know once you're on that page

11  and you're looking at Figures -- Figure 1.

12    A.   I am on that page.

13    Q.   Okay.

14         So if you're looking at Figure 1 on the top

15  of the figure, there is a black, sort of, rectangular

16  box which is marked as element Ls, capital L, small S.

17         Do you see that?

18    A.   Yes, I do.

19    Q.   Okay.

20         Is it -- do you recall reading the

21  specification of the patent where the patent has

22  described Ls as something called a "stray inductance"?

23    A.   Yes, I do.

24    Q.   I will draw your attention to Column 3,

25  Line 22, 23-ish in the patent.

1          Are you there?  If I can direct your

2     attention to that portion of the patent.

3          A.   Yes, I am there.  And yes, I am familiar with

4     this.

5          Q.   Okay.

6          Would you please explain to me what's the

7     meaning of the term "stray inductance"?

8          MR. OCZEK:  Objection.  Form.

9          THE WITNESS:  In the context that is being

10    described here by the patent inventor, what is being

11    described is a transformer.  And within the

12    transformer, we have, in this case, two or three

13    windings on a transformer.  And what we mean by that is

14    that there's a physical structure.

15         And let's focus on, let's say, a first

16    winding, which, for example, in Figure 1 would be

17    indicated on the left-hand side of this figure.  And if

18    we have a first winding, it's -- it's, for example, a

19    coil that's wrapped in some way as part of this

20    magnetic structure, this transformer.  It would be

21    recognized and understood that in such a structure, in

22    this case, the transformer, that the behavior, the

23    electrical circuit behavior, of that transformer can be

24    modeled using equivalent circuit elements.

25         And in the case of Figure 1, what we see here

1   on what we call the primary side, which is the

2   left-hand side where Ls resides, what we see here is

3   the equivalent circuit model for some of the important

4   aspects of the behavior of that primary winding of the

5   transformer.

6          You asked specifically about Ls, and it was

7   being described as a stray inductance.  It can be an

8   inductance that is associated with that structure that

9   is placed in the configuration shown in Figure 1.  This

10  would be the portion of inductance, for example, that

11  does not couple in the way that we describe it to the

12  secondary site the circuit.  It is stray to the primary

13  side of that circuit.

14         The component Ls, then, would also be, you

15  know, associated with the additional behavioral aspects

16  of that winding, such as Ls of M, which would be a main

17  or often termed the "magnetizing inductance" of that

18  transformer.

19  BY MR. CHEN:

20     Q.   I think you mentioned -- and correct me if

21  I'm wrong -- Ls is associated with a structure that's

22  been pictured in 8a of Figure 1, which is a primary

23  winding of the -- of the transformer; right?

24         Do I understand your testimony correctly?

25     A.   Just to be clear, the inventor, as is

1  mentioned a bit later in that same paragraph, is using

2  an equivalent circuit model to describe the physical

3  structure of the transformer which is shown in Figure 1

4  and Figure 2.

5          The inventor, in drawing this diagram, has

6  used a very -- very traditional, very well-known

7  equivalent circuit model to describe the circuit

8  behavior as shown in Figure 1.

9          The circuit diagram as it's shown in Figure 1

10  indicates the functional, you know, behavior of that

11  circuit through what we just described as the

12  equivalent circuit model.

13          The component Ls, the component Lm, and then

14  as drawn 8a, in this equivalent circuit diagram --

15  these are all equivalent circuit elements to describe

16  the physical structure of the transformer.

17          The transformer is labeled as 8, 8a, 8b1 and

18  8b2.  But as they're drawn in Figure 1, these

19  components, 8a, 8b1, and 8b2, are drawn in a way a

20  skilled person would recognize as being part of the

21  equivalent circuit model, meaning the way they're

22  drawn, they are representing the idealized behavior of

23  that transformer and its windings, because the

24  additional behavioral aspects of that physical

25  structure, the transformer, are shown separately as Ls

1  of M and Ls of S.

2          The drying itself doesn't clearly identify

3  the physical structure or the primary winding itself of

4  the physical structure.  But in the patent, the

5  inventor has used the terminology 8a seeming to

6  indicate both the winding of the primary winding of the

7  physical transformer as well as what is physically

8  drawn here as the component, the idealized component,

9  in the equivalent circuit model.

10      Q.    Okay.  So let me make sure I unpack that.

11          First of all, I think what I hear you saying

12  is the 8a, 8b1, and 8b2 as depicted in Figure 1 of the

13  77 patent is not the -- it's -- it's a math -- it's a

14  model of the physical object, the physical transformer;

15  it's not the transformer itself?

16          MR. OCZEK:  Objection to form.

17  BY MR. CHEN:

18      Q.    Did I understand that correctly?

19      A.    I believe your understanding is correct.

20          This is the way I would understand, is the

21  drawings for both Figure 1 and Figure 2 are clearly

22  indicating the components of an equivalent circuit

23  model of that transformer, and that would include the

24  depiction of 8a.

25      Q.    And also -- I also want to understand:  You

1  meant -- is it your testimony that this Ls, as depicted

2  in Figure 1, is a model to reflect a characteristic of

3  the primary winding, 8a, of the transformer, the

4  physical object?

5          Is that -- is that correct?

6          MR. OCZEK:  Objection.  Form.

7          THE WITNESS:  Generally speaking, I believe

8  what you've stated is correct.

9          And just to clarify, you know, as we look at

10 the Column 3 in that similar area, same -- same

11 sentence, essentially, that you pointed me to

12 previously, around Line 24 or 23, where it first

13 introduces a stray inductance Ls of S and a main

14 inductance Ls of M of primary winding 8a.

15         I know I'm separating myself from that quote,

16 but going back to the figures, we see it in Figure 1.

17 We see the Ls, we see Lm, and it's being described as

18 part of the primary winding.

19         These are components being described -- and

20 as I mentioned, this is an equivalent circuit model of

21 that actual transformer.  And the inventor did clarify

22 this in the next sentence, and I'm going to quote from

23 that to quote (as read):

24         "These inductances, Ls and Lm are not actual

25 elements but are shown, since these inductances, Ls and

1   Lm, may be selected in combination with the capacitance

2   of the resonant capacitor such that zero voltage

3   switching is obtained."

4           The reason I note that is just to clarify the

5   inventor is stating these are important elements.  As

6   described, there's certainly an indication that Ls and

7   Ls of M and 8a are part of the physical structure that

8   is being described as the transformer and, in this

9   case, the primary winding of the transformer.

10          Very -- it is certainly possible that aspects

11  of Ls of S and even Ls of M could be external

12  components, but there's no indication that it was

13  specifically described that way.  The indication and

14  the way it was described here by the inventor, at least

15  as depicted in Figure 1, is that these are equivalent

16  elements of the physical transformer.

17  BY MR. CHEN:

18      Q.  Now let's talk about this physical

19  transformer for a second.

20          You have primary winding, which is depicted

21  in photo -- it's in Figure 1 as 8a as a model.  And you

22  have secondary winding, which is depicted in Figure 1

23  of the '577 Patent as 8b1 and 8b2.

24          So physically, are we talking about two

25  coils?

20

1          MR. OCZEK:  Objection.  Form.

2          THE WITNESS:  The description of the -- you

3  know, what you're describing is a very reasonable

4  description of the transformer, is the physical

5  structure itself, meaning there's a clear indication

6  here that the transformer would have at least two

7  windings, if not three windings.

8          The primary winding would be on the

9  primary -- what we call the primary side of that

10  transformer.  And then the secondary winding would be

11  split in two, to create the windings on the secondary

12  side.

13          What is depicted in Figure 1 is the

14  equivalent circuit model of the behavior of such a

15  structure, where each of these elements have a relation

16  to that physical structure.  For example, you know, the

17  number of turns of that wire on that structure or the

18  physical location of those -- of those windings on the

19  structure to each other.

20          Those are the details that determine Ls of S,

21  Ls of M, and the idolized behavior of 8a, 8b1, and 8b2.

22  BY MR. CHEN:

23      Q.   Yeah, I'm trying to understand physically

24  what that primary winding would look like.

25          We're talking about, like, some sort of coil;

21

1  right?

2      A.   If we were to show a picture of an element

3  that would be used in -- as is being described here, it

4  would be a physical structure and, for example, it

5  might have a ferrite or a ferromagnetic component to

6  it.  It might have a -- what we call a bobbin, you

7  know, an element that makes it easier to wrap wire

8  around it and to attach it to that magnetic ferrite or

9  structure.

10         And yes.  So typically, then, you would be

11  talking about a physical wire that would be wrapped,

12  for example, around that bobbin for a primary side and

13  something similar for the secondary side, perhaps on

14  the same bobbin or -- or on another one but contained

15  in that physical structure.

16     Q.   So the two coils are separate.  Or if it's

17  three coils, they're separate.  I just want to make

18  sure I understand that.

19         We're not talking about one coil, portions of

20  which is 8a, portions of which is 8b, could be 8b1 or

21  8b2?

22         MR. OCZEK:  Objection.  Form.

23         THE WITNESS:  It would be expected and

24  understood in implementing a transformer to realize the

25  equivalent circuit behavior shown in Figure 1; that

1   there would be an independent winding on the primary

2   and then a separate independent winding or two

3   windings, depending on how they are split, on the

4   secondary side of the circuit.

5           Combined, they would create the behavior of

6   the equivalent circuit that's drawn in Figure 1.

7   BY MR. CHEN:

8       Q.   Thank you, Doctor.

9           So this inductance, is there any way to

10  measure how big that inductance is or how low it is for

11  Ls and Lm, just so that I'm clear about it?  Or maybe

12  generate any, Doctor?

13          Is there any way to measure them?

14          MR. OCZEK:  Objection.  Form.

15  BY MR. CHEN:

16      Q.   I take that back, that question.

17          Let me ask you, sir:  How would you measure

18  the value of the inductance of the inductor?

19          MADAM COURT REPORTER:  Did you say "the value

20  of the inductance"?

21          MR. OCZEK:  Yes.

22          MR. CHEN:  The value -- the inductance value

23  of an inductor.

24          MADAM COURT REPORTER:  Thank you.

25          THE WITNESS:  So generally speaking, if I

23

1  understand the question right, when there is a

2  component, lack of inductor, you know, if it were an

3  independent separate structures in the inductor or as a

4  transformer, where there are inductive aspects or

5  elements associated with that transformer.

6          When we are looking to measure the inductance

7  of any such structure and -- we first look at the --

8  the model that we're developing of that structure.  If

9  it's a simple inductor, we presume that it will be

10 modeled as an inductor, perhaps with resistance and

11 capacitance that would be associated with that

12 inductor.

13         And then to measure this, we take the

14 inductor, and we apply it to a measurement, you know,

15 test circuit.  Essentially, we would inject signals

16 into that circuit, you know, the test sample, in this

17 case, the inductor.  And we would measure voltages and

18 currents.  And then depending on the type of model that

19 we're deriving, we would then deduce from those

20 measured voltages and currents an approximation for the

21 model of that element.

22         In this case, for example, we could measure

23 from the voltage and current response what the

24 equivalent inductance is of that structure and any

25 parasitics, such as resistance or capacitance that

1   would impact or measure to that inductance.

2       Q.   Have you heard the term "inductance meter"?

3       A.   The type of test structure that I was just

4   describing could be considered an -- an inductance

5   meter, or we might have, you know, an impedance

6   measurement equipment that has the ability to measure

7   inductance, measure capacitance, measure resistance.

8   That would happen in an inductance meter or inductance

9   measurement capability filter.

10      Q.   So is there any way to measure the Ls,

11  inductant value of Ls?

