# EXHIBIT 9

LITERATURE & FICTION
DICTIONARY

The
AMERICAN
HERITAGE®
College
dic·tion·ar·y

AMERICA'S FAVORITE DICTIONARY

- COMPLETELY Revised and Updated
- 7,500 New Words and Senses
- EXPERT Usage Guidance
- UP-TO-DATE Biographical and Geographical Entries
- MORE THAN 2,500 Photographs, Drawings, and Maps

FOURTH EDITION



Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
p.cm.
Based on the fourth ed. of the American Heritage dictionary.
ISBN 0-618-09848-8 (thumb edge) --
ISBN 0-618-19604-8 (deluxe binding)
1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21
                 2001039826

Manufactured in the United States of America

**mighty** (< *miht*, might; see MIGHT¹).] —**al·might′i·ly** *adv.*
**al·mond** (ä′mənd, ăl′-, ŏl′-, ăm′ənd) *n.* **1a.** A deciduous tree (*Prunus dulcis*) native to Asia and northern Africa and having alternate simple leaves, pink flowers, and leathery fruits. **b.** The ellipsoidal kernel of this tree, either eaten as a nut or used for extraction of an oil. **2.** Any of several other plants, esp. those with almondlike fruits or seeds. **3.** Something having the oval form of an almond. **4.** A pale tan. [ME *almande* < OFr. < LLat. *amandula*, alteration of Lat. *amygdala* < Gk. *amugdalē*.]
**al·mo·ner** (ăl′mə-nər, ä′mə-) *n.* **1.** One who distributes alms. **2.** *Chiefly British* A hospital social worker. [ME *aumoner* < OFr. *aumonier* < *amosne*, alms < LLat. *eleēmosyna*. See ALMS.]
**al·most** (ôl′mōst′, ôl-mōst′) *adv.* Slightly short of; not quite; nearly: *almost time to go.* See Usage Note at **none**. [ME < OE *ealmæst* : *eall*, all + *mǣst*, most; see MOST.]
**alms** (ämz) *pl.n.* Money or goods given to the poor. [ME *almes* < OE *ælmesse* < LLat. *eleēmosyna* < Gk. *eleēmosunē*, pity, charity < *eleēmōn*, pitiful < *eleos*, pity.]
**alms·house** (ämz′hous′) *n.* **1.** A poorhouse. **2.** *Chiefly British* A home for the poor that is maintained by private charity.
**alms·man** (ämz′mən) *n.* One, usu. a man, dependent on alms.
**al·ni·co** (ăl′nĭ-kō′) *n.* Any of several hard, strong alloys of iron, aluminum, nickel, cobalt, and sometimes copper, niobium, or tantalum, used to make strong permanent magnets. [AL(UMINUM) + NI(CKEL) + CO(BALT).]
**al·oe** (ăl′ō) *n.* **1.** Any of various chiefly African plants of the genus *Aloe*, having rosettes of succulent leaves and long stalks bearing tubular flowers. **2.** See **aloe vera**. **3.** **aloes** (used with a *sing. verb*) A laxative drug obtained from the juice of a certain species of aloe. [ME < OE *aluwe* < Lat. *aloē* < Gk.] —**al′o·et′ic** (-ō-ĕt′ĭk) *adj.*
**aloe ver·a** (vĕr′ə, vîr′-) *n.* **1.** A species of aloe (*Aloe vera*) native to the Mediterranean region. **2.** The mucilaginous juice or gel from the leaves of this plant, used for its soothing and healing properties. [Lat. *aloē*, aloe plant + *vēra*, fem. of *vērus*, true.]
**A·lo·fi** (ä-lō′fē) The cap. of Niue, on the W coast of the island. Pop. 960.
**a·loft** (ə-lôft′, ə-lŏft′) *adv.* **1.** In or into a high place; high up; higher up. **2.** *Nautical* At or toward the upper rigging. ❖ *prep.* On or above. [ME < ON *ā lopt* : *ā*, in, + *lopt*, air.]
**a·log·i·cal** (ā-lŏj′ĭ-kəl) *adj.* Beyond the bounds of logic. —**a·log′i·cal·ly** *adv.* —**a·log′i·cal·ness** *n.*
**a·lo·ha** (ə-lō′ə, -hä, ä-lō′hä′) *interj.* *Chiefly Hawaii* Used as a traditional greeting or farewell. [Hawaiian.]
**al·o·in** (ăl′ō-ĭn) *n.* A bitter, yellow crystalline compound obtained from the aloe and used as a laxative. [ALO(E) + -IN.]
**a·lone** (ə-lōn′) *adj.* **1.** Being apart from others; solitary. **2.** Being without anyone or anything else; only. **3.** Considered separately from all others of the same class. **4.** Being unequaled. ❖ *adv.* **1.** Without others. **2.** Without help: *cooked alone.* **3.** Exclusively; only: *The credit is hers alone.* [ME : *al*, all; see ALL + *one*, one; see ONE.] —**a·lone′ness** *n.*

