# EXHIBIT 10

"The most dependable reference information"*

# THE NEW

NOAD
TO GO!
Free phone/PDA
version
enclosed

# OXFORD
# AMERICAN
# DICTIONARY

SECOND EDITION

DO NOT LOAN
HOLD I. D.

FOLIO

THE WORLD'S MOST TRUSTED DICTIONARIES

1

# OXFORD
## UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford  New York
Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in
Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

The first edition of the *New Oxford American Dictionary* was based on *The New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
www.oup.com/us
www.askoxford.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a
retrieval system, or transmitted, in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without prior permission of
Oxford University Press

Library of Congress Cataloging-in-Publication Data

The new Oxford American dictionary.-- 2nd ed.
  p. cm.
ISBN 0-19-517077-6
1. English language--United States--Dictionaries. 2.
Americanisms--Dictionaries.
PE1628.N429 2005
423'.1--dc22
                          2005000941

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal
purposes a nonproprietary or general significance, nor is any other judgment
implied concerning their legal status. In cases where the editor has some evidence
that a word is used as a proprietary name or trademark, this is indicated by the
designation trademark, but no judgment concerning the legal status of such words is
made or implied thereby.

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America on acid-free paper

**outdoorsman**

**outmaneuver**

**out·doors·man** /ˌoutˈdôrzmən/ ▶n. (pl. **-men**; fem. **out·doors·wom·an** /-ˌwoomən/ pl. **-wom·en**) a person who spends a lot of time outdoors or doing outdoor activities.

**out·doors·y** /ˌoutˈdôrzē/ ▶adj. informal of, associated with, or fond of the outdoors: the outdoorsy fragrance of pines.

**out·draw** /ˌoutˈdrô/ ▶v. (past **-drew**; past part. **-drawn**) [trans.] (of a person or event) attract a larger crowd than (another person or event): the stores in Paris outdraw both the Louvre and the Eiffel Tower.

**out·drink** /ˌoutˈdriNGk/ ▶v. (past **-drank**; past part. **-drunk**) [trans.] drink more alcohol than (another person).

**out·drive** /ˌoutˈdrīv/ ▶v. (past **-drove**; past part. **-driven**) [trans.] **1** drive a golf ball farther than (another player): he outdrove his playing partners by as much as seventy-five yards. **2** drive a vehicle better or faster than (someone else): he knew he couldn't outdrive the police. ▶n. the portion of an inboard-outboard engine that is outside the hull, providing steering and propulsion.

**out·er** /ˈoutər/ ▶adj. [attrib.] outside; external: the outer door. ■ further from the center or inside: the outer hall at the museum's main entrance. ■ (esp. in place names) more remote: Outer Mongolia. ■ objective or physical; not subjective. ▷late Middle English: from OUT + -ER², replacing earlier UTTER¹.

**Out·er Banks** a chain of barrier islands extending southward for 175 miles (282 km) along the coast of North Carolina, consisting largely of sand dunes and serving as a buffer against the Atlantic Ocean.

**out·er·course** /ˈoutərˌkôrs/ ▶n. sexual stimulation that excludes penile penetration. ▷1980s: blend of OUTER and INTERCOURSE.

**Out·er Mon·go·li·a** see MONGOLIA.

**out·er·most** /ˈoutərˌmōst/ ▶adj. [attrib.] farthest from the center: the outermost layer of the earth.
▶pron. the one that is farthest from the center: the orbit of the outermost of these eight planets.

**out·er plan·et** ▶n. a planet whose orbit lies outside the asteroid belt, i.e., Jupiter, Saturn, Uranus, Neptune, or Pluto.

**out·er space** ▶n. the physical universe beyond the earth's atmosphere.

**out·er·wear** /ˈoutərˌwe(ə)r/ ▶n. clothing worn over other clothes, esp. for the outdoors.

**out·face** /ˌoutˈfās/ ▶v. [trans.] disconcert or defeat (an opponent) by bold confrontation: to outface twenty-five or thirty antagonistic men.

