F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC., <br><br> Defendants. | Civil No. 2:22-cv-02095-JAD-DJA <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS SIGNIFY NORTH AMERICA CORPORATION AND SIGNIFY HOLDINGS B.V.'S MOTION TO COMPEL (ECF 69)** <br><br> **(First Request)** |

The parties to this action, Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Plaintiffs") and Defendants LEPRO Innovation Inc., LE Innovation Inc, Innovation Rules Inc., Home Ever Inc., and Letianlighting, Inc. (collectively, "Defendants") jointly stipulate and agree to an order extending the deadline for Plaintiffs to file their Reply in support of Plaintiffs' Motion to Compel Depositions in Las Vegas, Nevada (ECF 69) from October 24, 2023, to October 31, 2023. This is the first request to extend the deadline to file this Reply.

- 1 -

**STIPULATION EXTENDING REPLY IN SUPPORT OF MOTION TO COMPEL (ECF 69)**

1  This request is made in good faith to accommodate scheduling conflicts of Plaintiffs' counsel
2  and Plaintiffs' representatives required to consult on and prepare the Reply and not for any purpose
3  of delay or harm to either party.
4  NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the
5  deadline for Plaintiffs to file their Reply in support of their Motion to Compel (ECF 69) seven days
6  from October 24, 2023, to October 31, 2023:
7  Dated: October 24, 2023.
8  Respectfully submitted,

/s/ F. Christopher Austin
F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (*Pro hac vice*)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V*

/s/ Hua Chen
Hua Chen (*Pro Hac Vice* to be submitted)
SCIENBIZIP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
Email: huachen@scienbizippc.com

Akke Levin (SBN 9102)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Akke.Levin@gtlaw.com

*COUNSEL FOR DEFENDANTS*
*LEPRO Innovation Inc.,*
*LE Innovation Inc.,*
*Innovation Rules Inc.,*
*Home Ever Inc., and*
*Leitianlighting, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2023

**STIPULATION EXTENDING REPLY IN SUPPORT OF MOTION TO COMPEL (ECF 69)**