F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

Christopher S. Leone (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
350 Linden Oaks, Third Floor
Rochester, NY 14625-2825
Telephone: (585) 362-4700
Email: cleone@bsk.com

*Counsel for Plaintiffs*
*Signify North America Corporation*
*and Signify Holding B.V.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,<br><br>Defendants. | Case 2:22-cv-02095-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN REVISED SCHEDULING ORDER**<br><br>**(Fourth Requested Extension)** |

- 1 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN REVISED SCHEDULING ORDER**

This is a patent-infringement suit over LED lighting products. Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Plaintiffs") allege that Defendants Lepro Innovation Inc., LE Innovation Inc., Innovation Rules Inc., Home Ever Inc., and Letianlighting Inc. (collectively, "Defendants") infringed seven of Signify's patents covering various LED technologies.

The parties have been working diligently and cooperatively to meet the Court's deadlines. Over the past several months, the parties have engaged in meaningful settlement discussions in an attempt to resolve this case. To continue those discussions, the parties have agreed and stipulated to a brief extension of thirty (30) days of the upcoming expert discovery deadlines. The parties respectfully submit that this brief extension will conserve the resources of the parties and the Court and will allow the parties to focus on attempting to reach a resolution to this matter.

Accordingly, the parties respectfully seek the Court's permission to further extend the following case deadlines in the operative scheduling order (ECF No. 122)[1]:

| Event | Current Date | New Agreed Date |
|---|---|---|
| Expert Designations | June 17, 2024 | July 17, 2024 |
| Rebuttal Expert Designations | July 17, 2024 | August 19, 2024 |
| Expert Discovery Cut-off | August 19, 2024 | September 18, 2024 |
| Dispositive Motion Deadline | September 18, 2024 | October 18, 2024 |

The parties respectfully submit that good cause exists to extend these deadlines for the reasons set forth herein. Pursuant to Local Rule 26-3, the following information is provided:

**(a)** **A statement specifying the discovery completed.**

The parties have served and responded to written discovery.

---

[1] On December 21, 2023, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 100), which was granted on December 28, 2023 (ECF No. 103). On February 1, 2024, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 119), which was granted on February 2, 2024 (ECF No. 120). On April 23, 2024, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 121), which was granted on February 2, 2024 (ECF No. 122).

On March 20, 2023, Plaintiffs served a first set of interrogatories and a first set of documents requests.

On April 3, 2023, the parties served Rule 26(a) initial disclosures.

On April 26, 2023, Defendants served responses to Plaintiffs' first set of interrogatories and first set of documents requests.

On May 26, 2023, Defendants served a first set of interrogatories and a first set of documents requests.

On June 26, 2023, Plaintiffs served responses to Defendants first set of interrogatories and first set of documents requests.

On October 27, 2023, Plaintiffs served a second set of documents requests.

On November 15, 2023, Plaintiffs served a third set of documents requests.

On November 27, 2023, Defendants served responses to Plaintiffs' second set of documents requests.

On December 15, 2023, Defendants served responses to Plaintiffs' third set of documents requests.

On December 15, 2023, Plaintiffs served a second set of interrogatories.

On January 15, 2024, Defendants served responses to Plaintiffs' second set of interrogatories.

The parties have produced documents in response to each other's document requests. To date, Plaintiffs have produced 92,659 pages of documents, Defendant LEPRO Innovation Inc. has produced 1,550 pages of documents, Defendant LE Innovation Inc has produced 14 pages of documents, Defendant Innovation Rules Inc. has produced 44,821 pages of documents, Defendant Home Ever Inc. has produced 473 pages of documents, Defendant Letianlighting, Inc. has produced 31,399 pages of documents, and Defendants have collectively produced an additional 8,535 pages of documents.

A deposition of Signify's technical expert, Dr. Regan Zane, was completed on August 25, 2023, in connection with the parties' claim construction briefing.

- 3 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN REVISED SCHEDULING ORDER**

Defendants conducted depositions of four named inventors of the Patents-in-suit, Matthias Wendt and Reinhold Elferich, on January 7 and 9, 2024, Martijn Lankhorst and Patrick Van Kooten, on February 7 and 9, 2024. The witnesses and Plaintiffs' counsel for these depositions were in Eindhoven, The Netherlands.

In addition, the following depositions of Defendants' witnesses were conducted by Plaintiffs on January 15-25, 2024:

1) Rule 30(b)(6) deposition of Defendant LEPRO Innovation Inc.

2) Rule 30(b)(6) deposition of Defendant LE Innovation Inc.

3) Rule 30(b)(6) deposition of Defendant Innovation Rules Inc.

4) Rule 30(b)(6) deposition of Defendant Home Ever Inc.

5) Rule 30(b)(6) deposition of Defendant Letianlighting, Inc.

6) Individual deposition of Weiqiao Xun

7) Individual deposition of Litao Xu

8) Individual deposition of Ji Wu

Furthermore, the following depositions of Plaintiffs were conducted by Defendants on April 17 and 18, 2024:

1) Rule 30(b)(6) deposition of Plaintiff Signify North America Corporation

2) Rule 30(b)(6) deposition of Signify Holding B.V.

