F. Christopher Austin (SBN 6559)
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
Email: caustin@weidemiller.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

Adam D. Swain (Pro hac vice)
ALSTON & BIRD
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3622
Email: Adam.Swain@alston.com

J. Ravindra Fernando (Pro hac vice)
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1136
Email: Ravi.Fernando@alston.com

*Counsel for Plaintiffs*
*Signify North America Corporation*
*and Signify Holding B.V.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,<br><br>Defendants. | Case 2:22-cv-02095-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED SCHEDULING ORDER**<br><br>**(Sixth Requested Extension)** |

- 1 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED SCHEDULING ORDER**

This is a patent-infringement suit over LED lighting products. Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Plaintiffs") allege that Defendants Lepro Innovation Inc., LE Innovation Inc., Innovation Rules Inc., Home Ever Inc., and Letianlighting Inc. (collectively, "Defendants") infringe six of Signify's patents covering various LED technologies.

The parties have been working diligently and cooperatively to meet the Court's deadlines. There is one remaining expert deposition to be conducted: the deposition of Defendants' lone technical expert witness, Dr. Curran. The Court previously granted Signify's Motion for Extension (ECF No. 151) to take Dr. Curran's deposition until 15 days after the Court rules on Signify's Motion to Compel a Full and Fair Examination of Defendants' Sole Technical Expert Witness ("Motion to Compel") (ECF No. 135). A hearing is set on the Motion to Compel before the Honorable Magistrate Judge Elayna J. Youchah on Friday, October 4, 2024, at 10:00 a.m. With respect to scheduling Dr. Curran's deposition, the parties have set aside the dates of October 15-17, 2024, pending the Court's ruling on Signify's Motion to Compel. Given that these reserved dates are right before the current deadline of October 18, 2024, for dispositive motions, the parties have mutually agreed and respectfully seek the Court's permission to extend this deadline by one week as follows in the operative scheduling order (ECF No. 132)[1]:

| **Event** | **Current Date** | **New Agreed Date** |
|---|---|---|
| Dispositive Motion Deadline | **October 18, 2024** | **October 25, 2024** |

The parties respectfully submit that good cause exists to extend these deadlines for the reasons set forth herein. Pursuant to Local Rule 26-3, the following information is provided:

---

[1] On December 21, 2023, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 100), which was granted on December 28, 2023 (ECF No. 103). On February 1, 2024, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 119), which was granted on February 2, 2024 (ECF No. 120). On April 23, 2024, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 121), which was granted the same day (ECF No. 122). On June 11, 2024, the parties filed a joint stipulation and order to extend certain discovery deadlines (ECF No. 127), which was granted the same day (ECF No. 128). On July 16, 2024, the parties filed a joint stipulation and order to extend one discovery deadline (ECF No. 131), which was granted the next day (ECF No. 132).

**(a)** **<u>A statement specifying the discovery completed.</u>**

The parties have served and responded to written discovery.

On March 20, 2023, Plaintiffs served a first set of interrogatories and a first set of documents requests.

On April 3, 2023, the parties served Rule 26(a) initial disclosures.

On April 26, 2023, Defendants served responses to Plaintiffs' first set of interrogatories and first set of document requests.

On May 26, 2023, Defendants served a first set of interrogatories and a first set of document requests.

On June 26, 2023, Plaintiffs served responses to Defendants first set of interrogatories and first set of document requests.

On October 27, 2023, Plaintiffs served a second set of document requests.

On November 15, 2023, Plaintiffs served a third set of document requests.

On November 27, 2023, Defendants served responses to Plaintiffs' second set of document requests.

On December 15, 2023, Defendants served responses to Plaintiffs' third set of document requests.

On December 15, 2023, Plaintiffs served a second set of interrogatories.

On January 15, 2024, Defendants served responses to Plaintiffs' second set of interrogatories.

The parties have produced documents in response to each other's document requests. To date, Plaintiffs have produced 92,659 pages of documents, Defendant LEPRO Innovation Inc. has produced 1,550 pages of documents, Defendant LE Innovation Inc has produced 14 pages of documents, Defendant Innovation Rules Inc. has produced 44,821 pages of documents, Defendant Home Ever Inc. has produced 473 pages of documents, Defendant Letianlighting, Inc. has produced 31,399 pages of documents, and Defendants have collectively produced an additional 8,535 pages of documents.

- 3 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED SCHEDULING ORDER**

1    A deposition of Signify's technical expert, Dr. Regan Zane, was completed on August 25,
2    2023, in connection with the parties' claim construction briefing.
3    Defendants conducted depositions of four named inventors of the Patents-in-suit, Matthias
4    Wendt and Reinhold Elferich, on January 7 and 9, 2024, Martijn Lankhorst and Patrick Van
5    Kooten, on February 7 and 9, 2024. The witnesses and Plaintiffs' counsel for these depositions
6    were in Eindhoven, The Netherlands.
7    In addition, the following depositions of Defendants' witnesses were conducted by
8    Plaintiffs on January 15-25, 2024:
9        1)    Rule 30(b)(6) deposition of Defendant LEPRO Innovation Inc.
10       2)    Rule 30(b)(6) deposition of Defendant LE Innovation Inc.
11       3)    Rule 30(b)(6) deposition of Defendant Innovation Rules Inc.
12       4)    Rule 30(b)(6) deposition of Defendant Home Ever Inc.
13       5)    Rule 30(b)(6) deposition of Defendant Letianlighting, Inc.
14       6)    Individual deposition of Weiqiao Xun
15       7)    Individual deposition of Litao Xu
16       8)    Individual deposition of Ji Wu
17   Furthermore, the following depositions of Plaintiffs were conducted by Defendants on
18   April 17 and 18, 2024:
19       1)    Rule 30(b)(6) deposition of Plaintiff Signify North America Corporation
20       2)    Rule 30(b)(6) deposition of Signify Holding B.V.
21   Additionally, the following depositions of Defendants' witnesses were conducted by
22   Plaintiffs on April 23-24 and May 7-8, 2024:
23       1)    Individual deposition of Zhikang Huang
24       2)    Individual deposition of Tianying Li
25   Finally, the parties have conducted the following expert depositions:
26       1)    Dr. Jonathan Wood (Signify's technical expert)
27       2)    Dr. Morgan Pattison (Signify's technical expert)
28

