# EXHIBIT 8

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES OF INFRINGEMENT AND DEFENDANTS' INVALDITY DEFENSES**

1      IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEVADA
2  _____

3

       SIGNIFY NORTH AMERICA              :
4      CORPORATION and SIGNIFY HOLDING    :
       B.V.,                              :
5                                         :
            Plaintiffs,                   : CIVIL ACTION FILE
6                                         : NUMBER:
       versus                            : 2:22-cv-2095
7                                         :
       LEPRO INNOVATION INC., LE          :
8      INNOVATION INC., INNOVATION        :
       RULES INC., HOME EVER INC., and    :
9      LETIANLIGHTING, INC.,              :
                                          :
10          Defendants.                   :

11  _____

12

13              VIDEOTAPED DEPOSITION OF
                JOHN W. CURRAN, PH.D.

14                   Volume II

15                   9:14 a.m.
                 October 16, 2024
16

17              REGUS BUSINESS CENTER
                  100 Bull Street
                   Second Floor
18               Savannah, Georgia

19

20

21  Job No.:  556581
    Pages:  246 - 487
22

    Stenographically Reported By:
23  Susan DiFilippantonio, RPR, RMR, California CSR 14383

24

25

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                                    247

```
 1   APPEARANCES:

 2   On Behalf of the Plaintiffs, SIGNIFY NORTH AMERICA
     CORPORATION and SIGNIFY HOLDING B.V.:
 3
     ALSTON & BIRD, LLP DC
 4   BY:  Adam D. Swain
     The Atlantic Building
 5   950 F Street, NW
     Washington, DC 20004
 6   202.239.3622
     adam.swain@alston.com
 7
     BOND SCHOENECK & KING, PLLC
 8   BY:  Jeremy Oczek
          Jonathan Gray
 9   200 Delaware Avenue
     Suite 900
10   Buffalo, NY 14202
     716.416.7034
11   jpoczek@bsk.com
     jlgray@bsk.com
12
     On Behalf of the Defendants, LEPRO INNOVATION INC., LE
13   INNOVATION INC., INNOVATION RULES INC., HOME EVER INC.,
     and LETIANLIGHTING, INC.:
14
     ScienBiziP, P.C.
15   BY:  Hua Chen
     550 S Hope Street
16   Suite 2825
     Los Angeles, CA 90071
17   213.426.1778
     huaChen@ScienBiziPPC.com
18

19   Also Present:   Matthew Simpson, videographer
                     Eyal Filkovsky, technician
20                   Aaron Rugh, in-house counsel Signify
                     Gary Yen, in-house counsel Signify
21                   (via videoconference)

22

23

24

25
```

