# EXHIBIT 9

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES OF INFRINGEMENT AND DEFENDANTS' INVALDITY DEFENSES**

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEVADA
_____

     SIGNIFY NORTH AMERICA              :
     CORPORATION and SIGNIFY HOLDING    :
     B.V.,                              :
                                        :
          Plaintiffs,                   : CIVIL ACTION FILE
                                        : NUMBER:
     versus                             : 2:22-cv-2095
                                        :
     LEPRO INNOVATION INC., LE          :
     INNOVATION INC., INNOVATION        :
     RULES INC., HOME EVER INC., and    :
     LETIANLIGHTING, INC.,              :
                                        :
          Defendants.                   :
_____


              VIDEOTAPED DEPOSITION OF
                 JOHN W. CURRAN, PH.D.
                      VOLUME III


                      9:11 a.m.
                  October 17, 2024

                REGUS BUSINESS CENTER
                   100 Bull Street
                    Second Floor
                  Savannah, Georgia




Job No.: 556582
Pages:  488 - 628

Stenographically Reported By:
Susan DiFilippantonio, RPR, RMR, California CSR 14383
```

```
 1   APPEARANCES:

 2   On Behalf of the Plaintiffs, SIGNIFY NORTH AMERICA
     CORPORATION and SIGNIFY HOLDING B.V.:
 3
     BOND SCHOENECK & KING, PLLC
 4   BY:  Jeremy Oczek
          Jonathan Gray
 5   200 Delaware Avenue
     Suite 900
 6   Buffalo, NY 14202
     716.416.7034
 7   jpoczek@bsk.com
     jlgray@bsk.com
 8
     On Behalf of the Defendants, LEPRO INNOVATION INC., LE
 9   INNOVATION INC., INNOVATION RULES INC., HOME EVER INC.,
     and LETIANLIGHTING, INC.:
10
     ScienBiziP, P.C.
11   BY:  Hua Chen
     550 S Hope Street
12   Suite 2825
     Los Angeles, CA 90071
13   213.426.1778
     huachen@ScienBiziPPC.com
14

15   Also Present:    Matthew Simpson, videographer
                      Eyal Filkovsky, technician
16                    Aaron Rugh, in-house counsel Signify
                       (via videoconference)
17                    Gary Yen, in-house counsel Signify
                       (via videoconference)
18

19

20

21

22

23

24

25
```

```
                    I N D E X
WITNESS/EXAMINATION                              PAGE

JOHN W. CURRAN, PH.D.                             492
EXAMINATION                                       492
     BY MR. OCZEK
DISCLOSURE                                        622
CERTIFICATE OF REPORTER                           626
SIGNATURE OF DEPONENT                             628

