# EXHIBIT 14

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES OF INFRINGEMENT AND DEFENDANTS' INVALDITY DEFENSES

```
IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEVADA
_____

  SIGNIFY NORTH AMERICA              :
  CORPORATION and SIGNIFY HOLDING    :
  B.V.,                              :
                                     :
         Plaintiffs,                 : CIVIL ACTION FILE
                                     : NUMBER:
  versus                             : 2:22-cv-2095
                                     :
  LEPRO INNOVATION INC., LE          :
  INNOVATION INC., INNOVATION        :
  RULES INC., HOME EVER INC., and    :
  LETIANLIGHTING, INC.,              :
                                     :
         Defendants.                 :
_____


            VIDEOTAPED DEPOSITION OF
              JOHN W. CURRAN, PH.D.

                     Volume I

              9:30 a.m.
                 October 15, 2024

              REGUS BUSINESS CENTER
                 100 Bull Street
                  Second Floor
                Savannah, Georgia




Job No.:  556580
Pages: 1 - 245

Stenographically Reported By:
Susan DiFilippantonio, RPR, RMR, California CSR 14383
```

```
 1    APPEARANCES:

 2    On Behalf of the Plaintiffs, SIGNIFY NORTH AMERICA
      CORPORATION and SIGNIFY HOLDING B.V.:
 3
      ALSTON & BIRD, LLP DC
 4    BY:  Adam D. Swain
      The Atlantic Building
 5    950 F Street, NW
      Washington, DC 20004
 6    202.239.3622
      adam.swain@alston.com
 7
      BOND SCHOENECK & KING, PLLC
 8    BY:  Jeremy Oczek
           Jonathan Gray
 9    200 Delaware Avenue
      Suite 900
10    Buffalo, NY 14202
      716.416.7034
11    jpoczek@bsk.com
      jlgray@bsk.com
12
      On Behalf of the Defendants, LEPRO INNOVATION INC., LE
13    INNOVATION INC., INNOVATION RULES INC., HOME EVER INC.,
      and LETIANLIGHTING, INC.:
14
      ScienBiziP, P.C.
15    BY:  Hua Chen
      550 S Hope Street
16    Suite 2825
      Los Angeles, CA 90071
17    213.426.1778
      huachen@ScienBiziPPC.com
18

19    Also Present:    Matthew Simpson, videographer
                       Eyal Filkovsky, technician
20                     Aaron Rugh, in-house counsel Signify
                       Gary Yen, in-house counsel Signify
21                     (via videoconference)

22

23

24

25
```

```
 1                        I N D E X
     WITNESS/EXAMINATION                                 PAGE
 2
     JOHN W. CURRAN, PH.D.                                  5
 3   EXAMINATION                                            6
         BY MR. SWAIN
 4   DISCLOSURE                                           239
     CERTIFICATE OF REPORTER                              243
 5   SIGNATURE OF DEPONENT                                245

 6
                         E X H I B I T S
 7          Plaintiffs' Exhibit 1, United                  38
            States Reissued Patent Number US
 8          RE 49,320 E
            Plaintiffs' Exhibit 2, Physical               84
 9          constraints on the performance of
            LED lamp replacements for A-19,
10          PAR-38 and MR-16 configurations
            Plaintiffs' Exhibit 3, Amended               123
11          Opening Expert Report of John W.
            Curran, Ph.D.., Regarding the
12          Invalidity of the Asserted Patents
            Plaintiffs' Exhibit 4, United                134
13          States Patent Number US 7,348,604
            B2
14          Plaintiffs' Exhibit 5, United                187
            States Patent Number US 6,787,999
15          B2
            Plaintiffs' Exhibit 6, United                192
16          States Patent Number US 6,787,999
            B2 (Annotated)
17          Plaintiffs' Exhibit 7, United                201
            States Patent Number US 7,244,058
18          B2
            Plaintiffs' Exhibit 8, United                203
19          States Patent Number US 7,244,058
            B2 (Annotated)
20          Plaintiffs' Exhibit 9, United                222
            States Patent Number US 8,063,577
21          B2
            Plaintiffs' Exhibit 10, Rebuttal             224
22          Expert Report of John W. Curran,
            Ph.D., Regarding Non-Infringement
23          of the Asserted Patents

24

25
```