12      A.   The inductance value of Ls -- you know, the

13  short answer is:  Yes, we do this, and we -- we find

14  ways to -- to measure an approximation for this

15  inductance Ls of S.

16           But we need to recognize that, you know, this

17  physical structure has a complex, what we call

18  "impedance behavior."  And what we're looking at in

19  FIG. 1 is -- is a simplified equivalence circuit of

20  that full structure.  This equivalent circuit doesn't

21  account for all physical phenomena of that structure.

22           So what we're measuring is an approximation.

23  We're saying this is the model that we're going to fit

24  measured voltage and current behavior to, and this is

25  going to give us close to a good functional

1   representation of how that structure operates.

2          So, for example, for Ls, the concept here is

3   that, as I mentioned before, there's a portion of

4   inductance associated, for example, with a primary

5   winding that does not couple -- or at least doesn't

6   couple well to the secondary site of the circuit,

7   meaning there isn't a strong relationship between the

8   magnetic fields or the current and voltage associated

9   with that inductance to the secondary sign.  This is

10  why we -- we define it and show it in the circuit

11  diagram the way that we do.

12          In this case, you can measure that inductance

13  Ls of S, for example, by attempting to negate the

14  effect of the rest of the magnetic structure.  One way

15  to do that, for example, would be to short-circuit,

16  meaning, you know, physically or directly attaching a

17  wire across the secondary windings or second winding in

18  an attempt to negate the effect of Ls of M as well as

19  any other reflectant impedence from the transformer or

20  the secondary.  In which case, that reduces is this

21  magnetic structure down to what looks a lot like just

22  an inductor Ls of S.

23          Then we put it on an inductance meter, and we

24  can measure it that way.  It's not exact, but that

25  would be an approximate way to measure that inductance.

1      Q.    Thank you.

2            So do I understand that to, again do an

3    approximate measurement of the value of Ls, what you do

4    is you short-circuit, which is depicted here on FIG. 1,

5    10a and 10c, and then you put your inductor meter --

6    the probe of the inductor meter at the two end of that

7    primary winding or that coil, that physical object, and

8    you read the measurement out of it.

9      A.    You understand what I said correctly.

10     Q.    Well, maybe what -- you know, I can

11   shortchange it.

12           Do I also understand that if you were to

13   measure Lm of the primary winding, what you do is you

14   draw an open circuit?  In other words, you cut off 8a

15   and the b from the rest of the circuit, and you put

16   your probe of your inductor meter at the two ends of

17   the primary.     That gets you an approximation of Lm,

18   the value of Lm.

19     A.    I believe that's not quite correct.  If we --

20   if we measure it in the way that you just described,

21   you know, that would include most likely the effects of

22   Ls of S and Ls of M, and that wouldn't give you the

23   main or magnetizing inductance directly.

24           Now, alternatively, if there were -- because,

25   unfortunately, we don't have an independent way of

1  measuring Ls of S in that scenario.  But alternatively,

2  if we leave the entire primary circuit open so that

3  there's zero current in the equivalent concept of Ls of

4  S, then measuring Ls of M -- and keep in mind, Ls of M

5  is not just a function -- you know, behavior of the

6  primary winding.  This is a main inductance.  This is

7  intended to model the coupled, you know, behavior of

8  the transformer, meaning coupling between the primary

9  and the secondary.  And so we could then measure the

10  behavior from the secondary side.

11          Now, the way that the circuit has been drawn

12  is somewhat simplified, again, because it's not showing

13  the additional equivalent of Ls on the secondary side.

14  But presuming, as was described by the inventor, that

15  Ls of S has been specifically designed to be present in

16  the circuit for a reason, meaning it's slightly

17  likely?    larger than -- than would be perhaps on the

18  secondary side.  Then this measurement might be

19  accurate.  In which case, we would have what you

20  suggested as the open circuit.  But the open circuit

21  would be on the primary, and then we would measure the

22  main inductance from the secondary, which can be

23  measured, really, from any terminal, any pair of

24  windings.

25          Physically where it's located in the circuit

1  diagram is really up to the circuit, you know, designer

2  in describing the behavior, but Ls of M could be placed

3  on any of the secondary side.  It's just a matter of

4  reflecting that impedance through the transformer.

5          So if we measured on the secondary, we could

6  then reflect that impedence or inductance back to the

7  primary side, and that would be a measure of Ls of M.

8      Q.   So I think what I hear you saying is we can

9  measure Lm by just keeping an open circuit and put your

10  probe to the true end of the primary winding of 8a and

11  open circuit, meaning the left portion of FIG. 1, is

12  open; right?

13          MR. OCZEK:  Objection.  Form.

14          THE WITNESS:  Let me clarify, because I might

15  have misheard you.  But, yeah, in the final version

16  that I was describing, the primary physical winding

17  would be open.  I believe we said that correctly.  But

18  the measurement would be done on the secondary side in

19  that case because the primary side is open.  We don't

20  connect anything to the primary side.  We only inject

21  voltage in current in that case on the secondary side,

22  and that could be a way of estimating the inductance Ls

23  of M.  Of course, as we mentioned, is our approximation

24  with the other parasitic elements that are not depicted

25  in this model.

1  BY MR. CHEN:

2      Q.   So let me -- I just uploaded --

3      A.   And --

4      Q.   Go ahead.

5      A.   Just to clarify, I just want to be sure that

6  it's clear.

7           In my description before, you're saying that

8  we can apply the injection on the secondary side.

9           Physically in that model, as you're seeing

10 here, what that means is the current and voltage are

11 being applied, for example, at 10a and 10c and 10b, and

12 that is forcing current through to 8a in this idealized

13 model, which then is applying current and voltage to Ls

14 of M, which is what's allowing us to measure that

15 inductance from the secondary side.  But -- just to

16 clarify what I meant there.

17     Q.   Okay.  Thank you.

18          So I have uploaded into the chat room what we

19 previously marked as Zane Deck Exhibit C.

20          Could you please confirm you received it, can

21 download it.

22          MR. OCZEK:  That is No. 6,

23 HOA.sp'g -- Hue?

24          MR. CHEN:  Yeah, No. 6.

25          MR. OCZEK:  Okay.  You skipped over 5?

1          MR. CHEN:  Yes.  We'll go back to Exhibit 5

2   at some point.

3          MR. OCZEK:  Okay.  I just wanted to keep

4   track of numbering.  That's all.

5          MR. CHEN:  Thank you.

6          THE WITNESS:  Yes, I have downloaded

7   Exhibit 6.

8   BY MR. CHEN:

9      Q.   So, Doctor, you are a IEEE Net member; right?

10     A.   That's correct.

11         MADAM COURT REPORTER:  I'm sorry.  I didn't

12   hear you.

13         MR. CHEN:  I triple E, it's IEEE.

14         MADAM COURT REPORTER:  Thank you.

15   BY MR. CHEN:

16     Q.   So what is IEEE, Dr. Zane?

17     A.   The IEEE is a -- is a societal organization

18   of electrical and electronic engineers.  It's an

19   international society that is one of the largest, if

20   not largest, professional societies of -- in

21   engineering, in this case specifically, in electrical

22   and electronic engineers, organizes conferences,

23   develops standards as well as provides publications.

24     Q.   So if you were to look at the Zane pack,

25   Exhibit C, which, again, you have a copy, is that one

1  of IEEE-type publications?

2      A.   Yes, this is.

3      Q.   So -- and the title of this dictionary is

4  called, just for the record, the authoritative

5  dictionaries -- dictionary of IEEE standards from -- do

6  you see that?

7      A.   Yes, I do.

8      Q.   I apologize.  You know, the -- there is some

9  little splotch on this, but...

10         Have you used IEEE dictionary before, in your

11  professional career?

12     A.   I don't know that I've referred directly to

13  it or not.  Whether I have or not, I'm sure it's been

14  part of either other documentation that I've reviewed

15  or looked at or maybe have been referenced in other

16  materials.

17         I certainly have no concerns about -- about

18  this as a dictionary for use in the field.

19     Q.   In the field, meaning in the field of

20  electrical engineering?

21     A.   That is correct.

22     Q.   How about in the field of LED?  Is that

23  considered the -- part of the field?

24     A.   Yes.

25     Q.   Have you used IEEE dictionary before in

32

1   connection with your providing or opining on other

2   patent cases?

3        A.    I don't recall for sure particularly this

4   specific reference.

5             Certainly, I've used IEEE references in

6   providing opinions.  I can't think of specific ones at

7   the moment, but it is certainly a reference that --

8   that I would consider.

9        Q.    You know, the title of this dictionary called

10  Authoritative Dictionary of IEEE standard terms, do you

11  consider the definition in this dictionary

12  authoritative -- authoritative.

13            Sorry.  I'm having trouble pronouncing that

14  word.

15            MR. OCZEK:  Objection.  Form.

16            THE WITNESS:  I'm not sure exactly how to --

17  to answer the question.  As is always the case, we

18  sometimes pick words that we think would bring

19  attention to a publication.

20            I don't know what is actually intended by

21  "authoritative," meaning IEEE doesn't have authority

22  over -- or other groups in any specific sense.

23            I presume what's being meant here is this was

24  intended by IEEE and the authors, anyway, at this time

25  to be an important dictionary in the field.

33

1   BY MR. CHEN:

2        Q.   Are there any other specialized dictionaries

3   in the field that's other than, for example, the

4   general purpose dictionaries you consult, where you

5   provide opinion on definitions for, let's say, kind

6   terms in patent cases?

7        A.   There are many, you know.  Many of them are

8   subsets within IEEE.  For example, I've referred often

9   to, you know, specific IEEE publications in -- in

10  electronics as well as in -- in optics and lighting.

11           We also refer to other organizations; for

12  example, Society for Automotive Engineers is a -- is a

13  reference we often use for application and --

14  automotive application.

15           There are additional societies for optics and

16  for LEDs that are also referenced.  There are also many

17  very good authors that have combined and published both

18  textbooks as well as general references that are

19  ultimately considered good desktop references in the

20  field.

21           I think these are all -- all important

22  documents to be considered, certainly anytime providing

23  opinions in -- in a case such as this, but also for

24  general use by engineers in these fields.

25       Q.   If I can turn your attention to -- I think it

1  would be Page 3 of Exhibit C, which is the IEEE

2  dictionary.  I can direct your attention to -- so the

3  second column.

4          Do you see a dictionary entry "series

5  circuit"

6          MADAM COURT REPORTER:  Dictionary entry --

7          MR. CHEN:  Series circuit, like, you know,

8  electronic circuit.

9          MADAM COURT REPORTER:  Thank you.

10          MR. CHEN:  Quote/unquote, series circuit

11  quote/unquote.

12      A.  Yes, I do.

13      Q.  If you want to take a minute, could you

14  please just study that definition provided in the IEEE

15  dictionary.

16      A.  (Witness complies.)

17      Q.  Let me know when you're done.

18      A.  I am done.

19      Q.  Do you agree this definition would provide

20  the understanding to what is meant of the term

21  "series"?

22          MR. OCZEK:  Objection.  Form.

23          THE WITNESS:  Well, just to clarify -- and I

24  think I've made this clear in my declaration as well --

25  one skilled in the art is very familiar with the term

1  "series," as well as the terms that are at hand in this

2  case, you know, connected or coupled in series.

3           The definition that's written here for a

4  series circuit is a viable definition, one that I even,

5  myself, might use in an introductory circuits course,

6  to really help those, perhaps, that are not yet skilled

7  persons, according to our definition, to understand the

8  new concept of series.  And there are similar concepts,

9  like parallel that we teach in an introductory circuits

10  course; in which case, we would give a simple

11  definition, a clear, simple definition that would help

12  them understand this new concept.  We would do this

13  with ideal components, with a small number of

14  components.