**SYNONYMS** alone, lonely, lonesome, solitary These adjectives describe lack of companionship. *Alone* emphasizes being apart from others but does not necessarily imply unhappiness: "*I am never less alone, than when I am alone*" (James Howell). *Lonely* connotes painful awareness of being alone: "'*No doubt they are dead,' she thought, and felt . . . sadder and . . . lonelier for the thought*" (Ouida). *Lonesome* emphasizes a plaintive desire for companionship: "*You must . . . not be lonesome because I'm not at home*" (Charles Dickens). *Solitary* often stresses physical isolation that is self-imposed: *I thoroughly enjoyed my solitary meal.*

**a·long** (ə-lông′, ə-lŏng′) *prep.* **1.** Over the length of: *walked along the path.* **2.** On a line or course parallel and close to; continuously beside: *trees along the avenue.* **3.** In accordance with: *split along party lines.* ❖ *adv.* **1.** Forward; onward: *Farther along, we passed a hitchhiker.* **2.** As a companion: *brought a friend along.* **3.** In accompaniment or association; together: *packed an atlas along with other books.* See Usage Note at **together**. **4.** With one; at hand. **5.** *Informal* Advanced to some degree: *along in years.* [ME < OE *andlang*, extending opposite : *and-*, facing; see **ant-** in App. + *lang*, long; see LONG¹.]
**a·long·shore** (ə-lông′shôr′, -shōr′, ə-lŏng′-) *adv.* Along, near, or by the shore.
**a·long·side** (ə-lông′sīd′, ə-lŏng′-) *adv.* Along, near, at, or to the side. ❖ *prep.* By the side of; side by side with.

**USAGE NOTE** In its prepositional use *alongside* may be accompanied by *of*: *The barge lay alongside (or alongside of) the pier.*

**a·loof** (ə-lōōf′) *adj.* Distant physically or emotionally; reserved and remote: *stood apart with aloof dignity.* ❖ *adv.* At a distance but within view; apart. [A-² + LUFF, windward part of a ship (obsolete).] —**a·loof′ly** *adv.* —**a·loof′ness** *n.*
**al·o·pe·cia** (ăl′ə-pē′shə, -shē-ə) *n.* Loss of hair; baldness. [Lat. *alōpecia*, fox mange < Gk. *alōpekiā* < *alōpex*, fox. See wḷp-ē- in App.] —**al′o·pe′cic** (-pē′sĭk) *adj.*
**a·loud** (ə-loud′) *adv.* **1.** By voice; orally: *Read aloud.* **2.** Loudly: *crying aloud for help.*
**alp** (ălp) *n.* **1.** A high mountain. **2.** A very large mound or mass. [Back-formation < the ALPS.]