**out·fall** /ˈoutˌfôl/ ▶n. the place where a river, drain, or sewer empties into the sea, a river, or a lake.

**out·field** /ˈoutˌfēld/ ▶n. **1** the outer part of the field of play in various sports, in particular: ■ Baseball the grassy area beyond the infield. ■ Cricket the part of the field furthest from the wicket. ■ [treated as sing. or pl.] the players stationed in the outfield, collectively. **2** the outlying land of a farm. —**out·field·er** n.

**out·fight** /ˌoutˈfīt/ ▶v. (past and past part. **-fought**) [trans.] fight better than and beat (an opponent).

**out·fit** /ˈoutˌfit/ ▶n. a set of clothes worn together, typically for a particular occasion or purpose: a riding outfit. ■ [usu. with adj.] informal a group of people undertaking a particular activity together, as a group of musicians, a military unit, or a business concern: Tom was the brains of the outfit. ■ [with adj.] a complete set of equipment or articles needed for a particular purpose: a repair outfit.
▶v. (**-fit·ted**, **-fit·ting**) [trans.] (usu. **be outfitted**) provide (someone) with a set of clothes: an auction of dolls outfitted by world-famous designers | he outfitted himself in the best gray suit he could afford. ■ provide with equipment: planes outfitted with sophisticated electronic gear.

**out·fit·ter** /ˈoutˌfitər/ (also **out·fit·ters**) ▶n. an establishment that sells clothing, equipment, and services, esp. for outdoor activities: an outfitter that provides professional guides. ■ Brit., dated an establishment that sells men's clothing.

**out·flank** /ˌoutˈflaNGk/ ▶v. [trans.] move around the side of (an enemy) so as to outmaneuver them: the Germans had sought to outflank them from the northeast. ■ figurative outwit: an attempt to outflank the opposition.

**out·flow** /ˈoutˌflō/ ▶n. a large amount of money, liquid, or people that moves or is transferred out of a place: an outflow of foreign currency. ■ the flowing out of a liquid from a container or cavity: the combination of arterial inflow and venous outflow. ■ Meteorology the outward flow of air from a weather system, associated with wind shift and temperature drop.

**out·fly** /ˌoutˈflī/ ▶v. (**-flies**; past **-flew**; past part. **-flown**) [trans.] fly faster, farther, or with more agility than: a high-powered combat aircraft that can outfly anything.

**out·fox** /ˌoutˈfäks/ ▶v. [trans.] informal defeat or deceive (someone) by being more clever or cunning than they are; outwit.

**out·gas** /ˌoutˈgas/ ▶v. (**-gas·es**, **-gas·sing**, **-gassed**) [trans.] release or give off (a substance) as a gas or vapor: glue may outgas smelly volatile organic compounds | [intrans.] samples are heated and begin to outgas.

**out·gen·er·al** /ˌoutˈjen(ə)rəl/ ▶v. (**-gen·er·aled**, **-gen·er·al·ing**) [trans.] get the better of by superior strategy or tactics.

**out·go** ▶n. /ˈoutˌgō/ the outlay of money: the secret of success lies in the relation of income to outgo.
▶v. /ˌoutˈgō/ (**out·goes**; past **out·went**; past part. **out·gone**) [trans.] archaic go faster than: he on horseback outgoes him on foot.

**out·go·ing** /ˈoutˌgōiNG/ ▶adj. **1** friendly and socially confident: she's an extremely affable, jovial, outgoing type of person. **2** [attrib.] leaving an office or position, esp. after an election defeat or completed term of office: the outgoing governor. ■ going out or away from a particular place: incoming and outgoing calls.
▶n. Brit. (**outgoings**) a person's regular expenditure.

**out·gross** /ˌoutˈgrōs/ ▶v. [trans.] surpass in gross income or profit: the film has outgrossed all other movie comedies.