Finally, the following depositions of Defendants' witnesses were conducted by Plaintiffs on April 23-24 and May 7-8, 2024:

1) Individual deposition of Zhikang Huang

2) Individual deposition of Tianying Li

**(b)** **A specific description of the discovery that remains to be completed.**

Expert discovery remains to be completed (*i.e.*, initial expert reports, rebuttal expert reports, and expert depositions).

- 4 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN REVISED SCHEDULING ORDER**

**(c)** **The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan.**

All previous case deadlines have been met. The parties have been working diligently and cooperatively to meet the upcoming expert discovery deadlines. The parties respectfully seek an extension of thirty (30) days of expert discovery deadlines to continue settlement discussions.

**(d)** **A proposed schedule for completing all remaining discovery.**

The parties jointly proposed the following schedule for completing remaining discovery:

| **Event** | **Current Date** | **New Agreed Date** |
|---|---|---|
| Expert Designations | **June 17, 2024** | **July 17, 2024** |
| Rebuttal Expert Designations | **July 17, 2024** | **August 19, 2024** |
| Expert Discovery Cut-off | **August 19, 2024** | **September 18, 2024** |
| Dispositive Motion Deadline | **September 18, 2024** | **October 18, 2024** |

**(e)** **Good Cause Exists for Extending the Subject Deadlines Above.**

Good cause exists for the requested relief. As noted above, the parties have engaged in meaningful settlement discussions over the past several months in an attempt to resolve this case. To continue those discussions, the parties have agreed and stipulated to a brief extension of thirty (30) days of the remaining case deadlines. The parties respectfully submit that this brief extension will conserve the resources of the parties and the Court and will allow the parties to focus on attempting to reach a resolution to this matter.

For these reasons, the parties respectfully submit that good cause exists to extend these deadlines. No other case deadlines are affected by the requested extension.

WHEREFORE, the parties hereby respectfully request that the Court enter an order extending the deadlines as set forth above.

- 5 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN REVISED SCHEDULING ORDER**

1  Dated: June 11, 2024

2  Respectfully submitted,  Respectfully submitted,

3  */s/ F. Christopher Austin*  */s/ Hua Chen (with permission)*

4  F. Christopher Austin (SBN 6559)  Hua Chen (Pro hac vice)
   WEIDE & MILLER, LTD.  SCIENBIZIP, P.C.
5  10655 Park Run Drive, Suite 100  550 South Hope Street, Suite 2825
   Las Vegas, Nevada 89144  Los Angeles, California 90071
6  Telephone: (702) 382-4804
   Email: caustin@weidemiller.com  Akke Levin (SBN 9102)
7  GREENBERG TRAURIG, LLP
   Jeremy P. Oczek (Pro hac vice)  10845 Griffith Peak Dr., Suite 600
8  BOND, SCHOENECK & KING, PLLC  Las Vegas, Nevada 89135
   200 Delaware Avenue  Telephone: (702) 792-3773
9  Buffalo, New York 14202  Facsimile: (702) 792-9002
   Telephone: (716) 416-7000  Email: Akke.Levin@gtlaw.com
10 Email: jpoczek@bsk.com
   Nicholas Brown (Pro hac vice)
11 GREENBERG TRAURIG, LLP
   Jonathan L. Gray (Pro hac vice)  101 Second Street, Suite 2200
12 BOND, SCHOENECK & KING, PLLC  San Francisco, CA 94105
   One Lincoln Center  Email: Nicholas.Brown@gtlaw.com
13 Syracuse, New York 13202
   Telephone: (315) 218-8500  Aimee Housinger (Pro hac vice)
14 Email: jlgray@bsk.com  GREENBERG TAURIG, LLP
   1000 Louisiana Street, Suite 6700
15 Christopher S. Leone (Pro hac vice)  Houston, TX 77002
   BOND, SCHOENECK & KING, PLLC  Email: housingera@gtlaw.com
16 350 Linden Oaks, Third Floor
   Rochester, NY 14625-2825  Callie J. Sand (Pro hac vice)
17 Telephone: (585) 362-4700  GREENBERG TAURIG, LLP
   Email: cleone@bsk.com  77 West Wacker Drive, Suite 3100
18 Chicago, IL 60601
   COUNSEL FOR PLAINTIFFS Signify  Email: callie.sand@gtlaw.com
19 North America Corporation and Signify
   Holding B.V.  COUNSEL FOR DEFENDANTS
20 LEPRO Innovation Inc.,
   LE Innovation Inc.,
21 Innovation Rules Inc.,
   Home Ever Inc., and
22 IT IS SO ORDERED:  Leitianlighting, Inc.

23

24 [signature]

25 UNITED STATES MAGISTRATE JUDGE

26 DATED: June 11, 2024

27

28
- 6 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN REVISED SCHEDULING ORDER**