- 4 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED
SCHEDULING ORDER**

     3)     Dr. Regan Zane (Signify's technical expert)

     4)     Dr. David Ricketts (Signify's technical expert)

     5)     Dr. Michael Krames (Signify's technical expert)

     6)     Todd Schoettelkotte (Signify's damages expert)

     7)     David Duski (Defendants' damages expert)

**(b)** **A specific description of the discovery that remains to be completed.**

There is one remaining expert deposition to be conducted: the deposition of Defendants' technical expert witness, Dr. Curran.

**(c)** **The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan.**

All previous case deadlines have been met. There is one remaining expert deposition to be conducted: the deposition of Defendants' technical expert witness, Dr. Curran. The Court previously granted Signify's Motion for Extension (ECF No. 151) to take Dr. Curran's deposition until 15 days after the Court rules on Signify's Motion to Compel (ECF No. 135). A hearing is set on the Motion to Compel before the Honorable Magistrate Judge Elayna J. Youchah on Friday, October 4, 2024 at 10:00 a.m. With respect to scheduling Dr. Curran's deposition, the parties have set aside the dates of October 15-17, 2024, pending the Court's ruling on Signify's Motion to Compel. Given that these reserved dates are right before the current deadline of October 18, 2024 for dispositive motions, the parties have mutually agreed and respectfully seek the Court's permission to extend this deadline by one week to October 25, 2024.

**(d)** **A proposed schedule for completing all remaining discovery.**

The parties jointly propose the following amended deadline:

| Event | Current Date | New Agreed Date |
| --- | --- | --- |
| Dispositive Motion Deadline | **October 18, 2024** | **October 25, 2024** |

- 5 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED SCHEDULING ORDER**

**(e)   Good Cause Exists for Extending the Subject Deadlines Above.**

Good cause exists for the requested relief. The requested extension is brief (seven (7) days) and is needed to allow the parties sufficient time to meet the Dispositive Motion Deadline following the deposition of Dr. Curran. For the reasons set forth above, the parties respectfully submit that good cause exists to extend the Dispositive Motion Deadline by one week.

WHEREFORE, the parties hereby respectfully request that the Court enter an order extending the deadline as set forth above.

- 6 -
**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED SCHEDULING ORDER**

| | |
|---|---|
| Dated: October 3, 2024 | |
| Respectfully submitted, | Respectfully submitted, |
| */s/ F. Christopher Austin* | */s/ Nicholas Brown* |
| F. Christopher Austin (SBN 6559)<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144<br>Telephone: (702) 382-4804<br>Email: caustin@weidemiller.com | Hua Chen (Pro hac vice)<br>SCIENBIZIP, P.C.<br>550 South Hope Street, Suite 2825<br>Los Angeles, California 90071 |
| Jeremy P. Oczek (Pro hac vice)<br>BOND, SCHOENECK & KING, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Telephone: (716) 416-7000<br>Email: jpoczek@bsk.com | Akke Levin (SBN 9102)<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: Akke.Levin@gtlaw.com |
| Jonathan L. Gray (Pro hac vice)<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8500<br>Email: jlgray@bsk.com | Nicholas Brown (Pro hac vice)<br>GREENBERG TRAURIG, LLP<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105<br>Email: Nicholas.Brown@gtlaw.com |
| Adam D. Swain (Pro hac vice)<br>ALSTON & BIRD<br>950 F Street, NW<br>Washington, DC 20004<br>Telephone: (202) 239-3622<br>Email: Adam.Swain@alston.com | Aimee Housinger (Pro hac vice)<br>GREENBERG TAURIG, LLP<br>1000 Louisiana Street, Suite 6700<br>Houston, TX 77002<br>Email: housingera@gtlaw.com |
| J. Ravindra Fernando (Pro hac vice)<br>ALSTON & BIRD<br>1120 South Tryon Street, Suite 300<br>Charlotte, NC 28203-6818<br>Telephone: (704) 444-1136<br>Email: Ravi.Fernando@alston.com | Callie J. Sand (Pro hac vice)<br>GREENBERG TAURIG, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Email: callie.sand@gtlaw.com |
| *COUNSEL FOR PLAINTIFFS*<br>*Signify North America Corporation and*<br>*Signify Holding B.V.* | *COUNSEL FOR DEFENDANTS*<br>*LEPRO Innovation Inc.,*<br>*LE Innovation Inc.,*<br>*Innovation Rules Inc.,*<br>*Home Ever Inc., and*<br>*Leitianlighting, Inc.* |

**IT IS SO ORDERED; provided, however, that no further extensions of discovery will be granted and no change to the dispositive motion deadline is made.**

_____
**U.S. MAGISTRATE JUDGE**

**Date:  October 4, 2024**

**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE IN REVISED SCHEDULING ORDER**

- 7 -