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                           248

```
1                    I N D E X
     WITNESS/EXAMINATION                    PAGE
2
     JOHN W. CURRAN, PH.D.                     250
3    EXAMINATION                              251
          BY MR. SWAIN
4    EXAMINATION                              338
          BY MR. OCZEK
5    DISCLOSURE                               481
     CERTIFICATE OF REPORTER                  485
6    SIGNATURE OF DEPONENT                    487

7                  E X H I B I T S

8    Plaintiffs' Exhibit 11, Fairy Tales      261
     LightFair Presentation dated May 28, 2008
9    Plaintiffs' Exhibit 12, Curriculum Vitae of  340
     John William Curran, Ph.D.
10   Plaintiffs' Exhibit 13, Replacement of   351
     fluorescent lamps with high-brightness LEDs
11   in a bridge lighting application
     Plaintiffs' Exhibit 14, United States Patent  385
12   Number US 7,352,138 B2
     Plaintiffs' Exhibit 15, United States Patent  386
13   Number US 7,038,399 B2
     Plaintiffs' Exhibit 16, Rebuttal Expert  397
14   Report of John W. Curran, Ph.D., Regarding
     Non-Infringement of the Asserted Patents
15   Plaintiffs' Exhibit 17, Expert Report of Dr.  401
     Regan Zane, Exhibit C
16   Plaintiffs' Exhibit 18, Expert Report of Dr.  401
     Regan Zane, Exhibit D
17   Plaintiffs' Exhibit 19, Expert Report of Dr.  405
     Jonathan Wood, Exhibit E
18   Plaintiffs' Exhibit 20, United States Patent  415
     Number US 7,049,761 B2
19   Plaintiffs' Exhibit 21, United States Patent  415
     Number US 6,545,431 B2
20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | (Wednesday, October 16, 2024          9:14 a.m.) | 09:15:07 |
| 2 | TECHNICIAN:  Please stand by for the | 09:13:31 |
| 3 | technician read-on and backup recording.  Zoom will | 09:13:33 |
| 4 | now prompt you for your consent to video-record | 09:13:35 |
| 5 | this meeting for backup purposes. | 09:13:38 |
| 6 | Thank you to everyone for attending this | 09:13:41 |
| 7 | proceeding remotely, which we anticipate will run | 09:13:42 |
| 8 | smoothly.  Please remember to speak slowly and do | 09:13:45 |
| 9 | your best not to talk over one another.  Please be | 09:13:48 |
| 10 | aware that we are recording this proceeding for | 09:13:50 |
| 11 | backup purposes.  Any off-the-record discussions | 09:13:53 |
| 12 | should be had away from the computer.  Please | 09:13:56 |
| 13 | remember to mute your mic for those conversations. | 09:13:59 |
| 14 | Please have your video enabled to help the reporter | 09:14:02 |
| 15 | identify who is speaking.  If you are unable to | 09:14:05 |
| 16 | connect with video and are connecting via phone, | 09:14:08 |
| 17 | please identify yourself each time before speaking. | 09:14:10 |
| 18 | I apologize in advance for any technical-related | 09:14:13 |
| 19 | interruptions.  Thank you. | 09:14:16 |
| 20 | THE VIDEOGRAPHER:  All right.  Please | 09:14:21 |
| 21 | stand by for video. | 09:14:23 |
| 22 | Here begins Media Number 1 in the | 09:14:39 |
| 23 | continued videotaped deposition of John W. Curran, | 09:14:41 |
| 24 | Ph.D., in the matter of Signify North America | 09:14:46 |
| 25 | Cooperation, et al., v. Lepro Innovations, Inc., et | 09:14:48 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    250

| | | |
|---|---|---|
| 1 | al., in the United States District Court for the | 09:14:52 |
| 2 | District of Nevada, Case Number 2:22-CV-02095. | 09:14:54 |
| 3 | Today's date is October 16th, 2024, and the time on | 09:15:01 |
| 4 | the video monitor is 9:14 a.m. Videographer today | 09:15:04 |
| 5 | is Matthew Simpson, representing Planet Depos. | 09:15:09 |
| 6 | This video deposition is taking place at 22 Bull | 09:15:11 |
| 7 | Street, Third Floor, Savannah, Georgia 31401. | 09:15:15 |
| 8 | Would counsel please voice-identify | 09:15:18 |
| 9 | themselves and state whom they represent. | 09:15:20 |
| 10 | MR. SWAIN: Hello and good morning. This | 09:15:22 |
| 11 | is Adam Swain from the law firm of Alston & Bird on | 09:15:24 |
| 12 | behalf of the Signify plaintiffs. | 09:15:28 |