               E X H I B I T S

     Plaintiffs' Exhibit 22, United              548
     States Patent Number US 7,014,336
     B1
     Plaintiffs' Exhibit 23, United              584
     States Patent Number US 6,577,073
     B2
```

| | | |
|---|---|---|
| 1 | (Thursday, October 17, 2024          9:11 a.m.) | 09:12:10 |
| 2 | TECHNICIAN:  Thank you to everyone for | 09:11:03 |
| 3 | attending this proceeding remotely, which we | 09:11:05 |
| 4 | anticipate will run smoothly.  Please remember to | 09:11:07 |
| 5 | speak slowly and do your best not to talk over one | 09:11:10 |
| 6 | another.  Please be aware that we are recording | 09:11:14 |
| 7 | this proceeding for backup purposes.  Any | 09:11:15 |
| 8 | off-the-record discussions should be had away from | 09:11:17 |
| 9 | the computer.  Please remember to mute your mic for | 09:11:20 |
| 10 | those conversations.  Please have your video | 09:11:24 |
| 11 | enabled to help the reporter identify who is | 09:11:25 |
| 12 | speaking.  If you are unable to connect with video | 09:11:26 |
| 13 | and are connecting via phone, please identify | 09:11:29 |
| 14 | yourself each time before speaking.  I apologize in | 09:11:32 |
| 15 | advance for any technical-related interruptions. | 09:11:35 |
| 16 | Thank you. | 09:11:38 |
| 17 | THE VIDEOGRAPHER:  Okay.  Stand by for | 09:11:38 |
| 18 | video. | 09:11:40 |
| 19 | Here begins Media Number 1 in the | 09:11:44 |
| 20 | continued videotaped deposition of John W. Curran, | 09:11:47 |
| 21 | Ph.D. in the matter of Signify North America | 09:11:52 |
| 22 | Corporation, et al., v. Lepro Innovations Inc., et | 09:11:55 |
| 23 | al., in the United States District Court for the | 09:11:58 |
| 24 | District of Nevada, Case Number 2:22-CV-02095. | 09:12:01 |
| 25 | Today's date is October 17, 2024.  The | 09:12:05 |

| | | |
|---|---|---|
| 1 | time on the video monitor is 9:11 a.m.  The | 09:12:08 |
| 2 | videographer today is Matthew Simpson, representing | 09:12:12 |
| 3 | Planet Depos.  This video deposition is taking | 09:12:16 |
| 4 | produce at 100 Bull Street, Suite 200, Savannah, | 09:12:18 |
| 5 | Georgia 31401. | 09:12:21 |
| 6 | Would counsel please voice-identify | 09:12:23 |
| 7 | themselves and state whom they represent. | 09:12:26 |
| 8 | MR. OCZEK:  Good morning.  Jeremy Oczek | 09:12:28 |
| 9 | for plaintiffs Signify from the law firm Bond, | 09:12:31 |
| 10 | Schoeneck & King, here with my partner Jonathan | 09:12:35 |
| 11 | Gray. | 09:12:38 |
| 12 | MR. CHEN:  Good morning.  This is Hua | 09:12:38 |
| 13 | Chen from the law firm of ScienBiziP, PC, hereby | 09:12:42 |
| 14 | representing the Lepro defendants in this case. | 09:12:45 |
| 15 | THE VIDEOGRAPHER:  The Court Reporter | 09:12:48 |
| 16 | today is Susan DiFilippantonio, representing Planet | 09:12:49 |
| 17 | Depos.  The witness will now be sworn. | 09:12:52 |
| 18 | JOHN W. CURRAN, PH.D., | |
| 19 | called as a witness at the instance of the Plaintiffs, | |
| 20 | being first duly sworn, was examined and deposed as | |
| 21 | follows: | |
| 22 | THE WITNESS:  I do. | |
| 23 | THE REPORTER:  Thank you. | |
| 24 | EXAMINATION | |
| 25 | BY MR. OCZEK: | |

| | | |
|---|---|---|
| 1 | question, sir. | 09:15:49 |
| 2 | A.      Okay. | 09:15:50 |
| 3 | Q.      My understanding is none of your opinions on | 09:15:51 |
| 4 | validity are on the basis of written description, | 09:15:55 |
| 5 | enablement or indefiniteness.  Is that your | 09:15:58 |
| 6 | understanding, sir? | 09:16:06 |
| 7 | A.      I believe so, yes. | 09:16:06 |
| 8 | Q.      Okay.  So, in other words, there's -- you don't | 09:16:07 |
| 9 | have any opinions in your report on written description, | 09:16:09 |
| 10 | enablement or indefiniteness, correct? | 09:16:12 |
| 11 | A.      Can I -- I promise I won't look long.  Just can | 09:16:26 |
| 12 | I look at written description and -- and enablement | 09:16:28 |
| 13 | because -- | 09:16:32 |
| 14 | Q.      Yeah.  I mean, the other thing is you can look | 09:16:32 |
| 15 | at like the table of contents and it -- it's -- that | 09:16:34 |
| 16 | gives you the -- the roadmap.  I've looked at it.  I | 09:16:37 |
| 17 | haven't seen anything.  This is just a matter of | 09:16:41 |
| 18 | housekeeping.  I just want to confirm. | 09:16:42 |
| 19 | A.      Okay.  Yes, I believe that's true, unless I'm | 09:16:45 |
| 20 | forgetting something in here, but I don't think I am. | 09:18:03 |
| 21 | Q.      Okay. | 09:18:05 |
| 22 |              MR. OCZEK:  And maybe, Mr. Chen, is that | 09:18:08 |
| 23 |    your understanding, as well? | 09:18:09 |
| 24 |              MR. CHEN:  That is my understanding.  I | 09:18:10 |
| 25 |    don't think we intend to have Dr. Curran to testify | 09:18:15 |

| | | |
|---|---|---|
| 1 | or provide opinion on these issues, which is | 09:18:19 |
| 2 | indefiniteness, lack of indem- -- enablement -- and | 09:18:23 |
| 3 | what was the other one, Counsel? | 09:18:27 |
| 4 | MR. OCZEK:  Written description. | 09:18:30 |
| 5 | MR. CHEN:  Written description.  If that | 09:18:31 |
| 6 | changes, we can always follow up, but I don't think | 09:18:34 |
| 7 | that is going to be the case. | 09:18:36 |
| 8 | MR. OCZEK:  Okay.  So, in other words, | 09:18:38 |
| 9 | there's no 112 issues in terms -- in terms of his | 09:18:39 |
| 10 | report? | 09:18:42 |
| 11 | MR. CHEN:  That is correct. | 09:18:43 |
| 12 | MR. OCZEK:  Okay.  Thank you for that | 09:18:44 |
| 13 | confirmation. | 09:18:45 |
| 14 | BY MR. OCZEK: | 09:18:46 |
| 15 | Q.     All right. Sir, do you recall yesterday when we | 09:18:47 |
| 16 | were discussing the start-up voltage of a fluorescent | 09:18:50 |
| 17 | ballast? | 09:18:54 |
| 18 | A.     Yes. | 09:18:55 |
| 19 | Q.     All right. And I think you said given the | 09:18:56 |
| 20 | figure of 600 volts as the start-up voltage for a | 09:18:59 |
| 21 | fluorescent ballast; is that correct? | 09:19:03 |
| 22 | A.     Yes. | 09:19:04 |
| 23 | Q.     Is the start-up voltage also called the ignition | 09:19:05 |
| 24 | voltage? | 09:19:11 |
| 25 | A.     That sounds familiar. | 09:19:13 |