| | | |
|---|---|---|
| 1 | (Tuesday, October 15, 2024        9:30 a.m.) | 09:30:46 |
| 2 | TECHNICIAN:  Thank you to everyone for | 09:29:33 |
| 3 | attending this proceeding remotely, which we | 09:29:34 |
| 4 | anticipate will run smoothly.  Please remember to | 09:29:36 |
| 5 | speak slowly and do your best not to talk over one | 09:29:39 |
| 6 | another.  Please be aware that we are recording | 09:29:42 |
| 7 | this proceeding for backup purposes.  Any | 09:29:44 |
| 8 | off-the-record discussions should be had away from | 09:29:48 |
| 9 | the computer.  Please remember to mute your mic for | 09:29:49 |
| 10 | those conversations.  Please have your video | 09:29:53 |
| 11 | enabled to help the reporter identify who is | 09:29:55 |
| 12 | speaking.  If you are unable to connect via -- with | 09:29:58 |
| 13 | video and are connecting via phone, please identify | 09:30:01 |
| 14 | yourself each time before speaking.  I apologize in | 09:30:04 |
| 15 | advance for any technical-related interruptions. | 09:30:07 |
| 16 | Thank you. | 09:30:10 |
| 17 | THE VIDEOGRAPHER:  Okay.  Stand by for | 09:30:11 |
| 18 | video read-on. | 09:30:13 |
| 19 | Here begins Media Number 1 in the | 09:30:20 |
| 20 | videotaped deposition of John W. Curran, Ph.D., in | 09:30:22 |
| 21 | the matter of Signify North America Corporation, et | 09:30:26 |
| 22 | al. v. Lepro Innovations Inc., et al., in the | 09:30:31 |
| 23 | United States District Court for the District of | 09:30:34 |
| 24 | Nevada, Case Number 2:22-cv-02095. | 09:30:35 |
| 25 | Today's date is October 15, 2024.  The | 09:30:41 |

| | | |
|---|---|---|
| 1 | time on the video monitor is 9:30 a.m. | 09:30:44 |
| 2 | Videographer today is Matthew Simpson, representing | 09:30:48 |
| 3 | Planet Depos.  This video deposition is taking | 09:30:52 |
| 4 | place at 22 Bull Street, Third Floor, Savannah, | 09:30:54 |
| 5 | Georgia 31401. | 09:30:57 |
| 6 |       Would counsel please voice-identify | 09:30:59 |
| 7 | themselves and state whom they represent. | 09:31:02 |
| 8 |       MR. SWAIN:  Good morning.  This is Adam | 09:31:03 |
| 9 | Swain on behalf of Plaintiff Signify, from the law | 09:31:06 |
| 10 | firm of Alston & Bird. | 09:31:09 |
| 11 |       MR. OCZEK:  Jeremy Oczek and Jonathan | 09:31:12 |
| 12 | Gray with the law firm Bond Schoeneck & King, | 09:31:15 |
| 13 | representing Plaintiff Signify. | 09:31:16 |
| 14 |       MR. SWAIN:  And -- and I also want to say | 09:31:19 |
| 15 | that Mr. Aaron Rugh, in-house counsel for Signify, | 09:31:21 |
| 16 | is in the room, as well.  And also Gary Yen, also | 09:31:24 |
| 17 | in-house counsel for Signify, is on the Zoom | 09:31:26 |
| 18 | meeting. | 09:31:28 |
| 19 |       MR. CHEN:  Good morning.  This is Hua | 09:31:29 |
| 20 | Chen from the law firm of ScienBiziP, PC.  I'm here | 09:31:31 |
| 21 | representing the Lepro defendants in this case. | 09:31:36 |
| 22 |       THE VIDEOGRAPHER:  The Court Reporter | 09:31:39 |
| 23 | today is Susan DiFilippantonio, representing Planet | 09:31:41 |
| 24 | Depos.  The witness will now be sworn. | 09:31:45 |
| 25 | JOHN W. CURRAN, PH.D., | |