15           And as described here, having components that

16  have the same current that passes through them, the

17  device is completing a path.

18           You know, in an introductory circuits level,

19  this is how we help people understand what a path is,

20  how the components would be connected, and this early

21  concept of series.

22           The reason, in that case, we would be so

23  clear that, for example, the same current passes

24  through them.  There's a question, you know, in the

25  simplest case, where these are ideal components and

1  there's a number of small components, in that case,

2  same might indicate identical, you know, the same

3  current.  There is no other current flowing in those

4  components.

5          That helps to, as I've taught them, to

6  understand the early concept and to be able to apply

7  current and voltage rules to directly solve the exact

8  solution per currents and voltages in these circuits.

9          But to -- to your question as far as a

10  skilled person, you know, this would be very, very well

11  known.  They would have known this for years, the basic

12  idea of a series circuit as well as how this might be

13  applied.

14          But it's not the end of the story.  There's

15  more to it.

16          You know, as I train students in more

17  advanced courses or in short courses to industry, then

18  I would help them understand, okay, circuits are more

19  complex.  There may be tens, hundreds, even thousands

20  of components in a circuit.

21          We then look at more generalized use for the

22  term "series," for example, to understand the elements

23  and an ability to approximate and generalize the

24  description and how we might use that term, "series,"

25  in a more generalized sense.

1          So I believe to answer your question, this

2    definition, a skilled person would certainly look at it

3    and say:  Yeah, I get that; I know that; that's how it

4    was taught to me in my freshman or sophomore year in

5    college.  But they would also recognize its application

6    in a real scenario, such as in Claim 1 of the

7    '577 Patent would go beyond this.

8          The definition listed here is sufficient, but

9    it's not whole story.

10   BY MR. CHEN:

11      Q.   Putting the patent aside, you would agree

12   this would be a meaning generally understood by one of

13   the skilled in the art of the term "series" or in

14   series, putting the patent aside --

15          MR. OCZEK:  Objection.  Form.

16   BY MR. CHEN:

17      Q.   -- the '577 Patent aside.

18      A.   Well, as I mentioned, a skilled person, you

19   know, one who has graduated with a degree in -- in --

20   you know, in the field who has some experience or some

21   advanced knowledge in the field, they would read this

22   definition and, yes, they would recognize this

23   generally as a good description of a series circuit.

24   And they would also recognize how to apply this

25   definition in a practical sense in, you know, complex

38

1 circuits that have many components, and how to

2 interpret this in a realistic way, meaning how would

3 this really be applied in -- in describing a circuit in

4 a meaningful way.

5          And when I say "meaningful" way, I mean in a

6 way that would help others of ordinary skill in the art

7 understand what they mean, understand how the circuit

8 was intended to behave.

9          So, yes, I believe a skilled person would

10 understand the writing, this definition, would see

11 where this came from.  I'm sure this was written by a

12 team of skilled persons.  And they would also

13 understand how this is applied in a practical way

14 beyond the elementary definitions that you would have

15 in an early course.

16     Q.   Thank you for that answer/clarification.

17          So what I'm putting in the chat room is what

18 we've -- been previously marked as Zane Dec. Exhibit 7.

19          I have just uploaded it to the chat room.

20 Please download it onto the computer, Dr. Zane, and

21 please let me know once you've downloaded it.

22     A.   I have it downloaded and open.

23     Q.   It's a one-page document; right?  It's a --

24 it's a just     .

25          So if you can humor me for a second, let's,

39

1   you know, assign some value to the various components

2   on this circuit.

3           I think if you look at the figure -- and you

4   do have the document open in front of you; right?

5       A.   That is correct, yes.

6       Q.   So what is shown in this diagram became

7   Point 1 and 4.

8           That's a depiction of a battery; right?

9       A.   That is correct.

10      Q.   And what is shown between Point 1 and 2 of

11  this diagram, which is labeled R1, that's a resistant;

12  right?  Or represents a resistant; right?

13      A.   That is correct.

14      Q.   The same goes to R2, which is depicted in

15  reading 2.2 and 3 in the square, and R3 between Point 3

16  and 4 in the diagram.

17          There's two additional resistors; correct?

18      A.   That is correct.

19      Q.   So, like I said, let's just assign a value --

20  sorry to ask you to do a bit of math, but hopefully

21  that's easy for a person of your caliber.

22          Let's assign a value of 12 volts to the

23  battery.  If you need to take a pen, go ahead.

24      A.   If it's okay, I'm just going to just write

25  this down.

40

1      Q.   Yes.  Go ahead.

2           And let's assign a value of 4 ohm to R1, the

3      same value for R2, and the same value for R3, so all

4      resistors gets the same value.

5      A.   Yes.

6      Q.   So let's say this -- okay -- when it's

7      closed, meaning the current flows less through it, can

8      you tell me what would be the value of the current

9      flows from .1 to .2?

10     A.   Yes.  Yes, I can.  And following up on my

11     previous answer, you know, this is a very good example

12     of how the circuit length -- this might be taught in an

13     introductory circuits course when first introducing the

14     concept, for example, of series.

15          And so I appreciate the additional

16     clarification example here.  And the reason we do this

17     with simple circuits like this, idealized components,

18     is to teach exactly what you're asking me, the basic

19     idea of how we apply the current and voltage laws that

20     would allow exact solutions when you're first getting

21     familiar with how to understand circuits.

22          And so in this case, we can solve the

23     behavior of the circuit by looking at the loop, you

24     know, constrained by R1 and R2 and R3.  This would then

25     tell you what the total resistance is in this

1  simplistic scenario, which is the sum of the four,

2  four, and four.

3          So this makes 12 ohms.  We have 12 ohms, if

4  I'm doing the math right, applied essentially to our

5  12-volt battery.

6          Now, understanding that circuit and its

7  behavior in this simplistic scenario, we can look at

8  applying ohms' law to understand what would the current

9  flow in that circuit be.  And in this case, you know,

10  12 volts and, if I'm doing this right, 12 ohms, we

11  would have 1 amp of current that would -- that would

12  flow, assuming this configuration.

13          That current flows in -- in the way it's

14  depicted here in this simplistic, ideal circuit.  That

15  current would flow in R1, as I believe you've asked me,

16  from 1 to 2, 1 amp.  And that same current would flow

17  two to three and three to four, the way this circuit is

18  drawn.

19    Q.   Thank you.  You anticipated my question, so I

20  appreciate it.

21          So let me see.  I will load, again to the

22  chat room -- give me a second to do math.  Okay.

23  Sorry.

24          Let's just stay with Exhibit 6 -- 7 for a

25  second.  Can you do a little math which is slightly

1   more complex?

2          What would be the voltage between Point 1 and

3   Point 2 Point 1 and 2?    of this diagram, in that sort

4   of a mathematical model we talked about where we assign

5   a 12-volts value to the value rate and 4 ohm value for

6   each and every resistors?

7      A.   What you're asking is another good example of

8   the type of analysis that we teach in a first-year, you

9   know, freshman or sophomore level in college, the

10  basic -- basic idea of how to solve a circuit and solve

11  the math behind it.

12         So in this scenario, where we have these --

13  these idealized elements as drawn, it allows exact

14  solutions.  As I mentioned before, once you move beyond

15  these early courses, you start looking at realistic

16  systems and circuits that are far more complex, and we

17  have to start making approximations or generalizations

18  on how we describe them.  In which case, we essentially

19  do the exact same math.  It's just not exact and gives

20  us a pretty good idea of how the circuit works.

21         In this case, it's exact.  We assume, based

22  on the way this was drawn, these were idealized simple

23  components.  They're only connected in the way that is

24  shown, and we can solve this fairly -- we solve it

25  exact.

43

1           And so when students first learn current laws

2   and voltage laws, they're able to do exactly what you

3   just asked.

4           So as I stated before, by solving this

5   circuit, we determined that we had, in this case, 1 amp

6   flowing to these circuit -- through these elements.

7   And what that then allows us to do is calculate, given

8   the impedance for this case, the simple resistence of

9   each element, what the voltages would be on each

10  element.

11          And in this case, since they're all

12  four ohms, they would each have 4 volts across them.

13  And in this simplistic scenario, where there's one loop

14  in the simplistic diagram, they would add to exactly

15  the voltage that you see on the left-hand side, so we

16  would 4, 8, 12 to get us to the 12 volts of the

17  battery.

18      Q.   So just to confirm, the voltage up from one

19  to two is 4 volts.  The voltage up from two to three is

20  4 volts, and the voltage up from three to four, that's

21  4 volts; right?

22      A.   Yes.  That's correct in this simplistic

23  scenario, yes.

24      Q.   I think you mentioned, you know, when your

25  students -- let's just say it gets more advanced beyond

44

1   the simplistic circuits.  You're still trying to do

2   something as an approximation of the simplicity; right?

3           Do I understand your testimony correctly?  Or

4   maybe I missed, because your answer is pretty long.  I

5   tend to have a short memory of that.

6       A.   I believe what you recall is correct.

7           So as students move to more advanced courses

8   or -- also, I have taught many short courses in the

9   industry, we look at far more complex circuits.  But we

10  may have a circuit, for example, that would be quite

11  similar to the one that we have shown here, but it

12  might have, you know, 20 or 30 components.  But maybe

13  the four components that are drawn here are dominant

14  behaviors or dominant components in that circuit.

15          But there may be additional components.  For

16  example, we may be measuring the voltage between two

17  and three with, you know, another resistor divider or

18  an Optocoupler or additional, you know, circuit

19  components.

20          R1 might be made up of multiple components.

21  R3 might be a model of another component structure that

22  has, for example, additional capacitance and

23  additional, you know, resistance that goes to ground,

24  you know, in a common mode part of the circuit.

25          You know, these are complications, but as

1  students get more advanced, they're able to deduce

2  what's the generalized behavior of the circuit and what

3  are the important, you know, salient, as we often call

4  them, features.

5          And then we can zoom in and understand, okay,

6  we can apply a lot of those same early principles to

7  these more complex circuits, and most importantly, we

8  can convey that message to others of skill of the art

9  so that they understood they had don't have to, you

10  know, reanalyze or understand what we did or why we did

11  it.  We can describe that behavior.

12          So in this case, for example, the circuit as

13  we see here could be described as:  Hey, we've got a

14  salient feature with a battery and essentially three

15  components which could be predominantly modeled as

16  resistors or having resistance.  And we can describe

17  this, for example, as a series connected or series

18  coupled circuit among these elements.  And that

19  wouldn't, you know, detract from the fact that there

20  are other components or paths, for example, that might

21  be part of the voltage monitoring of R2 or the other

22  parasitic aspects I just mentioned.

23          It would help another circuit designer,

24  another person of skill, read what I've stated and

25  understand, oh, I get it, you know.  R1, R2, R3 -- they

46

1    were in -- they're connected or coupled in series, and

2    they -- they have that basic behavior that we all

3    understand.

4           Now, it might not be exactly 1 amp following

5    into every element, but the concept would be clear, and

6    they would understand what I was doing and why from

7    that description.

8           That's the type of expansion, what I meant by

9    either approximations or aggregation or, you know,

10   application to key salient features that a more skilled

11   person becoming a person of skill in the art would

12   understand.

13      Q.   So just to close this up, so you're saying

14   R1, R2 is connect in series to --

15           MADAM COURT REPORTER:  Connecting series...

16           MR. CHEN:  "Connect in series."

17           THE WITNESS:  Yes.  As I believe you've

18   asked, summarizing what I have just stated, it would be

19   my understanding that a skilled person looking at this

20   simplistic diagram would -- would understand that R1

21   and R2 are connected in series and, similarly,

22   understand, at least in the context it was portrayed in

23   the '577 patent, that they are connected or even

24   coupled in series.