**ALPA** *abbr.* Air Line Pilots Association
**al·pac·a** (ăl-păk′ə) *n., pl.* **alpaca** or **-as** **1.** A domesticated South American mammal (*Lama pacos*), related to the llama and having fine long wool. **2a.** The wool of this mammal. **b.** Cloth made from alpaca. **c.** A coat made of this cloth. **3.** A glossy cotton or rayon and wool fabric. [Am.Sp. < Aymara *allpaca*.]
**al·pen·glow** (ăl′pən-glō′) *n.* A rosy glow that suffuses snow-covered mountain peaks at dawn or dusk on a clear day. [Partial transl. of Ger. *Alpenglühen* : *Alpen*, Alps + *glühen*, to glow.]
**al·pen·horn** (ăl′pən-hôrn′) *n.* A curved wooden horn, sometimes as long as 6 meters (approx. 20 feet), used by Alpine herders to call cows. [Ger. : *Alpen*, Alps + *Horn*, horn (< MHGer. < OHGer.; see **ker-¹** in App.).]
**al·pen·stock** (ăl′pən-stŏk′) *n.* A mountaineer's long, iron-pointed staff. [Ger. : *Alpen*, Alps + *Stock*, staff (< MHGer. *stoc* < OHGer.).]
**al·pes·trine** (ăl-pĕs′trĭn) *adj.* Growing at high altitudes; alpine or subalpine. [< Med.Lat. *alpestris* < Lat. *Alpēs*, the Alps.]
**al·pha** (ăl′fə) *n.* **1.** The first letter of the Greek alphabet. **2.** The first one; the beginning. **3.** *Chemistry* The first position from a designated carbon atom in an organic molecule at which an atom or radical may be substituted. **4.** *Astronomy* The brightest or main star in a constellation. **5.** The mathematical estimate of the return on a security when the return on the market as a whole is zero. ❖ *adj.* **1.** Being the highest ranked or most dominant individual of one's sex. Used of social animals. **2.** *Chemistry* Closest to the functional group of atoms in an organic molecule. **3.** Alphabetical. [Gk. < Phoenician *'alp*, ox, first letter of the Phoenician alphabet.]
**al·pha-ad·re·ner·gic** (ăl′fə-ăd′rə-nûr′jĭk) *adj.* Of, relating to, or being an alpha-receptor.
**alpha-adrenergic receptor** *n.* See **alpha-receptor**.
**alpha and omega** *n.* **1.** The first and the last. **2.** The most important part.
**al·pha·bet** (ăl′fə-bĕt′, -bĭt) *n.* **1.** The letters of a language, arranged in the order fixed by custom. **2.** A system of characters or symbols representing sounds or things. **3.** A set of basic parts or elements. See tables on pages 40 and 41. [ME *alphabete* < Lat. *alphabētum* < Gk. *alphabētos* : *alpha*, alpha; see ALPHA + *bēta*, beta; see BETA.]
**al·pha·bet·i·cal** (ăl′fə-bĕt′ĭ-kəl) also **al·pha·bet·ic** (-bĕt′ĭk) *adj.* **1.** Arranged in the customary order of the letters of a language. **2.** Of, relating to, or expressed by an alphabet. —**al′pha·bet′i·cal·ly** *adv.*
**al·pha·bet·ize** (ăl′fə-bĭ-tīz′) *tr.v.* **-ized, -iz·ing, -iz·es** **1.** To arrange alphabetically. **2.** To supply with an alphabet. —**al′pha·bet·i·za′tion** (-bĕt′ĭ-zā′shən) *n.* —**al′pha·bet·iz′er** *n.*
**al·pha-block·er** (ăl′fə-blŏk′ər) *n.* A drug that opposes the excitatory effects of norepinephrine released from sympathetic nerve endings at alpha-receptors.
**Alpha Cen·tau·ri** (sĕn-tôr′ē) *n.* A multiple star in the constellation Centaurus, 4.4 light-years from Earth.
**Alpha Cru·cis** (kroo′sĭs) *n.* A double star in the constellation Southern Cross.
**al·pha-fe·to·pro·tein** (ăl′fə-fē′tō-prō′tēn, -tē-ĭn) *n.* An antigen produced in the liver of a fetus that is present in amniotic fluid and is used in the detection of certain fetal abnormalities.
**alpha helix** *n.* A structure of proteins, characterized by a spiral chain of amino acids. —**al′pha-hel′i·cal** (ăl′fə-hĕl′ĭ-kəl, -hē′lĭ-) *adj.*
**al·pha-hy·drox·y acid** (ăl′fə-hī-drŏk′sē) *n.* Any of various fruit acids that are capable of trapping moisture in the skin and initiating the formation of collagen.
**al·pha·nu·mer·ic** (ăl′fə-noo-mĕr′ĭk, -nyoo-) also **al·pha·nu·mer·i·cal** (-fə-mĕr′ĭk) *adj.* Consisting of or using letters, numbers, punctuation marks, and mathematical and other conventional symbols: *an alphanumeric code.* [ALPHA(BETIC) + NUMERIC(AL).] —**al′pha·nu·mer′i·cal** *adj.* —**al′pha·nu·mer′i·cal·ly** *adv.*
**alpha particle** *n.* A positively charged particle, consisting of two protons and two neutrons.
**alpha privative** *n.* The prefix *a-* or *an-* before vowels, used in Greek and in English words borrowed from Greek to express absence or negation.
**alpha ray** *n.* A stream of alpha particles.
**al·pha-re·cep·tor** (ăl′fə-rĭ-sĕp′tər) *n.* A site in the autonomic nervous system in which excitatory responses occur when adrenergic agents, such as epinephrine, are released.
**alpha rhythm** *n.* See **alpha wave**.
**al·pha-to·coph·e·rol** (ăl′fə-tō-kŏf′ə-rôl′, -rōl′) *n.* An alcohol, $C_{29}H_{50}O_2$, obtained from wheat germ oil or produced synthetically and exhibiting the most potent vitamin E activity of the tocopherols.
**alpha wave** *n.* A pattern of smooth, regular electrical oscillations in the human brain, having a frequency of 8 to 13 hertz, that occur when a person is awake and relaxed.
**Al·phe·us** (ăl-fē′əs) A river of the Peloponnesus in S Greece flowing c. 113 km (70 mi) to the Ionian Sea.
**al·pine** (ăl′pīn′) *adj.* **1.** *Alpine* Of or relating to the Alps or their inhabitants. **2.** Of or relating to high mountains. **3.** *Biology* Living or growing above the timberline. **4.** *Sports* **a.** Intended for or concerned with mountaineering. **b.** *Alpine* Of or relating to down-