**out·group** ▶n. **1** Sociology those people who do not belong to a specific in-group. **2** Biology a group of organisms not belonging to the group whose evolutionary relationships are being investigated.

**out·grow** /ˌoutˈgrō/ ▶v. (past **-grew**; past part. **-grown**) [trans.] grow too big for (something): babies outgrow their first car seat at six to nine months. ■ leave behind as one matures: is it a permanent injury, or will the colt outgrow it? ■ grow faster or taller than: the more vigorous plants outgrow their weaker neighbors.

**out·growth** /ˈoutˌgrōTH/ ▶n. something that grows out of something else: outgrowths at the base of the leaf. ■ a natural development or result of something: the book is an imaginative outgrowth of practical criticism. ■ the process of growing out: with further outgrowth the radius and ulna develop.

**out·guess** /ˌoutˈges/ ▶v. [trans.] outwit (someone) by guessing correctly what they intend to do: a brilliant military commander outguesses the enemy.

**out·gun** /ˌoutˈgən/ ▶v. (**-gunned**, **-gun·ning**) [trans.] [often as adj.] (**outgunned**) have better or more weaponry than: offensives that overwhelmed the outgunned and outmanned armies | figurative verbally outgunned by coworkers.

**out·haul** /ˈoutˌhôl/ ▶n. Sailing a rope used to haul out the clew of a boom sail or the tack of a jib.

**out·hit** /ˌoutˈhit/ ▶v. (past and past part. **-hit**; **-hit·ting**) [trans.] (in baseball and other sports played with a ball) surpass (a player or a team) in hitting the ball into fair territory: we outscored them for the Series, 55–27, and outhit them, 91–60.

**out·house** /ˈoutˌhous/ ▶n. an outbuilding containing a toilet, typically with no plumbing. ■ any outbuilding.

**out·ing** /ˈoutiNG/ ▶n. **1** a trip taken for pleasure, esp. one lasting a day or less: they would go on family outings to the movies. ■ a brief journey from home: her daily outing to the stores. ■ informal an appearance in something, as an athletic event or show: her first screen outing in three years. **2** the act or practice of revealing the homosexuality of a person. ▷late Middle English (in the sense 'the action of going out or of expelling'): from the verb OUT + -ING¹.

**out·ing flan·nel** ▶n. a type of flannelette with a short nap on both sides, used in infant clothing.

**out is·land** ▶n. an island situated away from the mainland.

**out·land** /ˈoutˌland/ ▶n. (often **out·lands**) remote or distant territory: barbarian chiefs from the outlands.
▶adj. remote; distant. ■ foreign: in the charge of outland kings.

**out·land·er** /ˈoutˌlandər/ ▶n. a foreigner; a stranger.

**out·land·ish** /outˈlandiSH/ ▶adj. **1** looking or sounding bizarre or unfamiliar: outlandish brightly colored clothes | the most outlandish ideas. **2** archaic foreign; alien. ▷Old English ūtlendisc 'not native,' from ūtland 'foreign country.' —**out·land·ish·ly** adv. —**out·land·ish·ness** n.

**out·last** /ˌoutˈlast/ ▶v. [trans.] outlive; last longer than: the kind of beauty that will outlast youth. ■ endure longer so as to overcome (an opponent or challenge).

**out·law** /ˈoutˌlô/ ▶n. a person who has broken the law, esp. one who remains at large or is a fugitive. ■ an

intractable horse or other animal. ■ historical a person deprived of the benefit and protection of the law.
▶v. [trans.] ban; make illegal: Maryland outlawed small-caliber pistols | [as adj.] (**outlawed**) an outlawed terrorist group. ■ historical deprive (someone) of the benefit and protection of the law: [as adj.] (**outlawed**) an outlawed man. ▷late Old English ūtlaga (noun), ūtlagian (verb), from Old Norse útlagr 'outlawed or banished.' —**out·law·ry** /-ˌlôrē/ n.