| 13 | With me, as well, is Mr. Jeremy Oczek, | 09:15:29 |
| 14 | Mr. Jonathan Gray -- that's the American, not the | 09:15:34 |
| 15 | British spelling -- of the Bond Schoeneck firm, as | 09:15:35 |
| 16 | well as in-house counsel, Mr. Aaron Rugh. | 09:15:37 |
| 17 | MR. CHEN: Good morning. This is Hua | 09:15:40 |
| 18 | Chen from the law firm of ScienBiziP, PC, hereby | 09:15:42 |
| 19 | representing the Lepro defendants. | 09:15:47 |
| 20 | THE VIDEOGRAPHER: The Court Reporter | 09:15:49 |
| 21 | today is Susan DiFilippantonio, representing Planet | 09:15:50 |
| 22 | Depos. The witness will now be sworn. | 09:15:54 |
| 23 | JOHN W. CURRAN, PH.D., | |
| 24 | called as a witness at the instance of the Plaintiffs, | |
| 25 | being first duly sworn, was examined and deposed as | |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                                    400

| | | |
|---|---|---|
| 1 | I'm on the signature page. | 15:37:41 |
| 2 | BY MR. OCZEK: | 15:37:43 |
| 3 | Q.     Okay.  And is that your signature on the | 15:37:43 |
| 4 | signature page? | 15:37:45 |
| 5 | A.     Yes. | 15:37:46 |
| 6 | Q.     And that was signed on August 19, 2024? | 15:37:46 |
| 7 | A.     It was signed on whatever date -- yeah, if it's | 15:37:50 |
| 8 | signed and that's the date on it, that's the date it was | 15:37:56 |
| 9 | signed. | 15:37:58 |
| 10 | Q.     Okay.  On that same page, sir, look at paragraph | 15:37:59 |
| 11 | 84 in the heading above that which says the '399 and | 15:38:05 |
| 12 | '138 patent Dr. Zane's expert report.  Do you see that? | 15:38:11 |
| 13 | A.     Yes. | 15:38:15 |
| 14 | Q.     And then paragraph 84 says I was asked to not | 15:38:16 |
| 15 | spend any time responding to Dr. Zane's expert report | 15:38:20 |
| 16 | regarding the '138 and '399 patent, thus I'm not | 15:38:24 |
| 17 | providing any opinions here in response to that report. | 15:38:29 |
| 18 | Do you see that, sir? | 15:38:32 |
| 19 | A.     Yes. | 15:38:33 |
| 20 | Q.     Okay.  You agree that you have not provided any | 15:38:33 |
| 21 | opinions in this case regarding infringement or | 15:38:37 |
| 22 | noninfringement of Defendants' accused products for the | 15:38:43 |
| 23 | '138 and '399 patents, correct? | 15:38:48 |
| 24 | A.     Correct. | 15:38:53 |
| 25 | Q.     Okay.  You had the opportunity to do so with | 15:38:54 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024

401

| | | |
|---|---|---|
| 1 | this report but you did not include any opinions with | 15:38:57 |
| 2 | respect to infringement or noninfringement of the '138, | 15:39:03 |
| 3 | '399 patents, correct? | 15:39:07 |
| 4 | A.      Correct. | 15:39:08 |
| 5 | Q.      And as you sit here today, sir, at your | 15:39:09 |
| 6 | deposition on October 16th, 2024, you have no opinions | 15:39:14 |
| 7 | with respect to infringement or noninfringement of the | 15:39:19 |
| 8 | Defendants' accused products for the '138 and '399 | 15:39:23 |
| 9 | patents, correct? | 15:39:27 |
| 10 | A.      Yes, correct. | 15:39:30 |
| 11 | Q.      Okay.  Now, I'd like to introduce for you two of | 15:39:31 |
| 12 | the exhibits to Dr. Zane's report.  So Exhibit 17 should | 15:39:43 |
| 13 | be Exhibit C to his report. | 15:39:55 |
| 14 | (Plaintiffs' Exhibit 17, Expert Report of | 15:39:59 |
| 15 | Dr. Regan Zane, Exhibit C, was marked for | |
| 16 | identification.) | |
| 17 | (Plaintiffs' Exhibit 18, Expert Report of | |
| 18 | Dr. Regan Zane, Exhibit D, was marked for | |
| 19 | identification.) | 15:40:00 |
| 20 | BY MR. OCZEK: | 15:40:00 |
| 21 | Q.      And Exhibit 18 should be Exhibit D to the Zane | 15:40:01 |
| 22 | report.  Have you -- let me start with Exhibit C.  Have | 15:40:08 |
| 23 | you seen this document before which -- I'm sorry, | 15:40:38 |
| 24 | Exhibit C to the Zane report which is Exhibit 17 for | 15:40:42 |
| 25 | today's deposition. | 15:40:47 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    402

| | | |
|---|---|---|
| 1 | A.      I'm sorry, what was the -- I lost track.  What | 15:42:34 |
| 2 | was the question? | 15:43:15 |