Transcript of John W. Curran, Ph.D. - Volume 1
Conducted on October 15, 2024                                              128

| | | |
|---|---|---|
| 1 | correct? | 14:07:11 |
| 2 | A.      Yes. | 14:07:12 |
| 3 | Q.      Okay.  But what you didn't do -- and I just want | 14:07:12 |
| 4 | to be clear to triangulate -- you didn't compare any | 14:07:15 |
| 5 | claim of Recker, '686 Patent Recker, to any disclosure | 14:07:19 |
| 6 | in the '556 application of Recker, correct? | 14:07:25 |
| 7 | A.      In other -- you're saying I didn't compare | 14:07:31 |
| 8 | anything in '686 to '556. | 14:07:37 |
| 9 | Q.      That's correct. | 14:07:40 |
| 10 | A.      No, I don't believe I did. | 14:07:41 |
| 11 | Q.      Okay.  And you didn't compare -- or you didn't | 14:07:43 |
| 12 | map any disclosure of the '556 application to any claim | 14:07:48 |
| 13 | of the Recker '686 Patent, correct? | 14:07:52 |
| 14 | A.      Could you ask your question again?  Because I | 14:08:37 |
| 15 | think I'm getting myself totally confused here. | 14:10:05 |
| 16 | Q.      Sure. | 14:10:08 |
| 17 | I'm hoping this is an easy one.  We're just | 14:10:09 |
| 18 | figuring out what your opinions are and what they are | 14:10:12 |
| 19 | not.  But you didn't compare any -- you didn't map any | 14:10:14 |
| 20 | disclosure of the '556 application to any issued claim | 14:10:19 |
| 21 | of the Recker '686 Patent, correct? | 14:10:23 |
| 22 | A.      I'm referencing '556, you know, through much of | 14:10:33 |
| 23 | these pages. | 14:13:23 |
| 24 | Q.      Certainly.  Certainly. | 14:13:24 |
| 25 | My question is, are you referencing '556 in | 14:13:26 |

| | | |
|---|---|---|
| 1 | comparing the '556 application to Recker, which is a | 14:13:28 |
| 2 | '68- -- which is the '686 Patent, which has its own | 14:13:33 |
| 3 | claims talking about impedance of circuits and stuff? | 14:13:38 |
| 4 | A.     If I understand kind of -- and I do apologize -- | 14:14:19 |
| 5 | what you're asking, I mean, a lot of these -- I'm | 14:14:42 |
| 6 | comparing the '556 to the '320. | 14:14:47 |
| 7 | Q.     That's absolutely correct.  That's why I wanted | 14:14:52 |
| 8 | to clarify.  You're comparing the '556 application to | 14:14:55 |
| 9 | the '320 Patent, correct? | 14:14:58 |
| 10 | A.     Yeah, because that's -- that's where the claims | 14:14:59 |
| 11 | are, the claims are coming -- | 14:15:01 |
| 12 | Q.     Right.  That's right. | 14:15:03 |
| 13 | A.     Okay.  I'm sorry. | 14:15:04 |
| 14 | Q.     No, no, it's fine.  I -- it seemed probably a | 14:15:05 |
| 15 | little strange that I was asking, but I just -- it's on | 14:15:07 |
| 16 | the checklist of things to do. | 14:15:09 |
| 17 | But for the '66 -- but there's also the '686 | 14:15:10 |
| 18 | Recker patent, which is also cited prior art, and I just | 14:15:14 |
| 19 | wanted to make sure you weren't comparing the '556 | 14:15:18 |
| 20 | applications to Recker '686 Patent, which has its own | 14:15:20 |
| 21 | claims. | 14:15:25 |
| 22 | A.     Right.  No, the claims that are -- that are | 14:15:26 |
| 23 | shown here in -- in bold on that -- are the claims from | 14:15:28 |
| 24 | the '320. | 14:15:31 |
| 25 | Q.     Sure. | 14:15:32 |