25           And I guess summarizing what you've asked me

1  previously, you know, if there were a more advanced

2  circuit that had additional elements that didn't

3  detract from the primary function or salient feature of

4  this series connection, you know, a skilled person

5  would similarly describe those elements as being

6  connected or coupled in series.

7       Q.   And R2 and 3 is connecting series?

8       A.   In the same ways that I've just described R1

9  and R2, with the covenants of simple and more complex

10  circuits, yes.

11       Q.   And that would have defeated IEEE definition

12  we just went over?

13            MR. OCZEK:  Objection.  Form.

14            THE WITNESS:  Generally speaking, I believe

15  the answer is yes.

16            And -- and as I mentioned earlier, I've

17  reviewed each of the Theoclear    as well as the

18  dictionary definitions, and our general concept as

19  we've described here, would -- would apply.  Our

20  discussion, I should say, would apply to each of

21  those -- each of those definitions, I believe.  I know

22  we're speaking specifically to the IEEE one.

23            The short answer is yes.  First off,

24  certainly with this simplistic circuit -- as I

25  mentioned, this is where you start.  This is how I

48

1   teach this in introductory electronics.

2           These are idealized components drawn simply

3   as shown.  It almost perfectly fits that definition

4   that was stated in the IEEE that we just read

5   previously.  And as I mentioned more broadly, for more

6   advanced circuit design, a skilled person would also

7   understand how to apply that definition to this concept

8   in a more complex circuit, but they would recognize --

9   for example, you know, the word "same" in that

10  definition wouldn't necessarily mean absolutely

11  identical currents are flowing in each resistor but,

12  rather, their intention in describing this as connected

13  or coupled in series would apply to that concept that

14  there is current and you could call it the same

15  current, you know, flowing among these devices, in this

16  case these three resistors.

17          But in that more general sense, it doesn't

18  have to be exactly identical.  They read that word into

19  the same just to be careful and be sure we're being

20  clear.

21  BY MR. CHEN:

22      Q.   Thank you very much for the clarification.

23          MR. CHEN:  So, Jeremy, do you mind if we take

24  a five-minute break?  I think we've been going for

25  about an hour.

49

1          MR. OCZEK:  Yeah, that's fine with me.

2          MR. CHEN:  Okay.

3          So we're going to put on mute, and turn down.

4          And, Dr. Zane, again, thank you so much.  And

5    we will be back in five.

6          THE WITNESS:  Thank you.

7               (A short break was taken.)

8    BY MR. CHEN:

9     Q.   So, Dr. Zane, thanks for coming back.

10         Just to confirm, you're ready; right?  We can

11   proceed?

12    A.   That is correct.

13    Q.   Thank you.

14         So I have now -- or I am uploading to the

15   chat room in Zoom what is previously marked as Zane

16   Declaration Exhibit 8.

17         So please confirm when you're able to see it

18   and download it and open it on your computer, Dr. Zane.

19         MR. CHEN:  As you're looking, Jeremy, I just

20   want to doublecheck and confirm your team has been able

21   to download and receiving these exhibits -- right? --

22   which we have been downloading for the last hour?

23         MR. OCZEK:  That's correct.

24         MR. CHEN:  And also just a, you know, I think

25   a housekeeping matter, I think what I realized as I was

1   reviewing Dr. Zane's declaration -- there's Exhibit 8

2   to the Zane declaration.  There's Exhibit C to the Zane

3   declaration.

4           Looks like it skipped Exhibit B.  I just

5   confirmed we haven't missed anything.  There's no

6   Exhibit B to the Zane declaration.

7           MR. OCZEK:  That's correct.

8           MR. CHEN:  Okay.  Thank you.

9   BY MR. CHEN:

10      Q.   So, Dr. Zane, so just -- again, just to

11  confirm, you have Zane Deck Exhibit B downloaded to

12  your computer, opened in your computer?

13      A.   That is correct.

14      Q.   So, again, this is one of the -- another

15  diagram you drew, again, just a few -- for a second.

16  We'll just completed the exercise.

17           Again, here, there are circuit elements here,

18  a battery, three resistors identified as R1, R2, and

19  R3; correct?

20      A.   That is correct.

21      Q.   All right.

22           So let's assign the same value we have

23  assigned for Exhibit 7 for these various elements.

24  Specifically, let's assign 12 volts to the battery

25  that's depicted in between one and eight and four ohm

1  as the resistant value for the -- for each and every

2  resistors depicted here in Exhibit 8, which is meaning

3  R1 equals 4 ohm, R2 equals 4 ohm, R3 equals 4 ohms.

4           Again, can you humor me?  Can you explain to

5  me:  What would be the -- if it's a closed circuit,

6  what would be the current flowing through from two to

7  seven across this one or R1?

8           Feel free to mark it on the exhibit.  Oh,

9  sorry if you don't have a physical copy, but, you know,

10  you can use a notepad and do that calculation.

11     A.   So following up on our previous discussions,

12  this is another good example of a very simple

13  idealistic circuit to help early students understand

14  how voltage and currents can be solved, in this case

15  even exactly, as they're becoming familiar with

16  circuits.

17           So in this case, as I believe you'd stated --

18  and correct me at any point if I've got this wrong --

19  we still have a 12-volt battery connected in one to

20  eight, and then each of the resistors continue to have

21  a value of 4 ohms.  And in this case, the voltage

22  across the resistor is easy to solve because it is the

23  voltage of the battery.

24           So in this case, for example, you asked me a

25  current flowing.  When you say between 2 and 7, I

52

1  presume you mean specifically through the resistor R1.

2      Q.   That's correct.  Sorry.  I don't mean to

3  interrupt, but go ahead.

4      A.   No.  Thank you for the clarification.

5          So the current flowing through the resistor

6  R1, in this case, again applying ohms' law, once we've

7  already solved the voltage across it would tell us that

8  we have the 12 volts divided by the 4 ohms.  And if I'm

9  doing the math right, that would give us 3 amps through

10  that resistor R1.

11     Q.   What about the current that goes through

12  Resistor 2, R2?

13         MADAM COURT REPORTER:  "What about the" --

14  I'm sorry.  "What about the" --

15         THE WITNESS:  -- "the current that goes

16  through the second resistor, R2."

17         THE WITNESS:  The resistor, R2 -- similar to

18  our previous discussion but, in this case, now knowing

19  the -- the voltage that is across R2, the current

20  flowing in R2 would also be the same 3 amps.

21     Q.   And what about the current flowing through

22  the third resistor, R3?

23     A.   For the -- for the same reasons, again, the

24  current flowing through R3 would be the same 3 amps.

25     Q.   So what would be the total current flowing

1   from 1 to 8?

2        A.   The -- the total current --

3        Q.   Let me put it a different way.

4             What would be the current if you take a

5   measurement flowing between Point 1 and 2 of this

6   diagram?

7        A.   Yes.  Thank you for the clarification, just

8   so that we can get the polarity defined.

9             So the current flowing from one to two would

10  be the sum of the currents flowing in the individual

11  resistors.  In this case, it would be the sum of each

12  of those three amps.  This would total to, if I'm doing

13  the math right, 9 amps flowing in total from 1 to 2.

14       Q.   And the current returning from .7 to 8, that

15  is 9 amps as well?

16            Am I understanding that correct?

17       A.   In this idealized circuit, that would be my

18  understanding.  But the circuit, as drawn, you know,

19  has no additional elements, no parasitic elements, as

20  we might call them, you know, in this more vast

21  discussion that we mentioned.

22            So this is a very good example for -- for

23  defining the basics of the circuit.  In which case, the

24  current flowing from 1 to 2, you know, assuming

25  everything is perfectly ideal, would be absolutely

1    identical to the current flowing from 7 to 8, that same

2    9 amps.

3        Q.   So how would you describe the relationship

4    between R1 and R2?  Do you call that a connecting

5    series?

6            MR. OCZEK:  Objection.  Form.

7            THE WITNESS:  So the way that we would

8    describe combinations of circuits and elements, as I

9    mentioned, can be more complicated, depending on the

10   scope and the broader scale of that circuit.  If this

11   were, you know, a larger, more complex circuit, I might

12   describe that behavior differently, depending on how

13   things are connected and how they operate in terms of

14   which terms I would use.

15           In this kind of elementary circuits

16   discussion for a very simple circuit as drawn here, we

17   would typically, you know, look at R1 and R2, in this

18   case -- and the same goes for R3 -- and say that, you

19   know, as they share the same voltage, that these would

20   be, you know, acting essentially as circuit components.

21   They're operating in parallel.

22   BY MR. CHEN:

23       Q.   I just want to confirm.

24           They are not coupled in series as one skilled

25   in the art would understand?

1          MR. OCZEK:  Objection.  Form.

2          THE WITNESS:  Well, again, just to clarify,

3     it really would depend on the broader circuit, but --

4     that these are contained in.

5          This may be a simplified nature of a

6     different, you know, nature or combination of

7     components that might very well be important to

8     explain, for example, you know, the series loop that

9     flows between R1 and R2.  In this case, you know, there

10    is a direct loop that contains R1 and R2 and, in some

11    scenarios, may be important to describe as this series'

12    behavior and connection.

13          But as the circuit is drawn, you know, the

14    entire circuit is fed from the voltage source, you

15    know, between INs sp?    or Nodes 1 and 8.  And, you

16    know, these elements on the right are being fed from

17    that source.

18          So at least -- you know, presuming I'm

19    explaining this basic circuit and -- for example, an

20    elementary circuits course, it would -- it would appear

21    to me that the right way to explain and describe the

22    connections would be that R1 and R2 and R3 are in

23    parallel.  And that combination you could either say is

24    in parallel with the voltage source or in series.  You

25    know, in that case, it's just, you know, one element,

1  you know, in parallel with or in series with the other.

2           So to your question, you know, it depends on

3  the context.  But my presumed context here of

4  describing elementary circuit, you know, with this

5  voltage source and this configuration -- you know, I

6  would typically explain R1 and R2 as being parallel

7  because in this particular case, explaining that

8  they're in series doesn't seem to provide any

9  additional insight or proper understanding of how that

10 circuit operates.EX PRENS?

11 BY MR. CHEN:

12      Q.   Great.

13           Actually, I might have some slightly more

14 complex for you.

15           So I'm uploading to the chat room again

16 what's being -- I'm going to say marked as Zane Dec.

17 Exhibit 9 as another diagram, as I promised.

18           Please confirm that you received it, you

19 downloaded it.

20           MR. CHEN:  Again, Counsel Jeremy, if you have

21 trouble downloading it or reviewing it, just let us

22 know.

23           MR. OCZEK:  Okay.  Just give me a moment.

24 Okay.  I've got it.

25           Dr. Zane?

1            THE WITNESS:  Yes.  I have it up, and I have

2   received it.

3   BY MR. CHEN:

4       Q.   You have it open in your computer too?

5       A.   I have it open in my computer; that is

6   correct.

7       Q.   Thank you for that confirmation.

8            So, you know, let's just go through the same

9   exercise.

10           Again, what's depicted in Exhibit 9 or Zane

11  Deck Exhibit 9 is, you know, a diagram showing a --

12  circuit elements like a battery has three resistors,

13  R1, R2, and R3 -- you know, Dr. Zane, if you can

14  entertain us, that's -- to the same exercise, I will

15  assign the same value to these elements, specifically

16  the battery is assigned a term ch   voltage, all the

17  resistors Resistor 1, Resistor 2, Resistor 3.  They're

18  all 4 ohms each.

19           And with that setup, could you please do the

20  math and explain to us if it's a closed circuit, what

21  would be the current flowing from 2 to 5 through R2,

22  the current flowing through R2 in this diagram?    ?