alpaca
*Lama pacos*



alpenhorn

| ă pat | oi boy |
|---|---|
| ā pay | ou out |
| âr care | oō took |
| ä father | oō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

*Stress marks:*
′ (primary);
′ (secondary), as in
**lexicon** (lĕk′sĭ-kŏn′)

**ourselves** See Note at **hisself**.

**-ous** or **-ious** *suff.* **1.** Possessing; full of; characterized by: *joyous.* **2.** Having a valence lower than with adjectives ending in *-ic: ferrous.* [ME *-ous, -eus, -eux* < Lat. *-ōsus* and *-us,* adj. suff.]

**ou·zel** (ōō'zəl) *n.* Variant of **ouzel.**

**Ouse River** (ōōz) **1.** also **Great Ouse River** A river, c. 249 km (155 mi) flowing from S-central England to the Wash, an inlet of the North Sea. **2.** A river, c. 97 km (60 mi), of NE England joining the Trent R. to form the Humber R.

**oust** (oust) *tr.v.* **oust·ed, oust·ing, ousts 1.** To eject from a position or place; force out: *ousted him from power.* See Syns at **eject. 2.** To take the place of, by force; supplant. [ME *ousten* < AN *ouster* < Lat. *obstāre,* to hinder. See OBSTACLE.]

**oust·er** (ou'stər) *n.* **1a.** The act of ousting. **b.** The state of being ousted. **2.** One that ousts. **3.** *Law* The act of forcing one out of possession or occupancy of material property to which that one is entitled; illegal or wrongful dispossession. [AN, to oust, ouster.]

**out** (out) *adv.* **1.** In a direction away from the inside: *Let's go out for a look at the stars.* **2.** Away from the center or middle: *The people fanned out.* **3a.** Away from a usual place: *went out for the afternoon.* **b.** Out of normal position: *threw his back out.* **c.** Out-of-doors. **4a.** From inside a building or shelter into the open air: *Come outside.* **b.** In the open air; outside: *Is it snowing outside?* **5a.** From within a container or source: *drained the water out.* **b.** From among others: *picked out the thief in the crowd.* **6a.** To a state of exhaustion or depletion: *Supplies ran out.* **b.** Into extinction or imperceptibility: *The fire has gone out.* **c.** To a finish or conclusion: *Play the game out.* **d.** To the fullest extent or degree: *all decked out for the dance.* **e.** In or into competition or directed effort: *went out for golf.* **7.** In or into a state of unconsciousness: *The drug put him out for two hours.* **8a.** Into being or evident existence: *The new car models have come out.* **b.** Into public circulation: *The paper came out early today.* **9.** Into view: *The moon came out.* **10.** Without inhibition; boldly: *Speak out.* **11.** Into possession of another or others; into distribution: *giving out free passes.* **12a.** Into disuse or an unfashionable status: *Narrow ties have gone out.* **b.** Into a state of deprivation or loss: *voted the governor out.* **13.** In the time following; afterward: *six months out.* **14.** *Baseball* So as to be retired, or counted as an out: *He grounded out.* **15.** On strike. ✦ *adj.* **1.** Exterior; external: *the out surface of a ship's hull.* **2.** Directed away from a place or center; outgoing: *the out door.* **3.** Traveling or landing out-of-bounds. **4a.** Not operating or functional: *The power is out.* **b.** Extinguished: *The lights are out.* **5.** Unconscious: *was out for an hour after surgery.* **6.** Not to be considered or permitted: *Eating candy before dinner is out.* **7.** No longer fashionable. **8.** No longer possessing or supplied with something: *I'd offer you coffee but we're out.* **9.** *Informal* Openly gay, lesbian, or bisexual: *an out performer.* **10.** *Baseball* Not allowed to continue to bat or run; retired. ✦ *prep.* **1.** Forth from; through: *He fell out the window.* **2.** Beyond or outside of: *Out this door is the garage.* **3.** Within the area of: *The house has a garden out back.* ✦ *n.* **1.** One that is out, esp. one who is out of power. **2.** *Informal* A means of escape. **3.** *Baseball* **a.** A play in which a batter or base runner is retired. **b.** The player retired in such a play. **4.** *Sports* A serve or return that falls out of bounds in a court game. **5.** *Printing* A word or other part of a manuscript omitted from the printed copy. ✦ *v.* **out·ed, out·ing, outs** *tr.* **1.** *Sports* To be disclosed or revealed; come out. —*tr.* **1.** *Sports* To send (a tennis ball, for example) outside the court or playing area. **2.** To expose (one considered to be heterosexual) as being gay, lesbian, or bisexual: *outed a well-known politician* **3.** *Chiefly Brit.* To knock unconscious. ✦ *interj.* Used in a two-way radio to indicate that a transmission is complete and no reply is expected. —*idiom:* **on the outs** *Informal* Not on friendly terms; disagreeing. [ME < OE *ūt.* See **ud-** in App.]