**out·lay** /ˈoutˌlā/ ▶n. an amount of money spent on something.

**out·let** /ˈoutˌlet/ ▶n. a means by which something escapes, capes, passes, or is released, in particular: ■ a pipe or hole through which water or gas may escape. ■ the mouth of a river. ■ a point in an electric circuit from which current may be drawn. ■ a place from which goods are sold or distributed: an outlet. ■ a retail store that sells the goods of a specific manufacturer or brand: [as adj.] an outlet mall. ■ a retail store offering discounted merchandise: overstocked or irregular items, surplus goods: the indoor markets in Moscow were carrying surplus collective-farm produce. ■ figurative a means of expressing one's talents, energy, or emotions: acting became the main outlet for his energies. ▷late Middle English: from OUT- + the verb LET¹.

**out·let box** ▶n. a box for mounting wall outlets and connecting them to electrical wiring.

**out·let pass** ▶n. Basketball a quick pass from a player who has just taken a rebound to a teammate, who can initiate a fast break.

**out·li·er** /ˈoutˌlī(ə)r/ ▶n. a person or thing situated away from or detached from the main body or system. ■ an outlying part of something: inaccessible islands and outliers. ■ a person or thing differing from all other members of a group; an outsider. ■ Geology a younger rock formation isolated among older rocks. ■ Statistics a data point on a graph or in a set of results that is very much bigger or smaller than the next nearest data point.

**out·line** /ˈoutˌlīn/ ▶n. **1** a line or set of lines enclosing or indicating the shape of an object in a sketch or diagram: fill in the outlines with color. ■ a line or set of lines of this type, perceived as defining the contours or bounds of an object: the outlines of her face. **2** a general plan giving the essential features but not the detail: an outline of the theory of evolution | a course outline. ■ a draft of a diagram, plan, proposal, etc., incorporating the main points: draw up an outline of the essay. ■ the main features or general principles of something: the main outlines of Elizabeth's career.
▶v. [trans.] **1** draw, trace, or define the outer shape of (something): her large eyes were darkly lined with eyeliner. **2** give a summary of (something): she outlined the case briefly.

**out·lin·er** /ˈoutˌlīnər/ ▶n. a computer application that produces a hierarchically arranged outline of the logical structure of a text document.

**out·live** /ˌoutˈliv/ ▶v. [trans.] (of a person) live longer than (another person): women generally outlive men. ■ survive or last beyond (a specified period or expected lifespan): the organization had largely outlived its usefulness. ■ archaic live through (an experience): the world has outlived much.

**out·look** /ˈoutˌlook/ ▶n. a person's point of view or general attitude to life: broaden your outlook on life. ■ a view: the pleasant outlook from the lodge windows. ■ a place from which a view is possible: emerging onto a cliffy outlook over a river. ■ the prospect for the future: the deteriorating economic outlook. ■ the weather forecast for the near future.
▶v. [trans.] predict on the basis of current information: streamflow for the upcoming runoff season is generally outlooked to be much below average. ■ predict that certain conditions will prevail in (a region): the Prediction Center outlooked the northeast quarter of Iowa for a moderate risk of severe storms.

**out·ly·ing** /ˈoutˌlī-iNG/ ▶adj. [attrib.] situated far from a center; remote: an outlying village.

**out·man** /ˌoutˈman/ ▶v. (**-manned**, **-man·ning**) [usu. as adj.] (**outmanned**) outnumber: the rebels were outmanned and outmatched in armaments: Mexico controlled the game and ran circles around the outmanned Guatemalan team.

**out·ma·neu·ver** /ˌoutməˈn(y)oovər/ (Brit. **out·ma·noeu·vre**) ▶v. [trans.] evade (an opponent) by moving faster or with greater agility: the YF-22 can outmaneuver and outrun any other fighter flying today. ■ use skill and cunning to gain an advantage over (someone): he was able to outmaneuver his critics.