| 3 | Q.      Actually I didn't ask a question.  We were just | 15:43:17 |
| 4 | introducing the exhibit. | 15:43:20 |
| 5 | A.      Oh, okay, all right. | 15:43:21 |
| 6 | Q.      But you've had an opportunity to go through this | 15:43:22 |
| 7 | exhibit? | 15:43:25 |
| 8 | A.      I -- in terms of scrolling through it now, I | 15:43:25 |
| 9 | think I hit it all. | 15:43:29 |
| 10 | Q.      Okay.  And have you seen this document before, | 15:43:31 |
| 11 | sir? | 15:43:33 |
| 12 | A.      I might have.  I apologize but I can't say for | 15:43:33 |
| 13 | sure really one way or the other.  I'm looking for | 15:43:59 |
| 14 | something that -- picture -- which one -- page one, page | 15:44:04 |
| 15 | two.  The picture on page two looks familiar, the light | 15:44:17 |
| 16 | bulb with the lens pulled off.  There was a couple of | 15:44:23 |
| 17 | pictures with the lenses pulled off.  I'm sorry, the | 15:44:37 |
| 18 | best I can do is that I may have seen it, the pictures | 15:45:06 |
| 19 | -- except for the -- the A19s with the lens removed are | 15:45:11 |
| 20 | the only ones that look familiar to me. | 15:45:20 |
| 21 | Q.      Okay.  I'll represent to you, sir, that this | 15:45:26 |
| 22 | Exhibit Z [sic] to Dr. Zane's reported which is | 15:45:30 |
| 23 | Exhibit 17 for this deposition, this is Dr. Zane's | 15:45:34 |
| 24 | infringement claim charts for the '399 patent, the | 15:45:40 |
| 25 | asserted claims of that patent.  Okay? | 15:45:45 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    403

| | | |
|---|---|---|
| 1 | A.      Okay. | 15:45:49 |
| 2 | Q.      All right.  And I believe the entire document is | 15:45:49 |
| 3 | 156 pages and Dr. Zane goes in detail methodically | 15:45:55 |
| 4 | through each element of each asserted claim.  And my | 15:46:07 |
| 5 | question to you, sir, is you don't have any opinions to | 15:46:10 |
| 6 | rebut Dr. Zane's element-by-element analysis that each | 15:46:14 |
| 7 | of the asserted claims infringes the accused products of | 15:46:22 |
| 8 | the '399 patent, correct? | 15:46:28 |
| 9 | A.      I wasn't asked to form an opinion. | 15:46:34 |
| 10 | Q.      So, therefore, you have no opinions, correct? | 15:46:38 |
| 11 | A.      Yes, I didn't spend any time forming an opinion. | 15:46:42 |
| 12 | Q.      All right.  So you don't -- as you sit here | 15:46:53 |
| 13 | today, you haven't issued any opinions that rebut what | 15:47:00 |
| 14 | Dr. Zane has set forth in this Exhibit C, correct? | 15:47:05 |
| 15 | A.      Correct. | 15:47:11 |
| 16 | Q.      And you had the opportunity to do that in your | 15:47:11 |
| 17 | August 19th report, but you were not asked to do so, | 15:47:16 |
| 18 | correct? | 15:47:20 |
| 19 | A.      Correct. | 15:47:21 |
| 20 | Q.      All right.  I'm going to ask you the same set of | 15:47:21 |
| 21 | questions on the next exhibit, which is Exhibit 18.  And | 15:47:27 |
| 22 | this is Exhibit D to Dr. Zane's report.  And I'll give | 15:47:32 |
| 23 | you the opportunity to look at that document.  And I'll | 15:47:38 |
| 24 | ask the same question, which is are you familiar with | 15:47:43 |
| 25 | this document? | 15:47:46 |

| | | |
|---|---|---|
| 1 | A.      Going through it, it looks to me very similar to | 15:48:30 |
| 2 | Exhibit C and once again I had the same response a | 15:48:36 |
| 3 | couple -- the A19 pictures I may or may not have seen, | 15:48:41 |
| 4 | but I can't say for sure one way or the other if I've | 15:48:47 |
| 5 | seen this document. | 15:48:53 |
| 6 | Q.      Okay.  I'll represent to you that Exhibit 17 -- | 15:48:54 |
| 7 | sorry, strike that -- I'll represent to you, sir, that | 15:48:59 |
| 8 | Exhibit 18 is Dr. Zane's infringement claim charts for | 15:49:02 |
| 9 | the '138 patent for the asserted claims of this patent, | 15:49:10 |
| 10 | okay? | 15:49:14 |
| 11 | A.      Okay. | 15:49:15 |
| 12 | Q.      All right.  And I believe this document is | 15:49:16 |
| 13 | 93 pages long.  And in this Dr. Zane goes into detail | 15:49:24 |
| 14 | methodically through each element of each asserted claim | 15:49:30 |