Transcript of John W. Curran, Ph.D. - Volume 1
Conducted on October 15, 2024

130

| | | |
|---|---|---|
| 1 | And just to be clear, you don't have an opinion | 14:15:32 |
| 2 | as to whether the -- the claims of the '686 Recker | 14:15:37 |
| 3 | patent are met or disclosed by the '556 application in | 14:15:41 |
| 4 | any way, correct? | 14:15:47 |
| 5 | MR. CHEN:  Objection.  Form. | 14:15:48 |
| 6 | THE WITNESS:  No, I didn't -- I didn't | 14:15:50 |
| 7 | form an opinion on that. | 14:16:01 |
| 8 | BY MR. SWAIN: | 14:16:04 |
| 9 | Q.    Okay.  Thanks.  You can put that aside. | 14:16:05 |
| 10 | A.    (Complying.) | 14:16:08 |
| 11 | Q.    Okay.  I'm going to jump around a bit here, | 14:16:09 |
| 12 | Dr. Curran.  I want to talk about a different patent, | 14:16:15 |
| 13 | the '604 Patent.  Are you familiar with the '604 Patent? | 14:16:19 |
| 14 | A.    Yes. | 14:16:23 |
| 15 | Q.    Okay.  The '604 Patent was originally applied | 14:16:24 |
| 16 | for and obtained by a company called, I believe -- let | 14:16:29 |
| 17 | me double-check that -- yeah, it's TIR Technology.  Were | 14:16:33 |
| 18 | you familiar with TIR Technology, TIR? | 14:16:40 |
| 19 | A.    I may have heard of it, but nothing that I ever | 14:16:44 |
| 20 | would have -- no, never dealt with them or had any -- | 14:16:48 |
| 21 | any kind of interactions with them. | 14:16:54 |
| 22 | Q.    Sure. | 14:16:56 |
| 23 | And I'll introduce the '604 Patent now just so | 14:16:56 |
| 24 | you have it. | 14:17:00 |
| 25 | You know what, before we get on to that, there | 14:17:02 |

| | | |
|---|---|---|
| 1 | Dr. Curran.  My question is just to understand -- you | 14:19:14 |
| 2 | know, there's been opinions by Dr. Ricketts and by | 14:19:17 |
| 3 | Signify that the '320 Patent is -- the subject matter | 14:19:21 |
| 4 | and claims are supported by this June 5, 2009, foreign | 14:19:26 |
| 5 | application in China.  Are you with me so far? | 14:19:31 |
| 6 | A.     Yes, so ignoring whether or not you could file | 14:19:35 |
| 7 | it. | 14:19:38 |
| 8 | Q.     Well -- | 14:19:41 |
| 9 | A.     I mean, I'm saying -- I -- that's not my realm, | 14:19:42 |
| 10 | so let me -- | 14:19:46 |
| 11 | Q.     Okay.  I just want to be clear.  Did you -- did | 14:19:47 |
| 12 | you -- did you compare the substance of this -- of the | 14:19:49 |
| 13 | Chinese foreign application of June 5th, 2009, to any of | 14:19:52 |
| 14 | the claims of the '320 Patent? | 14:19:56 |
| 15 | A.     No. | 14:19:58 |
| 16 | Q.     Okay.  And do you have an opinion one way or the | 14:19:58 |
| 17 | other whether the claims of the '320 Patent are | 14:20:07 |
| 18 | supported by the June 5th, 2009, Chinese priority | 14:20:09 |
| 19 | filing? | 14:20:13 |
| 20 | A.     No, since I can't see it. | 14:20:15 |
| 21 | Q.     Okay.  All right.  And if you did, it would've | 14:20:19 |
| 22 | been in your report, right? | 14:20:23 |
| 23 | A.     Yeah. | 14:20:26 |
| 24 | Q.     Okay.  That's all. | 14:20:26 |
| 25 |        All right.  Now the '604 Patent.  Okay.  All | 14:20:29 |