23      A.   Yes.  So in this circuit, the -- again, with

24  the kind of things ch    that we mentioned before, in

25  this idealistic nature, we're assuming that each of the

1  components are perfectly ideal, there are no stray

2  paths, in which case we can again apply the voltage and

3  current laws that an early student is learning and get,

4  you know, what we presume to be an exact solution.

5          And so in this case, we would look at, you

6  know, the total, you know, resistance being applied to

7  the battery.  In this case, that would be, you know,

8  approximately -- or in this case exactly, 6 ohms.  And

9  so the current flowing from 1 to 2 would be 3 amps, if

10  I'm doing the math right, where we had 12 volts and

11  roughly 6 ohms.  And then that current would then be

12  shared among the elements that are depicted here as R2

13  and R3.

14          And, again, in this simplistic scenario,

15  we're assuming these components are ideal and exactly

16  the same.  So half of that current, in this case

17  1.5 amps, if I'm doing the math right, would flow

18  through R2.

19      Q.   Okay.

20          Just to make sure I understand, sir, are you

21  saying the current flowing through R1 is 3 amps?

22      A.   The -- here's what I said.  I don't argue if

23  I've done the math wrong here.  But yes, that is what I

24  said.

25          The basic -- you know, the concept of what

59

1    I've presented here is what we have over on the

2    right-hand side, R2 and R3, we've depicted as being

3    4 ohms each, which means, you know, their equivalent

4    resistence would be roughly half of that, so 2 ohms as

5    a single element.

6          If we were to replace R2 and R3 with a single

7    equivalent resistor, if I'm doing the math right, it

8    would be roughly 2 ohms.  And then that is also related

9    to RR1 as 4 ohms.

10          So it appears, if I'm doing the math right,

11    that we have 4 ohms equivalent being applied to the

12    battery 1 to 6.  And if I remember, we had a 12-volt

13    battery.

14          So, again, if I'm doing this right, 12 volts

15    divided by 6 ohms should give us -- and I don't know if

16    I -- did I say -- did I say it wrong?  Did I say --

17    Q.    No.  I just want to make sure.

18    A.    12 divided by 6 should give us the 2 amps,

19    and -- okay.  You know, it sounds like I'm getting

20    myself, you know, mixed up on the numbers, but the

21    concept is exactly what we're describing.  It's this is

22    how you would explain, you know, the sequential steps

23    here.

24          But, anyway, yes, to doing this live, you

25    know, the end result is --

60

1        Q.    No.  I just want to make sure, you know, we

2   all get it --

3        A.    Make sure we get this right.  12 volts and

4   6 ohms would give us that 2 amps.

5              So just to clarify what I said before -- and

6   I appreciate you giving me that chance.  But yes, from

7   Node 1 to 2, you would have that full current flowing,

8   which would be, in this case, that -- the 2 amps.

9              And then as I said before, because we have

10  two identical components, that current would split

11  evenly between those two, as we would have the 1 amp in

12  R2 and, of course, then 1 amp in R3.

13       Q.    What would be the voltage drop between Node 1

14  and 2?

15       A.    In this case, we would have, you know,

16  roughly -- because of the differences in the numbers

17  here, we would have roughly two-thirds of the voltage

18  applied across R1 and roughly one-third of that voltage

19  applied across the, you know, remaining two resistors.

20             So in this case, we would have roughly

21  8 volts, again if I'm doing the math right, of the 12

22  right across R1, which is what I believe is what you

23  asked, between 1 and 2.  And then the remaining

24  4 volts, the other third, would be applied roughly

25  between the remaining terminals here.

1     Q.   Thank you.

2          So you anticipated my question.  I appreciate

3 that.

4          So, sir, R2 and R3, these two elements -- 2R

5 is still called in the art.

6          MADAM COURT REPORTER:  I'm sorry.  These --

7          MR. CHEN:  R2 and R3, these two elements

8 still in the art, would you consider them to be -- oh,

9 wait.  That one order?   is still in the art would

10 consider to R and the 2 to be connecting parallel?

11         MR. OCZEK:  Objection.  Form.

12         THE WITNESS:  Again, we're speaking

13 generally.  And, you know, for a skilled person, how

14 they use the term "series" and "parallel" would depend

15 on the application of the circuit.

16         Given the application that we're indicating

17 here, assuming, you know, no additional factors that

18 would -- that are not drawn or not shown, then it would

19 be my expectations that -- that R2 and R3 would share

20 the same voltage by explaining that they're connected

21 in parallel would be a good way of indicating how

22 they're -- they're physically laid out.

23         A skilled person, in my expectation, then,

24 you know, in this -- in this specific scenario would

25 use the term "parallel" to explain how R2 and 3, for

1  example, are connected.

2  BY MR. CHEN:

3      Q.   I believe you testified, you know,

4  theoretically we can   , in R2 and R3, sort of deem to

5  be a single element of 2 ohm resistor.

6          So in that sort of theoretical scenario, how

7  would be R1's connection with R2 and R3 combined?

8  Would call that connection or coupled in series?

9      A.   Yeah, good question.

10         MR. OCZEK:  Objection.  Form.

11         MADAM COURT REPORTER:  Did you say

12  "Objection:  Form"?

13         MR. OCZEK:  Yes.  Yes, I did.

14         THE WITNESS:  Yes.  Good question to walk

15  through here.

16         So as I stated, you know, R2 and R3 typically

17  could be inserted parallel.  As I mentioned before,

18  they could also be considered in series with each

19  other, but you would only say that if there were

20  specific behavior happening that series between those

21  two.  For example, you know, a resonant behavior

22  between those two.

23         But if they truly are, you know, two

24  resistors, ideal resistors as drawn here, it would be

25  common, when analyzing the circuit, you could consider

63

1  the two as a combined element, in this case a

2  resistance with the numbers you gave me at half of the

3  value.  That new resistor would then be in a circuit

4  together with R1.

5          And I believe you asked would we be

6  considering them to be connected in series.  And the

7  short answer is yes.  The equivalent element of those

8  two resistors, R2 and 3, would be coupled to and

9  connected in series with R1.

10 BY MR. CHEN:

11     Q.   So just with respect to the specific diagram,

12 Exhibit 9, in front of us -- so in terms of connecting

13 parallel versus connecting series, how would you

14 describe the relation between R1 and R2?

15     A.   Yes, I appreciate the question as well as the

16 sequence here, because I do think it really helps us.

17          This now gets into the detail of what are

18 these elements and what are they representing, how are

19 they being used in the circuit with regard to how a

20 skilled person would describe that relation.  But as we

21 just described, the combination of R2 and R3 are

22 unquestionably in series with R1, as we just stated.

23          Individually, it really depends on the

24 operation or the behavior of the circuit or the reason

25 we're even using the term.  Typically, we, as a skilled

1  person, you know, getting outside of the basic

2  introductory circuits discussion -- but as a skilled

3  person, if we're looking to apply the term to a

4  circuit, do we have a reason to do so?  And, for

5  example, as we get to the '577 patent, we're applying

6  it specifically to interpret and understand the intent

7  of the inventor in those claims.

8          In this case, it is quite possible, then, in

9  a similar scenario that when we are describing R1 and

10 R2, you could describe this as being connected or

11 coupled in series to emphasize an aspect of importance

12 of that circuit, just like the combined elements R2 and

13 R3 are considered in series with R1.  Either one of

14 these two individually could be considered coupled or

15 connected in series with R1.  It would depend on the

16 context, which a skilled person would immediately

17 recognize and understand.

18          For example, if R3 were not, you know, some

19 generalized scenario but in a real circuit, R2, for

20 example, might be the load of a circuit.  R3 might be

21 the equivalent of a voltage sensor in a circuit.  And

22 R1 might be an important aspect of a -- of a supply,

23 the supplying current, for example, to R2.  In that

24 case, I believe a skilled person wouldn't hesitate to

25 explain that R1 and R2 are connected or coupled in

1  series.

2     Q.   Sir, but, you know, we did provide you

3  specific context; right?

4          Assigning 12 volts to the battery or

5  assigning 4 ohm to R1, 4 ohm to R2, and 4 ohm to R3 in

6  this particular context, you're still considering R2 is

7  connecting series?

8     A.   Well, again, it depends even the application.

9  I know we have specific numbers, but why are we

10  describing them -- you know, why is a skilled person

11  having this consideration?  What are they writing

12  about?  What are they describing about this circuit?

13          In the generalized sense, maybe the short

14  answer here is yes, a skilled person could -- just like

15  they described a combination of R2 and R3 as being

16  connected and coupled in a series with R1, they could

17  describe each of the two individually as being

18  connected or coupled in series with R1.

19          Now, in saying that, the skilled person would

20  also, you know, know and recognize what they mean by

21  connected or coupled in series.  What they mean is:

22  Yes, they're coupled in a way that they share current

23  from R1.  They're fed from the current that is driven

24  by R1.  And that -- that provides me -- it provides

25  intuitive understanding of the relation between these

66

1   components that R1 is supplying component to either R2

2   or R3, in this case equally, to -- to those two.

3           So explaining that they're connected in

4   series or they're coupled in series is providing that

5   same intuition that lumping the two together and saying

6   they're connected in series would provide.  But a

7   skilled person, in say that, would also inherently know

8   how to do the math behind it.  So if there's more than

9   one component, what -- what, for example, the exact

10  currents going through each element would be.

11          But that is, I believe, a scenario where a

12  skilled person would explain these connections to

13  provide, you know, some intuitive meaning.

14      Q.  Sir, I think we just -- I think you have been

15  describing this diagram as simplistic, idealistic

16  circuits -- correct? -- think the way I've been

17  providing as a context for this circuit?

18      A.  That is correct.  You know, a good example is

19  scenarios I'm sure I've taught in almost exactly these

20  settings, you know, for an introductory course.

21      Q.  Right.

22          And you also said IEEE dictionary definition

23  would be something also you would probably lecture us

24  too that -- in a introductory course to understand the

25  general concept of what "series" means; correct?

1          MR. OCZEK:  Objection.  Form.

2          THE WITNESS:  Just to clarify, I believe what

3   I stated is that the definition that we read from the

4   IEEE dictionary would be consistent with the types of,

5   you know, things that I might have said or the textbook

6   might have stated to help circuits -- you know, an

7   early circuit student to understand a series -- series

8   circuit.

9   BY MR. CHEN:

10     Q.   Okay.

11          So if we apply the IEEE dictionary definition

12   to this simplistic diagram, would R1/R2 considered to

13   be conducting series?

14          MR. OCZEK:  Objection.

15          Go ahead.

16          THE WITNESS:  Yes.  That is an interesting

17   question.

18          The -- the application of the term as defined

19   in the IEEE reference -- you know, the question here

20   is -- I think -- I believe you asked:  How would a

21   skilled person, you know, apply that to the circuit,

22   and would, for example, R1 and R2 meet that definition

23   of -- of a series circuit, is -- I believe was the --

24   the element or the terms being defined in the IEEE

25   reference.

1          So, you know, again, as I've stated before, a

2  skilled person would -- would have a reason for

3  applying the term.  They would immediately understand

4  and know the term.  They would be using the term to

5  convey some matter of intuition or some matter of

6  application to other skilled persons to understand the

7  behavior of the circuit.  In which case, you know, you

8  could -- you can almost take it two ways, depending on

9  what is being explained and why.

10          But the definition, you know, essentially

11  says that we have components, you know, for example, R1

12  and R2, and from the IEEE reference definition, these

13  components are connected in such a way -- I'm sorry.

14  I'm paraphrasing it.  I don't remember the exact

15  definition -- but they're connected in such a way that

16  they have the exact current.