**out-** *pref.* In a way that surpasses, exceeds, or goes beyond: *outdistance.* [< OUT.]

**out·age** (ou'tĭj) *n.* **1.** A quantity or portion of something lacking after delivery or storage. **2.** A temporary suspension of operation, esp. of electric power.

**out and away** *adv.* By far: *She's out and away the best.*

**out-and-out** (out'n-out') *adj.* Complete; thoroughgoing.

**out·back** (out'băk') *n.* One given to extremes. Used esp. of Australia or New Zealand. ✦ *adv.* (out'băk') Out to or in the outback. —**out·back'er** *n.*

**out·bal·ance** (out-băl'əns) *tr.v.* **-anced, -anc·ing, -anc·es** To exceed in influence or significance; outweigh.

**out·bid** (out-bĭd') *tr.v.* **-bid, -bid·den** (-bĭd'n) or **-bid, -bid·ding** To bid higher than: *We outbid our rivals.*

**out·board** (out'bôrd', -bōrd') *adj.* **1.** *Nautical* **a.** Situated or positioned outside the hull of a vessel. **b.** Being in a position that is

toward the end of an aircraft wing. **2.** Situated or positioned toward the outside. ✦ *n.* **1.** An outboard motor. **2.** A boat with an outboard motor. —**out'board'** *adv.*

**outboard motor** *n.* A detachable engine mounted on outboard brackets or on the transom of a boat.

**out·bound** (out'bound') *adj.* Outward bound; headed away.

**out·break** (out'brāk') *n.* **1.** A sudden eruption; an outburst. **2.** A sudden increase: *a flu outbreak.*

**out·breed** (out'brēd') *tr.v.* **-bred** (-brĕd'), **-breed·ing, -breeds** To subject to outbreeding.

**out·breed·ing** (out'brē'dĭng) *n.* **1.** The breeding of distantly related or unrelated individuals. **2.** *Anthropology* The mating of persons producing a superior hybrid, often as a result of marriage proscriptions from different groups, associated with a main building.

**out·build·ing** (out'bĭl'dĭng) *n.* A building separate from but associated with a main building.

**out·burst** (out'bûrst') *n.* A sudden violent display, as of activity or emotion: *an outburst of indignation.*

**out·call** (out'kôl') *n.* A visit by a professional person to a client or patient's home; a house call.

**out·cast** (out'kăst') *n.* One that has been excluded from a society or system. —**out'cast'** *adj.*

**out·caste** (out'kăst') *n.* An Untouchable.

**out·class** (out-klăs') *tr.v.* **-classed, -class·ing, -class·es** To surpass decisively, so as to appear of a higher class.

**out·come** (out'kŭm') *n.* An end result; a consequence. See Syns at **effect.**

**out·crop** (out'krŏp') *n.* A portion of bedrock or other stratum protruding through the soil level. ✦ *intr.v.* (out-krŏp') **-cropped, -crop·ping, -crops** To protrude above the soil. [OUT + CROP, to appear on the surface.]