| 15 | of the '138 patent and my question to you, sir, is you | 15:49:33 |
| 16 | don't have any opinions to rebut Dr. Zane's | 15:49:37 |
| 17 | element-by-element analysis that each of the asserted | 15:49:44 |
| 18 | claim infringes the accused products of the '138 patent, | 15:49:47 |
| 19 | correct? | 15:49:52 |
| 20 | A.      I wasn't asked to form an opinion, so I have not | 15:49:54 |
| 21 | formed an opinion. | 15:49:58 |
| 22 | Q.      And so, therefore, you have no opinion, correct? | 15:50:01 |
| 23 | A.      Yes, I've formed no opinion. | 15:50:10 |
| 24 | Q.      Okay.  And just to confirm as you sit here today | 15:50:13 |
| 25 | you haven't issued any opinions that rebut what Dr. Zane | 15:50:16 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    405

| | | |
|---|---|---|
| 1 | has set forth in this Exhibit D to his expert report, | 15:50:22 |
| 2 | correct? | 15:50:28 |
| 3 | A.      Yes, if I had -- I have not formed an opinion, | 15:50:28 |
| 4 | so I haven't issued any opinions. | 15:50:32 |
| 5 | Q.      Okay.  And you had the opportunity to issue an | 15:50:35 |
| 6 | opinion in your August 19th report but you were not | 15:50:40 |
| 7 | asked to do so with respect to the infringement of the | 15:50:44 |
| 8 | '138 patent, correct? | 15:50:48 |
| 9 | A.      Correct. | 15:50:49 |
| 10 | MR. CHEN:  Counsel, can we go off the | 15:50:54 |
| 11 | record for a second?  My real time has stopped | 15:50:56 |
| 12 | working. | 15:51:02 |
| 13 | MR. OCZEK:  That's fine. | 15:51:05 |
| 14 | THE VIDEOGRAPHER:  We are going off the | 15:51:06 |
| 15 | record.  The time is 3:51 p.m. | 15:51:08 |
| 16 | (Recess.) | |
| 17 | THE VIDEOGRAPHER:  We are back on the | 15:53:07 |
| 18 | record.  The time is 3:52 p.m. | 15:53:08 |
| 19 | MR. OCZEK:  I want to introduce one more | 15:53:17 |
| 20 | exhibit, which will be Exhibit 19. | 15:53:18 |
| 21 | (Plaintiffs' Exhibit 19, Expert Report of | 15:53:21 |
| 22 | Dr. Jonathan Wood, Exhibit E, was marked for | |
| 23 | identification.) | 15:53:22 |
| 24 | MR. SWAIN:  It should be in the chat. | 15:53:22 |
| 25 | BY MR. OCZEK: | |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    406

| | | |
|---|---|---|
| 1 | Q.     This is -- this is Exhibit E to Dr. Wood's | 15:53:26 |
| 2 | report on the '577. | 15:53:31 |
| 3 | A.     Okay.  I have the report up -- the exhibit up. | 15:55:19 |
| 4 | Sorry. | 15:55:23 |
| 5 | Q.     Okay.  So you've had an opportunity to scroll | 15:55:23 |
| 6 | through this exhibit? | 15:55:25 |
| 7 | A.     Yes. | 15:55:25 |
| 8 | Q.     Have you seen this document before? | 15:55:26 |
| 9 | A.     There are more pictures in here that I | 15:55:27 |
| 10 | recognize, but that's not enough to let me be able to | 15:55:38 |
| 11 | say for sure whether or not I've seen this exhibit. | 15:55:46 |
| 12 | Q.     Okay.  I'll represent to you, sir, that this | 15:55:51 |
| 13 | Exhibit E to Dr. Wood's report, which is Exhibit 19 for | 15:55:56 |
| 14 | today's deposition, this is Dr. Wood's infringement | 15:56:02 |
| 15 | claim charts for the '577 Patent, the asserted claims of | 15:56:08 |
| 16 | that patent.  Okay? | 15:56:14 |
| 17 | A.     Okay. | 15:56:15 |
| 18 | Q.     And this document is -- this document is 128 -- | 15:56:16 |
| 19 | sorry.  Strike that. | 15:56:51 |
| 20 | It's 125 pages long, and in this document | 15:56:53 |
| 21 | Dr. Wood goes in detail with respect to each element of | 15:57:03 |
| 22 | each asserted claim of the '577 with respect to the | 15:57:13 |
| 23 | defendants' Accused Products.  And my question to you, | 15:57:20 |
| 24 | sir, is, you don't have any opinions to rebut Dr. Wood's | 15:57:24 |
| 25 | element-by-element analysis that each of the asserted | 15:57:30 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    407

| | | |
|---|---|---|
| 1 | claims infringes or is infringed by the Accused Products | 15:57:35 |
| 2 | of the '577 Patent, correct? | 15:57:42 |
| 3 | A.     Yes.  I haven't formed an opinion on that. | 15:57:51 |
| 4 | Q.     Okay.  So, therefore, you have no opinions with | 15:57:53 |