17          And so now the real question here is for a

18  skilled person, how are they applying this in a

19  practical -- you know, is it being applied in a

20  practical scenario.  In which case, how would they

21  interpret the definition here of the same current?

22          There are certainly scenarios, as I just

23  mentioned, where they would say R1 and R2 are coupled

24  in series.  And because what they're intending to

25  convey is they're coupled in such a way that they do

1  share a current.  They're -- in that case, they

2  could -- they could recognize the same in that

3  definition is meaning, you know, the current flowing in

4  these two, you know, has a shared component.  There

5  is -- you know, all of the current, for example, in

6  this case in R2 is coming from R1.  There's a direct

7  relationship in their currents.

8  BY MR. CHEN:

9      Q.   Alternatively, you know, there could be a

10  different take or view on that definition, which is

11  partly where the concern I think comes in here.

12          If that definition is intending to mean the

13  currents have been to be perfectly identical to be

14  considered a series connection, then if that

15  clarification were made, then a skilled person would

16  look at this and say, well, if I'm applying that

17  specific definition, the currents have to be identical

18  which, of course, is not what the IEEE definition says.

19  But if that were somehow conveyed to a skilled person,

20  this is how you should apply it, then of course what we

21  just discussed:  The current in R1 and R2, they're not

22  identical.

23          I hope I'm helping understand the

24  clarification here between these two.

25      Q.   So what is your view how to best describe the

1    between R1 and R2 within the context I've provided

2    in this simplistic, idealistic circuit, where, you

3    know, the value is being preassigned, 12-volts, 4 ohms,

4    4 ohms, 4 ohms?

5       A.   Well, as I stated before, without -- without

6    context of what I'm explaining, who I'm explaining it

7    to, or why I'm explaining it, it is -- I don't want to

8    say a difficult question to answer, but it is a

9    question where I would answer differently depending on

10   the additional context.

11          And part of the challenge here is we don't

12   have a term to explain each of the different scenarios

13   here, because it would become quite complex anyway.  We

14   have different words for every -- every type of

15   combination of circuits, it really wouldn't be helpful,

16   so we stick with a simple nature here.  We stick with

17   series.  We stick with parallel.

18          And so now, really, again, it depends on what

19   I'm describing and why.

20          In the simplistic case of the circuit, if I'm

21   explaining the connections, if I had no other, you

22   know, purpose or meaning behind this circuit, it's what

23   we've already described; that, you know, that R2 and R3

24   act together.

25          And in the scenario where we're really

1  talking about how energy or power is being supplied

2  from the -- the battery to the circuit on the right and

3  we're not describing anything else like -- you know, I

4  mentioned residence    between R2 and R3 or -- or other

5  behaviors.

6          If what I'm really describing is a simplistic

7  behavior of a battery supplying current to R1 and R2

8  and R3 and there is no context for what they are and

9  why they're there, you know, it's difficult to say why

10 I'm explaining it, but if I'm explaining it because I

11 want to help an early student understand this circuit,

12 then it would be everything that we've already

13 described.  R2 and R3, you know, would act in parallel.

14 They can act together as an equivalent resistor, which

15 is clearly, as we've stated previously, connected in

16 series with R1.

17          If we want to stick with, kind of, the

18 simplistic scenario, that's really where I would end

19 because we don't have additional terms for explaining,

20 for example, the -- in a single word, R1 and R2 in --

21 in -- in a broad -- in a generalized context in a more

22 specific context or -- please go ahead.

23     Q.   Thank you, Doctor.

24          I don't mean to interrupt, but I don't want

25 to keep you here too long, and I think it's about

72

1  lunch.

2        Still, I think -- I think we promised Zane

3  Exhibit No. 5, which I am going to load -- or upload to

4  the chat room of the Zoom meeting is what we have been

5  previously marked as Zane Dec. Exhibit 5.

6        And, you know, Jeremy and Dr. Zane, if I can

7  confirm that you received it, downloaded it, able to

8  open from your computer, I would appreciate it.

9        MR. OCZEK:  I was able to download it.

10  BY MR. CHEN:

11      Q.   Okay.

12        Dr. Zane, can you confirm?

13      A.   Yes.  I have downloaded it.  I have it open,

14  and it shows Exhibit 17 on the front page.

15      Q.   Yeah, just so that, you know, I got that

16    to you.

17        This is the copy that signifies counsel as

18  filed with the Court, so that has an exhibit cover

19  page, just for the record.  But we have premarked it as

20  Zane Declaration Exhibit 5, just to avoid any

21  confusions.

22        So, Dr. Zane, can I also bother you to -- I

23  think you mentioned you have a hard copy of your

24  declaration.

25        Can I also bother you to, you know, open or

73

1  have reviewed -- open that document as well, take a

2  look at that.  Put that document next to you as well,

3  which, you know, I think we have previously marked as

4  Zane Deposition Exhibit 4.

5      A.   Yes, I have it in front of me.

6      Q.   Okay.

7           So I have two exhibits, which, you know, one

8  of them -- it would be the -- well, at that time.

9           So the Zane Dec. Exhibit 5, do you recognize

10  this document, the one that's uploaded into the chat

11  room?  You downloaded it opening your computer.

12      A.   Yes, I do.

13      Q.   So this is the Webster New World College

14  Dictionary Fourth Edition; correct?

15      A.   That is correct.

16      Q.   And you relied on -- or you referenced this

17  particular exhibit in your declaration; is that

18  correct?  Do you recall?

19      A.   Yes, that is correct.  I referenced this

20  definition in my declaration.

21      Q.   Okay.

22           So if I can direct your attention to -- it's

23  tough to say, maybe Page 4.  In this particular

24  exhibit, Zane Declaration Exhibit 5, which is the

25  dictionary -- or    dictionary of Webster's New World

74

1 College Dictionary.

2          If I can direct your attention to the

3 dictionary entry for the word "series," and I believe

4 you have identified in your declaration -- I'm just

5 going to read that -- Paragraph 34 of your declaration

6 of, quote (as read):

7          "I understand that Signify relies on the

8 dictionary definition of," internal quotation,

9 "series," end quote, "from Webster's New World College

10 Dictionary," comma, "which provides the following

11 definition:  'The arrangement of devices in a circuit

12 such that current flows sequentially through a series

13 component," period, end of internal quote.

14          "In my opinion, this is an accurate

15 definition of," quote, "series," unquote, as used in

16 the term, quote, "in series," unquote, "and is

17 consistent with the way that the term is used in the

18 '577 Patent," end of quote.

19          Do I read that statement from your

20 declaration correctly, Dr. Zane?

21     A.   Yes.  I believe you have.

22     Q.   So if we were to -- again, just reviewing the

23 actual definition in that dictionary, it says -- again,

24 I'm just going to again read and quote to it -- No. 5,

25 ELEC, comma, an arrangement of devices in a circuit,

1   comma, in which the current flows sequentially through

2   a series of components used brief -- chiefly in the

3   phrase "in series," comma, CF, period, pay Leo   , all

4   in capitals, open parentheses, since seven, end of

5   parentheses -- end of quote.

6           Do I read that definition from the dictionary

7   correctly?

8       A.   Yes, you do.

9       Q.   Okay.

10          Do you notice -- I mean, I noticed that the

11  dictionary said in which the E-current flows

12  sequentially.  And in your declaration, I think you

13  quoted in the series that current flows sequentially --

14  I just want to make sure that's just maybe a typo on

15  your part, because not exactly the same.

16      A.   Yes, that is correct.  Unless I've missed

17  something else here, it certainly wasn't intentional.

18  So any difference here would simply be a typo on my

19  part.

20      Q.   Thank you for confirming that.

21          So just on the dictionary, on the term, so

22  there are -- if I can direct your attention to the

23  dictionary definition one more time, there are other

24  subentries here of definitions for Series 1, 2, 3, 4,

25  you know, 6 and 7.

1            I just want to confirm that you're not

2    relying on these other definitions provided for the

3    term "series" to interpret or construe the term

4    "series" as used in the term "in series" from the

5    '577 Patent; correct?

6       A.   Generally speaking, I believe that that is

7    correct.  But -- but also just to clarify, I'm

8    certainly familiar with each of these definitions, both

9    the dictionary in IEEE and I believe there may be one

10   or two others that were -- that were put forward

11   between the two parties.

12           But just to clarify, I believe you said you

13   relied on -- the short answer is yes, in the sense that

14   I'm familiar with each of these.  I've reviewed each of

15   these.

16           But just to re-clarify, you know, my opinion

17   was that plain and ordinary meaning is truly the right

18   approach here; that it was my opinion that plain and

19   ordinary meaning is the appropriate construction for

20   those terms that we've mentioned, you know, coupled and

21   connected in series.

22           So just to clarify, I -- I referenced the

23   statement.  I made the statement that you just read

24   with regard to whether I felt this was consistent with

25   the way the term is used.  But I haven't proposed that

77

1   any of these terms be inserted into, you know,

2   construction of that term.

3          I do believe, for all the reasons I mentioned

4   in our discussion today, that the best approach is

5   plain and ordinary meaning, as these are very

6   well-known terms for the skilled person.  And I think

7   there is risk in inserting additional language,

8   frankly, from any of these definitions that might have

9   a skilled person, you know, refine or rethink their

10  understanding of how to practically apply these terms

11  to find the intent of the inventor in the '577 Patent.

12      Q.   Thank you.

13           Dr. Zane, can I bother you to maybe put all

14  the documents aside and pull back I think what we

15  previously marked as Zane Declaration -- or Zane

16  Deposition Exhibit No. 4, which is a copy of

17  '577 Patent.

18      A.   Yes, I have that.

19      Q.   Again, I know this was loaded to the chat

20  room at the very beginning of this deposition.  I want

21  to confirm with Jeremy, counsel for Signify and

22  Dr. Zane, that you have a copy of that -- a soft copy I

23  uploaded to the chat room.

24           MR. OCZEK:  Confirmed.

25  \\

1  BY MR. CHEN:

2      Q.   So you've -- you know, again, Dr. Zane, if

3  you wouldn't mind just, you know, putting that document

4  in front of you, because the remaining questions,

5  because they focus on that particular exhibit.

6           So, Dr. Zane, I think -- you're familiar with

7  a term "AC," alternative current; correct?

8      A.   That is correct.

9      Q.   What is it?

10     A.   So alternating current can be used, you know,

11  to mean a variety of things, but the -- the term

12  generally, you know, in the strictest sense simply

13  means that current alternates between polarities, is

14  the most common, you know, use of the term.

15     Q.   So that means in two nodes sometimes goes one

16  way; sometimes goes the other way -- is that

17  correct? -- in the circuit diagram?

18           MADAM COURT REPORTER:  I'm sorry?

19           MR. CHEN:  In a circuit diagram, alternating

20  current -- let's say I have two nodes in a circuit

21  diagram.  Alternating current flows through those two

22  nodes, alternating because sometimes it will go one

23  way; sometimes it will go the opposite way; correct?

24           MR. OCZEK:  Objection.  Form.

25           THE WITNESS:  In an alternating current

1   system, meaning if there's alternating current flowing

2   within a system between nodes, what you've stated is a

3   situation that is true, typically.  That -- that would

4   mean that current could flow both positive and

5   negative.  That's what I meant by saying "changing

6   polarities."  That would typically also be recognized

7   as meaning going in one direction and also going in,

8   you know -- in another time in another direction.

9            I believe that's what you've asked.  I

10  believe that's the answer to your question.  But just

11  in case I misunderstood, let me also state:  Because

12  current flows in one direction and then at another time

13  in another direction, that doesn't necessarily mean

14  it's referred to alternating current.  For example, we

15  could have, you know, a bidirectional system with, you

16  know, what we call direct currents or DC currents,

17  which might at one time flow in one direction and

18  another time flow in another direction.  We wouldn't

19  typically call that an AC or alternating current,

20  but -- I'm not sure if we were differentiating, but the

21  concept that you described is true for an alternating

22  current in a -- in a wire.