**out·cross** (out'krôs', -krŏs') *tr.v.* **-crossed, -cross·ing, -cross·es** To cross (animals or plants) by breeding individuals of different strains but usu. of the same breed. ✦ *n.* **1.** The process of outcrossing. **2.** Offspring thus produced.

**out·cry** (out'krī') *n., pl.* **-cries 1.** A loud cry or clamor. **2.** A strong protest or objection: *public outcry over prices.*

**out·date** (out-dāt') *tr.v.* **-dat·ed, -dat·ing, -dates** To replace or make obsolete or old-fashioned.

**out·dat·ed** (out-dā'tĭd) *adj.* Out-of-date; old-fashioned.

**out·dis·tance** (out-dĭs'təns) *tr.v.* **-tanced, -tanc·ing, -tanc·es 1.** To outrun, esp. in a long-distance race. **2.** To surpass by a wide margin, esp. through superior skill or endurance.

**out·do** (out-dōō') *tr.v.* **-did** (-dĭd'), **-done** (-dŭn'), **-do·ing, -does** (-dŭz') To do more or better than.

**out·door** (out'dôr', -dōr') *adj.* Located in, done in, or suited to the open air.

**out·doors** (out-dôrz', -dōrz') also **out-of-doors** (out'əv-dôrz', -dōrz') *adv.* In or into the open; outside. ✦ *n.* **1.** The open air. **2.** An area away from human settlements.

**out·doors·man** (out-dôrz'mən, -dōrz'-) *n.* A man who spends considerable time pursuing outdoor activities.

**out·doors·wo·man** (out-dôrz'wŏŏm'ən, -dōrz'-) *n.* A woman who spends considerable time pursuing outdoor activities.

**out·door·sy** (out-dôr'zē, -dōr'-) *adj. Informal* **1.** Associated with the outdoors. **2.** Showing a liking for the outdoors.

**out·er** (ou'tər) *adj.* **1.** Located on the outside; external. **2.** Farther than another from the center or middle. **3.** Relating to the body or its appearance rather than the mind or spirit.

**out·er·course** (ou'tər-kôrs', -kōrs') *n.* Sexual stimulation or activity between partners without anal or vaginal penetration. [OUTER + (INTER)COURSE.]

**outer ear** *n.* See **external ear.**

**Outer Hebrides** See **Hebrides.**

**Outer Mongolia** See **Mongolia** 2.

**out·er·most** (ou'tər-mōst') *adj.* Most distant from the center or inside; outmost.

**outer planet** *n.* Any of the five planets, Jupiter, Saturn, Uranus, Neptune, and Pluto, with orbits outside that of Mars.

**outer space** *n.* **1.** The region of space immediately beyond Earth's atmosphere. **2.** Interplanetary or interstellar space.

**out·er·wear** (ou'tər-wâr') *n.* Clothing, such as hats, coats, and gloves, for use outdoors.

**out·face** (out-fās') *tr.v.* **-faced, -fac·ing, -fac·es 1.** To overcome with a bold or self-assured look; stare down. **2.** To defy or resist.

**out·fall** (out'fôl') *n.* The place where a sewer, drain, or stream discharges.

**out·field** (out'fēld') *n. Baseball* **1.** The playing area extending outward from the diamond, divided into left, center, and right field. **2.** The position played by an outfielder. **3.** The members of a team playing in the outfield.

**out·field·er** (out'fēl'dər) *n. Baseball* A player who defends left, center, or right field.

**out·fit** (out'fĭt') *n.* **1.** A set of tools or equipment for a specialized purpose. **2.** A set of clothing. **3.** *Informal* An association of persons, esp. a military or business group. **4.** The act of equipping. ✦ *tr.v.* **-fit·ted, -fit·ting, -fits** To provide with necessary equipment. —**out'fit'ter** *n.*

**out·flank** (out-flăngk') *tr.v.* **-flanked, -flank·ing, -flanks 1.** To maneuver around and behind the flank of (an opposing force).



outcrop

| ă | pat | oi | boy |
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ōō | boot |
| ĕ | pet | ŭ | cut |
| ē | be | ûr | urge |
| ĭ | pit | th | thin |
| ī | pie | th | this |
| îr | pier | hw | which |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |

*Stress marks:*
ʹ (primary);
ʹ (secondary), as in
**lexicon** (lĕk'sĭ-kŏn')4