| 5 | respect to this exhibit, correct? | 15:57:56 |
| 6 | A.     Yes. | 15:57:58 |
| 7 | Q.     "Yes," meaning correct? | 15:58:00 |
| 8 | A.     "Yes," meaning I haven't formed any opinions. | 15:58:04 |
| 9 | Q.     And as you sit here today, sir, you haven't | 15:58:07 |
| 10 | issued any opinions that rebut what Dr. Wood has set | 15:58:11 |
| 11 | forth in his Exhibit E, correct? | 15:58:19 |
| 12 | A.     Correct. | 15:58:22 |
| 13 | Q.     And you had the opportunity to do that in your | 15:58:23 |
| 14 | August 19th report but were not asked to do so, correct? | 15:58:27 |
| 15 | A.     Correct. | 15:58:31 |
| 16 | Q.     With respect to Dr. Zane's and Dr. Wood's | 15:58:32 |
| 17 | reports, both of them attached copies of their CVs to | 15:58:44 |
| 18 | the reports, just like you attached a copy of your CV to | 15:58:49 |
| 19 | your report.  Do you recall looking at the CVs for | 15:58:52 |
| 20 | Dr. Zane and Dr. Wood? | 15:58:57 |
| 21 | A.     I'm trying to remember if their CVs came along | 15:59:00 |
| 22 | with the reports in -- in terms of the -- the copies of | 15:59:21 |
| 23 | the report that I got.  Because one of the reports -- | 15:59:26 |
| 24 | and I'm not sure which one -- I thought I remembered | 15:59:41 |
| 25 | Googling or checking something on the -- with the | 15:59:45 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                         449

| | | |
|---|---|---|
| 1 | supply voltage fluctuations.  Do you agree with that, | 17:39:25 |
| 2 | sir? | 17:39:30 |
| 3 |              MR. CHEN:  Objection.  Asked and | 17:39:30 |
| 4 |     answered. | 17:39:31 |
| 5 |              THE WITNESS:  Yes, I could see that | 17:39:32 |
| 6 |     happening. | 17:39:39 |
| 7 | BY MR. OCZEK: | 17:39:40 |
| 8 | Q.     Okay.  And when he's talking about supply | 17:39:40 |
| 9 | voltage fluctuations, he's talking to -- about the | 17:39:42 |
| 10 | supply into the -- the PWM switch 52, right?  So voltage | 17:39:46 |
| 11 | can go up, voltage can go down, and the output of what's | 17:39:51 |
| 12 | being emitted by the light -- the LEDs is it's going to | 17:39:56 |
| 13 | stay substantially or relatively constant, right? | 17:40:00 |
| 14 | That's what Timmermans is telling us, correct? | 17:40:04 |
| 15 | A.     Yes. | 17:40:08 |
| 16 | Q.     Sir, do you believe the disclosure of | 17:40:11 |
| 17 | Timmermans, as described and disclosed in 2001, teaches | 17:40:31 |
| 18 | one of ordinary skill in the art to build the circuitry | 17:40:35 |
| 19 | and LED tube that's set forth in the Timmermans patent? | 17:40:48 |
| 20 |              MR. CHEN:  Objection. | 17:41:07 |
| 21 |              THE WITNESS:  I'm sorry.  One more time | 17:41:12 |
| 22 |     on that. | 17:41:13 |
| 23 | BY MR. OCZEK: | 17:41:14 |
| 24 | Q.     Sure. | 17:41:15 |
| 25 |              Do you believe the disclosure of Timmermans, as | 17:41:15 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    450

| | | |
|---|---|---|
| 1 | described and disclosed in 2001, teaches one of ordinary | 17:41:18 |
| 2 | skill in the art to build the power supply circuitry and | 17:41:23 |
| 3 | LED tube that's set forth in the Timmermans patent? | 17:41:31 |
| 4 | A.      Minus the parts I'm objecting to, yes. | 17:41:39 |
| 5 | Q.      Is it your opinion, sir, that everything | 17:41:49 |
| 6 | disclosed in Timmermans is not fully enabled to one of | 17:42:19 |
| 7 | ordinary skill in the art as of the filing date in 2001? | 17:42:25 |
| 8 | MR. CHEN:  Objection.  Calling for legal | 17:42:31 |
| 9 | conclusion. | 17:42:38 |
| 10 | THE WITNESS:  Okay.  I'm sorry.  I'm | 17:42:38 |
| 11 | rereading -- I may have misread something because | 17:43:43 |
| 12 | I'm now not finding where it was looking like he | 17:43:48 |
| 13 | was adjusting the intensity to compensate for | 17:43:50 |
| 14 | variations in light output -- I mean variations in | 17:43:55 |
| 15 | light output that occur due to supply voltage | 17:44:01 |
| 16 | fluctuations.  You can monitor that by monitoring | 17:44:08 |
| 17 | the supply voltage.  Ambient temperature requires | 17:44:10 |