23  BY MR. CHEN:

24       Q.   And what is a direct current?

25       A.   Well, again, we're speaking in abstract,

1  which -- which we need to be careful how these abstract

2  terms are being applied and used.

3          In the field of electronics and LEDs and

4  drivers and even related fields, we need to be careful.

5  These terms are used to mean a variety of things.

6  Oftentimes, simply spoken, when we say DC, what we mean

7  it is a voltage that, you know, -- a system that's

8  operating, for example, from a battery or from a

9  relatively constant voltage source.

10          Oftentimes when we talk about AC, although it

11  says "alternating current," in many cases what we're

12  really talking about is -- is a, you know -- for

13  example, the electric utility, the grid, when you plug

14  into a typical outlet in a home, you are plugging into

15  alternating current or an AC, but it's typically really

16  describing the AC voltage?  But if you apply a

17  resistive load, like a typical lamp, then you would get

18  alternating current through that load.

19          So your question of what is DC, what is AC,

20  depending on the application they mean, you know, a

21  variety of things.  But a skilled person certainly

22  understands how it's being applied.

23          Again, typically speaking, if it's AC, we're

24  often talking about a circuit where there are either AC

25  utility grid inputs and then currents and voltages in

81

1  the system, or there are alternating, you know,

2  periodic currents flowing in a system.  These are all

3  examples of AC.

4          But a DC system, you know, might, for

5  example, be a battery supply to a DC load.  But that

6  doesn't mean that at least in the way a skilled person

7  would typically use that term, that current has to

8  always flow in one direction in a DC system.  You know,

9  a battery -- a battery is a good example.  You might

10  charge a battery at one time and discharge a battery at

11  another time all with DC voltages.  It's unlikely that

12  a skilled person would call that an AC system.

13      Q.   Okay.  Maybe we'll get to some specifics

14  here.

15          If I can get you to direct your attention to

16  Column 3, Line 48.

17          Do you see that's describing Figure  2,

18  somewhere in the middle of that line that's beginning

19  of sentence says Figure 2 shows an embodiment wherein a

20  DC voltage source, comma, supplying a substantially

21  constant voltage?

22      A.   Yes.

23      Q.   Do you see that?

24          And that gets back to Figure 2; right?  And I

25  believe connected to input terminals -- that's voltage

82

1  applied to the 30a and 30b that's depicted in Figure 2

2  of the '577 Patent; correct?

3      A.   That is correct.

4      Q.   Can you just explain what terminal -- a

5  terminal is?

6      A.   Terminals can be used -- you know, the word

7  "terminal" can be used in a variety of ways, meaning,

8  you know, at the very least, it typically means that a

9  connection point where elements could maybe connect it.

10         Here, in this context, you know, the inventor

11  is explaining that the -- a voltage, in this case a DC

12  voltage source, can be connected to the circuit as

13  shown in Figure 2, and it's describing these nodes, 30a

14  and 30b, meaning these connection points, these nodes.

15  Variety of terms here would be typical and expected.

16         In this case, the inventor is describing that

17  as input terminals.  I'm not sure that anything in

18  particular was intended by that other than this is

19  where a DC supply would be connected, but the DC supply

20  is not shown specifically in Figure 2.  But that is

21  where it would be connected, is at those points, 30a

22  and 30b.

23      Q.   So I would direct your attention to Figure 2,

24  have you, you know, look at Figure 2 of the

25  '577 Patent.  There is, like, an element mark at 32a.

1           Do you see that?

2      A.   Yes, I do.

3      Q.   There's also an elemented mark at 32b.

4           Do you see that, too?

5      A.   Yes, I see this as well.

6      Q.   So Figure 2 shows -- basically, these are 32

7  and 32b.

8           These are two switches connected to the input

9  terminals here -- correct? -- input to Terminal 30a and

10 30b, respectively?

11     A.   Yes.  I believe that is correct.

12     Q.   Just for clarity of record, 32a, which is the

13 switch, is connected to 30a, which is the input

14 terminal; correct?

15     A.   At one of its connection points, that is

16 correct.

17     Q.   And 32b, which is another switch, is

18 connected to 30b, as in "boy," as input -- I think what

19 the patent describes as "input terminal"; correct?

20     A.   Yes.  In Figure 2, I believe that is correct.

21     Q.   So these are switches, 30a and 30 -- 32 and

22 30b.  So let's say in operation, 32a become a closed

23 switch, which I understand -- you know, engineering

24 understanding, its an ohm status, and 30b is open,

25 which I understand, again, to engineers is off.

1          Can you explain -- well, first of all, let me

2     just stop.

3          When I say 30b is closed and on this thing

4     it's ohm, is that -- am I understanding that correctly,

5     or am I using that term correctly?

6          A.   Generally speaking --

7          Q.   Go ahead.  Sorry.  Uh-huh.

8          A.   Generally speaking, if I understand you

9     right, you know, these terms are being used correctly.

10    I don't know for sure the context or -- or where else

11    we're headed with this discussion.

12         Similar to everything else that we've

13    described, you know, there's a simplified discussion,

14    and there's a more exact description.  But in a

15    simplified discussion, we would typically discuss this

16    circuit, which I believe the patent also acknowledges

17    as well known as what we call a bridge circuit or an

18    H-bridge or a half bridge.

19         And, you know, when we're describing the

20    operation of that circuit, we -- we often use

21    simplistic terminology for the behavior of these --

22    these transistors, which, of course, themselves are

23    quite complex in their behavior, but the way they're

24    used in this circuit typically would be described as

25    essentially idealized switches, at least in one way

85

1  that we would describe the circuit.

2            So it is helpful, in some scenarios, to

3  describe those as essentially idealized switches in

4  using the terminology of "on" and "off," essentially,

5  like a short-circuit, when it's on in an open circuit

6  or when it's off.

7            You know, that's not reality.  You know,

8  that's not really how the circuit behaves, but that

9  gives us a pretty good understanding.

10     Q.   Let's use that terminology, because that

11  helps us to understand and get to the next question.

12            So what is the current pass from the input

13  terminal 30a or 30b when switch 30a is on and

14  switch 30b is off?  How does the current flow?

15            MR. OCZEK:  Sorry.  I think you said the

16  switches were 30a and 30b.  I think -- did you mean

17  32a --

18            MR. CHEN:  I meant 32a and 32b.  Sorry.

19  Thanks for the clarification.

20            Let me strike that.  I'll reask the question.

21  BY MR. CHEN:

22     Q.   So, Dr. Zane, can you explain the current

23  pass from these two terminals, 30a and 30b when switch

24  32a is on or closed and 32b is open or off?

25     A.   And you were looking for the path of

1  current --

2      Q.    Correct.

3      A.    -- from 30a to 30b?

4      Q.    Well, how does the current flow?

5            Let's just say 32a is closed or on so that b

6  is off.  And, obviously, you have -- I think we just

7  established a DC voltage source supplied to 30a and 30b

8  at that point.

9      A.    Yeah.  I get it.  Okay?

10           So in this scenario, you know, first, I'll

11  just describe the path where current flows.  You know,

12  to our previous discussion, that current may be

13  positive or negative, and so it may be moving in one

14  direction or the other at any point in time, you know,

15  as indicated in Figure 3B for the -- the current, what

16  they're labeling as IS.

17           But neglecting that detail, I think to answer

18  the basic question you're asking, let's not worry about

19  whether the current is flowing right or left; let's

20  just worry about, you know, which path does the current

21  flow in.

22           And so in this case, you know, looking at

23  Figure 2 -- and like we -- as we described previously,

24  Figure 2 is an equivalent circuit diagram, much like

25  this on/off discussion to help us -- is to help us

1  understand the -- the function and the behavior of this

2  circuit so that we can properly design it and also

3  understand its benefits.

4          And so what we're looking at in Figure 2 is

5  an equivalent circuit diagram of the very real and

6  important behavior of this -- of this circuit broken

7  into elements as are drawn.

8          And so what I will describe is the way that

9  current flows in the equivalent circuit, because that

10  is how we, as skilled persons, you know, understand the

11  behavior that defines the behavior of the circuit.

12          So in the circuit as the inventor has

13  purposely drawn in Figure 2, using an equivalent

14  circuit diagram, when switch 32a is in the "on" -- is

15  operating as a switch that is on, then current path,

16  again positive or negative, would flow from 30a, that

17  input terminal of the DC supply, through the switch,

18  one way or the other, 32a, to the capacitor which is

19  defined as the Resident Capacitor 6.  And then it flows

20  over in this equivalent circuit model, so we understand

21  its behavior, through the Inductor Ls, and then a

22  portion of that current flows through the main or

23  magnetizing inductance Ls of M.  That is the resonance

24  behavior that is described later in the patent, showing

25  a resonant characteristic of the series connection of

1  Capacitor 6 Ls and Lm.  But also a portion of that

2  current flows to the right of Lm through the idealized

3  behavior of winding 8a, and that current excites, in

4  this idealized model of this transformer, a response

5  and ultimately provides the current to the secondary

6  side, to the Diodes 12 and 14, the Output Inductor 18,

7  and the LED 22, and any other circuitry attached to

8  that side.

9           So on the primary side, back to, kind of,

10  finishing that path, we just went through 32a.  We went

11  through the Capacitor 6 and Ls, and then we have the --

12  the two paths in this equivalent circuit model to

13  understand the circuit behavior through Lm and 8a.

14  Those two sum back together again in this equivalent

15  circuit model, neglecting anything that isn't shown

16  back through this node, 36a, which comes back to 30b.

17           That path -- and, again, it's -- it's -- that

18  particular current is alternating in the way it's

19  described in the patent.  So it would be positive or

20  negative, but it would flow in that path.

21      Q.   Can you explain the concept of the resonant

22  capacitor in series with an inductor?

23      A.   Yes, I can.  And so what we're -- thank you.

24           So what we're discussing, just to put it in

25  context -- for example, you know, the patent in a few

89

1  places describes the capacitor.  In fact, I think it

2  always describes Capacitor 6 as being a resonant

3  capacitor, and it mentions its connections in a couple

4  of places.

5          But specific to what you've asked, this

6  resonant characteristic is described more clearly in

7  Column 4 of the patent.  And so looking at Column 4 at

8  the -- at -- discussion here is with regard to the

9  waveforms, and Figure 3B, looking around Line 7.  And a

10  little bit later in that paragraph, around Line 10,

11  it's described that -- referring to the current -- the

12  current alternates in polarity due to the resonant

13  characteristics of the series connection of the

14  resonant Capacitor 6 and the inductances Ls and Lm of

15  the primary winding 8a.

16          And so referring back to Figure 2, the

17  elements, of course, that we're talking about here are

18  six, the resonant Capacitor 6, and the inductors Ls and

19  Lm as drawn because, again, these are important

20  physical phenomena to understand the operation of the

21  circuit.

22          The capacitor is a capacitor.  Calling it a

23  resonant capacitor means we have a certain intent, you

24  know, a certain purpose for that capacitor.  The

25  capacitor alone has no resonance, per se.  The reason

90

1   that we consider this a resonant capacitor is its

2   interaction and behavior with -- in this case, this was

3   just described Ls and Lm.

4           And so in this case -- and this is a good

5   example of what we were describing previously.  This

6   equivalent circuit model which is helping us understand

7   the behavior of the circuit -- it's a complex circuit.

8   It's a complex physical structure, for example, the

9   transformer.  There are many elements that can have

10  impact.