| 18 | other -- requires another sensor, and other such | 17:44:14 |
| 19 | factors requires other such factors' sensors. | 17:44:18 |
| 20 | And so that's kind of my problem to -- he | 17:44:24 |
| 21 | can -- he discloses everything one of ordinary | 17:44:31 |
| 22 | skill in the art would need to build his tube and | 17:44:36 |
| 23 | his power supply and the -- the circuit.  He | 17:44:40 |
| 24 | doesn't disclose how to do the user input, and he | 17:44:45 |
| 25 | certainly doesn't disclose how to use his | 17:44:51 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                451

| | | |
|---|---|---|
| 1 | circuit -- to put in components in his circuit to | 17:44:54 |
| 2 | be able to compensate for temperature changes. | 17:44:59 |
| 3 | So when you're saying does he -- just in | 17:45:05 |
| 4 | what he discloses, does he disclose the ability for | 17:45:09 |
| 5 | one of ordinary skill to be able to build his | 17:45:13 |
| 6 | product -- build his -- his invention, yeah, I -- | 17:45:17 |
| 7 | let me just quick check, but I don't believe | 17:45:29 |
| 8 | there's any kind of temperature claim. | 17:45:32 |
| 9 | Yeah, okay. He's not listing a | 17:46:12 |
| 10 | temperature claim on that, so, yes. Sorry. Long | 17:46:14 |
| 11 | time to get to that, but... | 17:46:18 |
| 12 | BY MR. OCZEK: | 17:46:20 |
| 13 | Q.    Would you agree it would be possible to regulate | 17:46:22 |
| 14 | the intensity of light in res- -- in response to voltage | 17:46:25 |
| 15 | and temperature fluctuations by monitoring the current | 17:46:31 |
| 16 | drawn by the LED? | 17:46:36 |
| 17 | MR. CHEN:  Objection.  Lack of | 17:46:45 |
| 18 | foundation. | 17:46:47 |
| 19 | THE WITNESS:  What was your first one, to | 17:46:47 |
| 20 | monitor the... | 17:46:49 |
| 21 | BY MR. OCZEK: | 17:46:53 |
| 22 | Q.    Let me ask it again. | 17:46:54 |
| 23 | Would you agree it would be possible to regulate | 17:46:55 |
| 24 | the intensity of light in response to voltage and | 17:46:58 |
| 25 | temperature fluctuations by monitoring the current drawn | 17:47:01 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                              456

| | | |
|---|---|---|
| 1 | but there's no description of what to do or how to | 18:11:56 |
| 2 | do it. | 18:12:00 |
| 3 | BY MR. OCZEK: | 18:12:06 |
| 4 | Q.    Sir, is it your opinion that the disclosure of | 18:12:06 |
| 5 | Timmermans as of 2001 was not fully enabled to one of | 18:12:09 |
| 6 | ordinary skill in the art? | 18:12:19 |
| 7 |         MR. CHEN:  Objection.  Calling for legal | 18:12:21 |
| 8 |     conclusion.  Mischaracterizes witness prior | 18:12:25 |
| 9 |     testimony. | 18:12:27 |
| 10 |         THE WITNESS:  It -- it's missing those | 18:12:28 |
| 11 |     two pieces.  It's missing the -- his part 3 or | 18:12:40 |
| 12 |     whatever that was, the option 3, and it's missing | 18:12:46 |
| 13 |     the user inner put -- user input in terms of | 18:12:50 |
| 14 |     teaching you how to achieve this -- this device. | 18:12:58 |
| 15 | BY MR. OCZEK: | 18:13:03 |
| 16 | Q.    Would a person of ordinary skill in the art in | 18:13:04 |
| 17 | 2001 know how to provide the user input? | 18:13:06 |
| 18 | A.    I would say no simply because when I'd be | 18:13:17 |
| 19 | meeting there with the folks in Michigan in 2009 and | 18:13:29 |
| 20 | '10, they were still struggling with fluorescent | 18:13:39 |
| 21 | replacement tubes, and -- and the meetings that I was | 18:13:43 |
| 22 | at, there were no discussions regarding any kind of user | 18:13:47 |
| 23 | inputs.  They were still working on how do you actually | 18:13:52 |
| 24 | get a bulb that you can turn around and replace a | 18:13:55 |
| 25 | fluorescent tube with. | 18:14:01 |

| 1 | So I don't -- and the reason -- particularly on | 18:14:03 |
|---|---|---|
| 2 | the user interface, it may -- it might be relatively | 18:14:06 |
| 3 | easy to do it from an electronics point of view, but | 18:14:11 |
| 4 | from the point of view of the -- how do you do it, where | 18:14:19 |