11          But a very important behavior which is what

12  is providing the serial voltage switching that I

13  believe we quoted earlier and the benefit here of a

14  resonant characteristic with that Capacitor 6 is that

15  there is a series connection of Capacitor 6,

16  Inductor Ls, and Inductor Lm.

17          And based on that description, as well as

18  just understanding the whole purpose here of what's

19  been described by the inventor, the skilled person

20  would immediately recognize what's being described;

21  that in this series connection, these elements are

22  intended to resonate, meaning their values are

23  selected -- and I believe there's another section we

24  quoted that explains Ls and Lm are selected to

25  accomplish this.

1          These elements are selected so that they have

2   a -- a resonance, in this case, near the operating

3   frequency which is the interval that we switch those

4   switches back and forth at; but the entire circuit is

5   designed so that these three elements accomplish what

6   we describe as a resonant characteristic.  That depends

7   on the selection of the values and the frequency, as we

8   call it, that we drive this circuit at.

9          So it's important -- it's an important

10  characteristic that's being described that provides one

11  of the significant benefits of the circuit.

12      Q.   Thank you for the answer.

13          So I think you mentioned that Ls, L -- and

14  Lm, the values are selected.

15          How are they selected?  Like a physical -- I

16  remember -- you recall you testified early Ls is like,

17  you know, the primary winding.  Physically, it's -- its

18  physical embodiment would be some sort of coil; right?

19          So how do we select Ls and m?

20          Do we just pick a different coil with maybe

21  different lens, different thickness, or different

22  strengths?

23          MR. OCZEK:  Objection.  Form.

24          THE WITNESS:  As I understand the question,

25  the -- as you mentioned, we refer to where the patent

92

1  explains that Ls and Lm from Column 3 can be selected

2  together with the resonant Capacitor 6 to accomplish

3  this -- what is presumed to accomplish this resonant

4  characteristic.

5        The patent also indicates that these elements

6  could be part of a physical structure, the transformer

7  could be integrated into that physical structure.

8        I believe you're asking how do you -- how do

9  you realize such a structure to have these elements

10  realized in the way that's described.  And this is a

11  common condition.  This is something that the skilled

12  person is very familiar with the need for the

13  connection of these elements to accomplish the

14  resonance and the possibility of achieving those

15  elements through the design of a physical structure

16  like a transformer.

17        The way that the skilled person would know

18  to -- to implement such a solution is to go through

19  perhaps, for example, careful modeling of the structure

20  itself, meaning modeling that would look, for example,

21  at magnetic fields and how those magnetic fields

22  interact with the winding itself and through, then, the

23  design of the shape of that winding relative to those

24  magnetic fields, and now it may be a combination of the

25  shape and structure that is selected of the winding

1  relative to, for example, the ferrite core that might

2  be used, as well as the number of turns.  What I mean

3  by that is the number of times you turn a wire, you

4  know, around, for example, the bobbin I mentioned

5  previously and then even the size and type of wire

6  would have impacts.

7           Even the location of these coils relative to

8  other elements in that structure are how a skilled

9  person would already know to tune that magnetic

10  structure to achieve Ls and Lm.

11           But what -- you apologize this is going long,

12  but quickly the skilled person.

13  BY MR. CHEN:

14      Q.   No.  I'm learning.  Go ahead.

15      A.   The skilled person would also recognize that

16  the elements themselves could also be realized as

17  individual separate components.  For example, sometimes

18  it may be difficult to achieve the actual Ls or Lm

19  value that you desired within a certain size constraint

20  or certain loss constraint or certain cost constraint

21  that have transformer, in which case either/or both of

22  those elements could be realized using a very similar

23  but additional structure that would be placed right

24  next to the transformer and it would be drawn in the

25  same exact way shown in Figure 2 and accomplish the

1  same purpose in Figure 2.  So those are the ways that a

2  skilled person would know how to implement Ls and Lm as

3  shown here in the patent.

4      Q.   Okay.  So is it fair to say that that the

5  resonant capacitor number series with inductor select a

6  path of resonant frequency?

7      A.   I apologize, I might not have full heard the

8  question, if you don't mind repeating.

9           MR. CHEN:  So, Michelle, do you mind just

10  read out the question I just asked.

11               (Record read.)

12           MR. CHEN:  Yeah, let's strike that because

13  let's make sure I get the question right.

14  BY MR. CHEN:

15      Q.   Dr. Zane, let me strike that and ask it one

16  more time.

17           Is it fair to say that the resonant capacitor

18  in series with inductor selectively passes a resonant

19  frequency?

20      A.   Once again, I might not be entirely clear on

21  the way that those terms are being used together.

22  Something sounds just a little bit off to me.  But

23  maybe -- if I don't mind -- if you don't mind, if I can

24  rephrase and we see if we're answering the same thing?

25      Q.   Go ahead.

1      A.   So I believe -- you know, rephrasing, what I

2   understand is that capacitor 6 and inductor Ls and

3   inductor Lm are described as connected in series, and

4   they are designed so that in that connection, they

5   accomplish resonance at the operating frequency or they

6   exhibit a resonant characteristic giving the operating

7   frequency of the system or the circuit.

8      Q.   So the word "resonant," what does it mean?

9      A.   Resonate, you know, like any of these terms,

10   once we get difficulty of defining it, depends on its

11   application in the field it's used in and where it is

12   applied, which is, again, part of the challenge of

13   adding definition to a term that's well understood.  In

14   the context of an electrical circuit, in particular in

15   this context of a capacitor and an inductor, what we

16   mean by resonance is that they're -- they're operating

17   in such a way that they -- they -- they exhibit either

18   a very high or very low impedance of a particular

19   frequency in this case the resonant frequency.  What

20   that does within a circuit is that it means that it

21   naturally creates this resonant behavior, meaning it

22   allows energy to transfer back and forth between those

23   two elements.

24          And in that section that we quoted earlier in

25   Column 4, that is what the inventor's describing.  It's

1   inventions that even though we have a DC power supply

2   and we're -- we're supplying current into the system,

3   we he said up with an alternating current or an AC

4   behavior in the system because we have this energy

5   moving back and forth between these elements, or, in

6   other words, resinating between these elements.

7       Q.   Than answer or your explanation of what

8   resonant means, can you contrast that with the effect

9   of the resonant capacitor in parallel with the

10  inductor?

11      A.   The concept of resonance applies in the

12  context here of what we call reactive elements but

13  inductors and compositors, the idea of resonance in the

14  way I've described it would apply to any configuration

15  where we have a combination of conduct ors and

16  compositors operating relative to their values, their

17  impedances that excites the circuit resonance.  And so

18  it really isn't dependent on whether we're talking

19  about them being in parallel or in series.

20          Now, there are specific ways that we use

21  those terms and that terminology to describe a type of

22  resonance.  And -- and oftentimes that also helps

23  understand the type of resonant circuit that's being

24  realized.

25          So if we have a capacitor and an inductor

1  that have been, you know, excited in some way, meaning

2  energy has been supplied into them, now if they're the

3  only two elements, then the only possible connection if

4  there's going to be any current flowing them is --

5  would be on each element that would typically be the

6  sort of parallel connection, but, of course, it's also

7  a series connection because of this current that's

8  flowing in that same -- being shared among those

9  elements.

10         So what you're asking gets into, you know,

11  more complex nature of describing, for example, in the

12  context of resonant converters, we may describe types

13  of resonance that help us.  For example, have certain

14  voltage transformations in a circuit and also certain

15  protections.  And so these combinations end up giving

16  us what we might call a series circuit or a parallel

17  resonant circuit or resonant circuit in the abstract

18  it's hard to say how -- I suppose it's hard to be

19  abstract if your question very directly, but the quote

20  I have used to describe resonance is any time we have a

21  capacitor and conductor connected in such a way

22  that they can pass current between them or across

23  them -- I should just say between them -- so that they

24  can alternate energy between the two.

25         Q.   Dr. Zane, Figure 2, what's your understanding

1  with respect to whether the resonant capacitor, which

2  is No. 6 and which is RS Lm design to have low or high

3  impedance?

4      A.   Well, there isn't a simple answer to that.

5  The -- the -- the response here is that as specifically

6  stated by the -- by the patent inventor, these elements

7  are designed to operate a resonant characteristic in

8  their series connection.  That resonant characteristic

9  means that they -- they will be operating that such a

10  way that they -- that they will alternate energy in the

11  way that I've described.

12          Now, odds are what's really meant here is the

13  circuit may operate at a frequency not at the exact

14  resonance of the circuit, at least not without

15  additional elements in loading to be applied here.  So

16  the impedance of the combination, again, also depends

17  on where we're looking at that impedance.  If we're

18  talking about the impedance as we might call it seen by

19  the power supply, you know, for example, in FIG. 1, the

20  equivalent of those switches from Figure 2 and the DC

21  supply are shown in FIG. 1 as a square way generator

22  that's connecting the node 4a and 4b, in this scenario,

23  this resonant characteristic of capacitor 6, inductor

24  Ls, and inductor Lm are in combination in series as we

25  have described would have antibeads -- difficult to say

1   whether you want to call that low or high -- but in

2   that resonant characteristic, generally speaking, the

3   closer we get to the resonance the lower it may become,

4   the two may cancel each other.  But the concept is

5   still quite clear.  We're looking for a resonant

6   behavior that allows alternating of the energy, which

7   means alternating of the current.  In FIG. 1, by

8   designing those components to be the right value so

9   that we get appropriate current flowing for those notes

10  4a and 4b as shown in FIG. 3.  What we get, then, from

11  that resonant characteristic and behavior is a voltage

12  that develops you know an AC voltage that develops

13  across Lm.  You know that voltage that develops on Lm

14  describes a current that becomes a voltage that's

15  applied to the secondary as it's described later in the

16  patent or earlier in the patentor that voltage is

17  applied to 18 to apply the substantially constant

18  current.

19          The reason I'm going through that discussion

20  is just to clarify what is the impedance of that

21  circuit.  It depends where we are looking at it from.

22          We can also be looking at the second side

23  into -- into the primary side of that winding, in which

24  case you're looking into Lm and Ls and 6 from -- from

25  that portion on the right hand.  That helps you

1   understand and the relative nature and behavior of the

2   circuit.  This applies the -- the current ultimate LED

3   on the right-hand side.  But all of that could be

4   largely neglected as described in the patent if we just

5   design that series connection with the resonance on the

6   primary side to work properly and to work properly and

7   to generate the voltage that we want on that

8   transformer from Lm.  That's the series connection and

9   the resonance of 6 Ls and Lm that the inventor is

10  describing.

11      Q.   Okay.

12           MR. CHEN:  I think -- why don't we take a

13  five-minute break, and I promise we will wrap this up

14  quickly.  Again, thanks so much for your patience.

15              (A short break was taken.)

16           MR. CHEN:  Jeremy, we have no more questions

17  for Dr. Zane at this moment.  I will pass the

18  witnesser.

19           MR. OCZEK:  No questions for the witness.

20           MADAM COURT REPORTER:  Would you like a copy

21  of the transcript?

22           MR. CHEN:  Yes, we would like to have a rough

23  and, I guess, a regular.

24           If we can get them three days by rough?

25           MADAM COURT REPORTER:  I can do three days.

1          MR. OCZEK:  Yeah, we'll take the same,

2  please.

3          MADAM COURT REPORTER:  So by Wednesday is

4  fine?

5          MR. CHEN:  That's fine.

6          MR. OCZEK:  That's fine.

7          MR. CHEN:  Well, if you can do the rough by

8  Monday, that would be better.

9          MADAM COURT REPORTER:  By Monday?  Okay.  I

10  can do that.

11               (ROUGH DRAFT PURPOSES ONLY.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25