| 5 | do you put it, how do you allow the person to access | 18:14:22 |
| 6 | it -- again, it's a fluorescent tube, it's up in the | 18:14:25 |
| 7 | ceiling -- I don't think somebody of ordinary skill in | 18:14:28 |
| 8 | the art would know that, because how many people of | 18:14:34 |
| 9 | ordinary skill in the art are trying to make adjustments | 18:14:37 |
| 10 | on a -- or trying to turn off switch -- like fluorescent | 18:14:40 |
| 11 | switches just to turn it on and off, if it's up in the | 18:14:43 |
| 12 | ceiling? | 18:14:47 |
| 13 | So to me, that's a major, major thing that the | 18:14:50 |
| 14 | lighting industry has struggled with for a while, and | 18:14:55 |
| 15 | certainly was struggling with it at this point. | 18:15:01 |
| 16 | Q.    Eight years after the filing of Timmermans? | 18:15:06 |
| 17 | A.    Yes. | 18:15:10 |
| 18 | Q.    So is it your opinion, sir, that the entire | 18:15:11 |
| 19 | disclosure of Timmermans was not fully enabled as of the | 18:15:18 |
| 20 | filing date in 2001? | 18:15:26 |
| 21 | MR. CHEN:  Objection.  Asked and | 18:15:30 |
| 22 | answered.  Calling for legal conclusions. | 18:15:32 |
| 23 | Mischaracterizing witness prior testimony. | 18:15:35 |
| 24 | BY MR. OCZEK: | 18:15:40 |
| 25 | Q.    Sir? | 18:15:41 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    479

| | | |
|---|---|---|
| 1 | Q.    Sure.  Let me ask it again. | 18:55:38 |
| 2 | A.    Okay. | 18:55:40 |
| 3 | Q.    Would a person of ordinary skill in the art know | 18:55:40 |
| 4 | how to make or use the invention of Timmermans from the | 18:55:46 |
| 5 | disclosure in the patent, coupled with information known | 18:55:53 |
| 6 | in the art, without undue experimentation? | 18:55:58 |
| 7 | MR. CHEN:  Objection.  Form. | 18:56:10 |
| 8 | THE WITNESS:  Well, I said before | 18:56:11 |
| 9 | Timmermans doesn't totally disclose everything that | 18:56:13 |
| 10 | he has in his patent back to the user input.  So | 18:56:17 |
| 11 | someone of ordinary skill in the art would not be | 18:56:26 |
| 12 | able to -- be able to use, without major | 18:56:29 |
| 13 | experimentation, I believe, to try to start putting | 18:56:38 |
| 14 | that user input.  If you want to -- if that's | 18:56:42 |
| 15 | dropped out and the temperature feedback is dropped | 18:56:47 |
| 16 | out, my answer would be yes. | 18:56:51 |
| 17 | BY MR. OCZEK: | 18:56:55 |
| 18 | Q.    Are those all the aspects that you believe are | 18:56:57 |
| 19 | not disclosed in Timmermans, coupled with information | 18:57:01 |
| 20 | known in the art, without undue experimentation? | 18:57:11 |
| 21 | MR. CHEN:  Objection.  Form. | 18:57:16 |
| 22 | THE WITNESS:  To produce the -- the -- | 18:57:18 |
| 23 | the fluorescent replacement tube that Timmermans | 18:57:23 |
| 24 | dis- -- discloses the -- what he's invented. | 18:57:29 |
| 25 | BY MR. OCZEK: | 18:57:38 |

Transcript of John W. Curran, Ph.D. - Volume 2
Conducted on October 16, 2024                    480

| | | |
|---|---|---|
| 1 | Q.      So would a person of ordinary skill in the art | 18:57:49 |
| 2 | know how to make or use the entire invention of | 18:57:52 |
| 3 | Timmermans from the disclosures in the patent, coupled | 18:57:57 |
| 4 | with information known in the art, without undue | 18:58:03 |
| 5 | experimentation? | 18:58:06 |
| 6 |          MR. CHEN:  Objection to form.  Asked and | 18:58:09 |
| 7 |      answered. | 18:58:11 |
| 8 |          THE WITNESS:  No, because the user input, | 18:58:13 |
| 9 |      there's no information on that. | 18:58:17 |
| 10 | BY MR. OCZEK: | 18:58:22 |
| 11 | Q.      Okay, sir, that's all for today. | 18:58:28 |
| 12 | A.      Thank you. | 18:58:31 |
| 13 |          MR. CHEN:  Okay.  How much time do we | 18:58:34 |
| 14 |      have on the record? | 18:58:36 |
| 15 |          THE VIDEOGRAPHER:  Let's take us off the | 18:58:37 |
| 16 |      record real quick. | 18:58:38 |
| 17 |          We're going off the record, and the time | 18:58:40 |
| 18 |      is 6:58 p.m. | 18:58:42 |
| 19 | (Volume II was concluded at 6:58 p.m.) | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |