F. Christopher Austin (SBN 6559)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

Adam D. Swain (Pro hac vice)
ALSTON & BIRD
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3622
Email: Adam.Swain@alston.com

J. Ravindra Fernando (Pro hac vice)
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1136
Email: Ravi.Fernando@alston.com

*Counsel for Plaintiffs*
*Signify North America Corporation*
*and Signify Holding B.V.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.<br><br>Plaintiffs,<br><br>v.<br><br>LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,<br><br>Defendants. | Case 2:22-cv-02095-JAD-EJY<br><br>**PLAINTIFFS' AMENDED EXHIBIT LIST** |

1        Attached as **Exhibit A** is Plaintiffs' Amended Exhibit List.

2

3

4                            Respectfully submitted,

                           */s/ F. Christopher Austin*

5

6                            F. Christopher Austin (SBN 6559)
LEX TECNICA, LTD.

7                            10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

8                            Phone: (725) 239-8413
chris@lextecnica.com

9                            Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC

10                          200 Delaware Avenue
Buffalo, New York 14202

11                          Telephone: (716) 416-7000
Email: jpoczek@bsk.com

12

13                          Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC

14                          One Lincoln Center
Syracuse, New York 13202

15                          Telephone: (315) 218-8500
Email: jlgray@bsk.com

16                          Adam D. Swain (Pro hac vice)
ALSTON & BIRD

17                          950 F Street, NW
Washington, DC 20004

18                          Telephone: (202) 239-3622
Email: Adam.Swain@alston.com

19

20                          J. Ravindra Fernando (Pro hac vice)
ALSTON & BIRD

21                          1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818

22                          Telephone: (704) 444-1136
Email: Ravi.Fernando@alston.com

23                          *COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*

24                          *Signify Holding B.V.*

25

26

27

28

**PLAINTIFFS' AMENDED EXHIBIT LIST**

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I electronically transmitted the foregoing **PLAINTIFFS' AMENDED EXHIBIT LIST** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Respectfully submitted,

*/s/ F. Christopher Austin*

F. Christopher Austin (SBN 6559)

- 3 -
**PLAINTIFFS' AMENDED EXHIBIT LIST**

**EXHIBIT A**

**PLAINTIFFS' AMENDED EXHIBIT LIST**

Case #: 2:22-cv-02095-JAD-EJY

Caption: Signify North America Corporation et al v. Lepro Innovation Inc. et al

| EX. | Date Marked | Date Admitted | Witness | Description | Bates Range | Past Use | Objection | ID only |
|---|---|---|---|---|---|---|---|---|
| | | | | **Stipulated Exhibits** | | | | |
| 1 | | | | U.S. Patent 7,014,336 | SIGNIFY00000001-00000050 | | | |
| 1-c | | | | U.S. Patent 7,014,336 (certified copy) | | | | |
| 2 | | | | U.S. Patent 7,038,399 | SIGNIFY00000051-00000081 | | | |
| 2-c | | | | U.S. Patent 7,038,399 (certified copy) | | | | |
| 3 | | | | U.S. Patent 7,348,604 | SIGNIFY00000082-00000093 | | | |
| 3-c | | | | U.S. Patent 7,348,604 (certified copy) | | | | |
| 4 | | | | U.S. Patent 7,352,138 | SIGNIFY00000094-00000121 | | | |
| 4-c | | | | U.S. Patent 7,352,138 (certified copy) | | | | |
| 5 | | | | U.S. Patent 8,063,577 | SIGNIFY00000122-00000127 | | | |
| 5-c | | | | U.S. Patent 8,063,577 (certified copy) | | | | |
| 6 | | | | U.S. Patent RE 49,320 | SIGNIFY00000154-00000166 | | | |
| 6-c | | | | U.S. Patent RE 49,320 (certified copy) | | | | |
| 7 | | | | Assignment of '336 Patent | SIGNIFY0003374-0003380 | | | |
| 8 | | | | Assignment of '399 Patent | SIGNIFY00003391-00003393 | | | |
| 9 | | | | Assignment of '604 Patent | SIGNIFY00003412-0003436 | | | |
| 10 | | | | Assignment of '138 Patent | SIGNIFY00003579-00003581 | | | |
| 11 | | | | Assignment of '577 Patent | SIGNIFY0003891-0004004 | | | |
| 12 | | | | Assignment of '320 Patent | SIGNIFY00003872-00004004 | | | |
| 13 | | | | Prosecution history of '336 Patent | | | | |
| 14 | | | | Prosecution history of '399 Patent | | | | |
| 15 | | | | Prosecution history of '604 Patent | | | | |
| 16 | | | | Prosecution history of '138 Patent | | | | |

| 17 | | | | Prosecution history of '577 Patent | | | | |
|----|--|--|--|------------------------------------|--|--|--|--|
| 18 | | | | Prosecution history of '320 Patent | | | | |
| 19 | | | | Order Reports | Homever00010, Homever00055, Homever00250, Homever00315, Homever00412, Innovation00009, Innovation04284, Innovation16213, Innovation22051, Innovation25589, Innovation30300, Innovation30545, Innovation31410, Innovation32230, Innovation33080, Innovation33885, Innovation35175, Innovation36265, Innovation37135, Innovation38060, Innovation39446, Innovation39626, Innovation41456, Innovation44612, Lepro00009, Lepro00402, Lepro00976, Lepro00996, Lepro01048, Lepro01101, Lepro01151, Letian00010, Letian03400, Letian16457, Letian20129, Letian27778, Lepro01552, Innovation44823 | | | |
| 20 | | | | 901001-US-a product photos (from Pattison Ex. D) | | Pattison Report | | |
| 21 | | | | 100061-WW-US product | | Zane report | | |
| 22 | | | | Images of 100061-WW-US product (Zane Exhibit C) | | Zane report | | |
| 23 | | | | PR170003-DW-US product | | Zane report | | |
| 24 | | | | Images of PR170003-DW-US product (Zane Exhibit C) | | Zane report | | |
| 25 | | | | PR170004-DW-US product | | Zane report | | |
| 26 | | | | Images of PR170004-DW-US product (Zane Exhibit C) | | Zane report | | |
| 27 | | | | Images of 1700040-DW-US product (Zane Exhibit C) | | Zane report | | |
| 28 | | | | Lepro 620001-NW-US Product | | | | |

| 29 | | | | Lepro 6200009-DW product | | | | |
|----|--|--|--|--------------------------|--|--|--|--|
| 30 | | | | Lepro 350009-NW-US product | | | | |
| 31 | | | | Lepro 350011-NW-US product | | | | |
| 32 | | | | Lepro 630002-NW-US product | | | | |
| 33 | | | | Lepro 630009-NW-US product | | | | |
| 34 | | | | 901001-Us-a product | | | | |
| 35 | | | | Images of 901001-US-a product (Ricketts Ex. D) | | Ricketts Report | | |
| 36 | | | | 901003-US products | | | | |
| 37 | | | | Images of 901003-US products (Ricketts Ex. D) | | Ricketts Report | | |
| 38 | | | | 901003-US-a-2 product | | | | |
| 39 | | | | Images of 901003-US-a-2 product (Ricketts Ex. D) | | Ricketts Report | | |
| 40 | | | | N907001-US-2 products | | | | |
| 41 | | | | Images of N907001-US-2 products (Ricketts Ex. D) | | Ricketts Report | | |
| 42 | | | | B1-US-4 product | | | | |
| 43 | | | | Images of B1-US-4 product (Ricketts Ex. D) | | Ricketts Report | | |
| 44 | | | | 901002-US-4 product | | | | |
| 45 | | | | Images of 901002-US-4 product (Ricketts Ex. D) | | Ricketts Report | | |
| 46 | | | | PR902001-US-2 product | | | | |
| 47 | | | | Images of PR902001-US-2 product (Ricketts Ex. D) | | Ricketts Report | | |
| 48 | | | | 620002-NW-US-LC product | | | | |
| 49 | | | | Images of 620002-NW-US-LC Product (Wood Ex. E) | | Woods Report | | |
| 50 | | | | 620003-NW-US-LC product | | | | |
| 51 | | | | 620004-NW-US-LC product | | | | |
| 52 | | | | Images of 3500013-DW-US product (Wood Ex. E) | | Woods Report | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 53 | | | | Product teardown photos from Krames Exhibit C | | Krames report | | |
| 54 | | | | Radiation beam patterns from Krames Exhibit C | | Krames report | | |
| 55 | | | | 150001-NW products | | | | |
| 56 | | | | 350006-NW-US products | | | | |
| 57 | | | | 350010-NW-US products | | | | |
| 58 | | | | 630010-NW-US products | | | | |
| 59 | | | | Notice letter of January 9, 2013 from Philips (China) Investment Co., Ltd. to Mr. Wu | | Deposition Exhibit 0010 | | |
| 60 | | | | Notice letter of June 1, 2017 from Aaron Rugh to Home EVER, Inc. d/b/a Lighting Ever | | Deposition Exhibit 0011 | | |
| 61 | | | | Notice email of June 1, 2017 from Aaron Rugh to Lighting Ever | Homeever00439-00440/Signify00004057-00004058 | Deposition Exhibit 0012 | | |
| 62 | | | | Notice letter of July 31, 2017 and follow up letter to from Aaron Rugh to Home EVER, Inc. d/b/a Lighting Ever | | Deposition Exhibit 0015 | | |
| 63 | | | | Copy of notice letter of January 24, 2019 from Aaron Rugh to Home EVER, Inc. d/b/a Lighting Ever | | Deposition Exhibit 0019 | | |
| 64 | | | | Printout of email of January 24, 2019 between Aaron Rugh and Home EVER, Inc. customer support team | | Deposition Exhibit 0020 | | |
| 65 | | | | Photographs of U.S. Postal Service Domestic Return Receipt to Ji Wu, Home EVER, Inc. from Aaron Rugh | | Deposition Exhibit 0021 | | |
| 66 | | | | Printout of email of April 6, 2021 between Aaron Rugh and Home EVER, Inc. customer support team | | Deposition Exhibit 0022 | | |
| 67 | | | | Copy of notice letter of April 6, 2021 to Home EVER, Inc. d/b/a Lighting Ever and Lepro from Aaron Rugh | | Deposition Exhibit 0023 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68 | | | | Photographs of U.S. Postal Service Domestic Return Receipt to Home EVER, Inc. from Signify IP | | Deposition Exhibit 0024 | |
| 69 | | | | Copy of April 6, 2021 notice letter to Home EVER, Inc. d/b/a Lighting Ever and Lepro from Aaron Rugh | | Deposition Exhibit 0025 | |
| 70 | | | | Photographs of U.S. Postal Service Domestic Return Receipt to Home EVER, Inc. from Signify IP | | Deposition Exhibit 0026 | |
| **End of Stipulated Exhibits** | | | | | | | |
| 71 | | | | Complaint for Patent Infringement (12-19-2022) | | | ID Only |
| 72 | | | | Defendants' Response to Plaintiffs' First Set of Requests for Production (04-26-2023) | | | ID Only |
| 73 | | | | Defendants' Response to Plaintiff's First Set of Interrogatories (04-26-2023) | | | ID Only |
| 74 | | | | Plaintiffs' Objections and Responses to Defendants' First Set of Interrogatories (06-26-2023) | | | ID Only |
| 75 | | | | Defendants' Response to Plaintiffs' Second Set of Requests for Production (11-27-2023) | | | ID Only |
| 76 | | | | Defendants' Response to Plaintiffs' Third Set of Requests for Production (12-15-2023) | | | ID Only |
| 77 | | | | Defendants' Supplemental Response to Plaintiffs' First Set of Interrogatories (01-14-2024) | | | ID Only |
| 78 | | | | Plaintiffs' Amended Disclosure of Asserted Claims and Infringement Contentions Pursuant to Local Patent Rules 1-6, 1-7, and 1-18a (02-01-2024) | | | ID Only |

| 79 | | | Defendants' Second Supplemental Response to Plaintiffs' First Set of Interrogatories (03-22-2024) | | | | ID Only |
|----|--|--|--|--|--|--|--|
| 80 | | | Plaintiffs' Supplemental Objections and Responses to Defendants' First Set of Interrogatories (03-22-2024) | | | | ID Only |
| 81 | | | Response email from Home EVER, Inc. customer support team to Aaron Rugh | | Deposition Exhibit 0013 | Hearsay(FRE 802) | |
| 82 | | | Response email from Mihail Antov to Aaron Rugh | | Deposition Exhibit 0014 | Hearsay(FRE 802) | |
| 83 | | | Notice email of August 13, 2018 from Linda Dai to Ji Wu | | Deposition Exhibit 0016 | Hearsay(FRE 802) | |
| 84 | | | Notice email of November 23, 2018 from Linda Dai to Ji Wu | | Deposition Exhibit 0017 | Hearsay(FRE 802) | |
| 85 | | | Email of November 29, 2018 from Linda Dai to Ji Wu and Ms. Nie | | Deposition Exhibit 0018 | Hearsay(FRE 802) | |
| 86 | | | Notice email of April 9, 2021 from Linda Dai to Ji Wu | | Deposition Exhibit 0027 | Hearsay(FRE 802) | |
| 87 | | | CV of Dr. P Morgan Pattison | | Pattison Ex. A | | |
| 88 | | | FCC RF Test Report of a QPW70-F product | | Pattison Ex. E/Ricketts Ex. E | | |
| 89 | | | FCC RF Test Report of an EBE-QPW32 product | | Pattison Ex. F/Ricketts Ex. F | | |
| 90 | | | Archived listing of a 901001-US-4-a bulb | | Pattison Ex. G | | |
| 91 | | | Archived listing of 901001-US-a bulbs | | Pattison Ex. H | | |

| 92 | | | | Manufacturer specification sheet of a QPW70-F product | | Pattison Ex. I | | |
|---|---|---|---|---|---|---|---|---|
| 93 | | | | Manufacturer specification sheet of an EBE-QPW32 product | | Pattison Ex. J | | |
| 94 | | | | FCC Alteration Authorization Letter | | Pattison Ex. K/Ricketts Ex. H | | |
| 95 | | | | Printout of Defendant's website listing of 901001-Us-a product | | Pattison Ex. N | | |
| 96 | | | | Printout of Defendant's website listing of 901003-US product | | Pattison Ex. O | | |
| 97 | | | | Teardown pictures of LED ceiling light with Bluetooth speaker | SIGNIFY00092996-00093019 | Pattison Report | | |
| 98 | | | | Spectral measurements of LED ceiling light with Bluetooth speaker | SIGNIFY00093040, SIGNIFY00093034 | Pattison Report | | |
| 99 | | | | WB2L Module datasheet | SIGNIFY00092719-SIGNIFY00092736 | Pattison Report/Ricketts Report | | |
| 100 | | | | Printout of https://www.energy.gov/articles/history-light-bulb | | Pattison Report | | |
| 101 | | | | Printout of https://www.energystar.gov/about/how-energy-star-works/history | | Pattison Report | | |
| 102 | | | | 901001-US-a spectral measurements and associated app images | SIGNIFY00093675-00093678, SIGNIFY00093513-00093520, SIGNIFY00093512,SIGNIFY00093525,SIGNIFY00093527 | Pattison Report | | |
| 103 | | | | Spectral measurements in daylit room with and without light on | SIGNIFY00093679, SIGNIFY00093528-SIGNIFY00093529 | Pattison Report | | |
| 104 | | | | Excel file including spectral data and resulting plot showing daylight background, 4000k and daylight background, and 4000k and daylight background with daylight subtracted | SIGNIFY00093679, SIGNIFY00093521 | Pattison Report | | |

| 105 | | | | Spectrum of sunlight and associated photograph | SIGNIFY00093523-00093524 | Pattison Report | | |
| 106 | | | | CV of Dr. Regan Zane | | Zane Ex. A | | |
| 107 | | | | Printout of https://www.lepro.com/12-pack-4-inch-daylight-white-led-recessed-lighting.html | | Zane report | | |
| 108 | | | | *2022 DOE SSL Manufacturing Status & Opportunities* (February 2022), U.S. Department of Energy | SIGNIFY00093206-00093344 | Zane report | | |
| 109 | | | | BP3218 datasheet | SIGNIFY00084635_RP | Zane report | | |
| 110 | | | | AP1694A Datasheet | SIGNIFY00084688-84702 | Zane report | | |
| 111 | | | | AL1692-30B Datasheet | SIGNIFY00086841-86854 | Zane report | | |
| 112 | | | | 100061-WW-US circuit schematic | SIGNIFY00084754_RP | Zane report | | |
| 113 | | | | 170004-DW-US circuit schematic | SIGNIFY00086838_RP | Zane report | | |
| 114 | | | | 1700040-WW-US circuit schematic | SIGNIFY00086856_RP | Zane report | | |
| 115 | | | | Reverse engineered circuit schematic of C37 E12 dimmable LED candle bulb | SIGNIFY00093200 | Zane report | | |
| 116 | | | | Image of C37 E12 dimmable LED candle bulb box | | Zane report | | |
| 117 | | | | Chart summarizing '138 and '399 Patents' contribution to the technical value of the accused LED bulbs, Zane Report p. 42 | | Zane report | | |
| 118 | | | | Deposition of Ihor Lys, Ph.D., April 6, 2018 | SIGNIFY00092499-00092526 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 119 | | | | Ihor Lys, 2002 Young Innovators Under 35, MIT Technology Review | Zane Rebuttal Ex. C | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| 120 | | | | Color Manifesto, 2005 Lighting Systems Product Overview | Zane Rebuttal Ex. D | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
|-----|---|---|---|---|---|---|---|---|
| 121 | | | | Bright Tomorrow Lighting Competition (L Prize™), 73 Fed. Reg. 35,680 (June 24, 2008) | Zane Rebuttal Ex. E | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 122 | | | | L Prize Lab Evaluation, ET10SCE1230 Report (Dec. 20, 2010) | Zane Rebuttal Ex. F | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 123 | | | | Bright Tomorrow Concept Driver Design Document (Sept. 24, 2009) | Zane Rebuttal Ex. G | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 124 | | | | BEE Design Circuit Schematic | Zane Rebuttal Ex. H | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 125 | | | | BEE Design IC Datasheet | Zane Rebuttal Ex. I | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 126 | | | | Philips L-Prize Award Winning LED Bulb, LED Resource (September 14, 2012) | Zane Rebuttal Ex. J | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 127 | | | | The Award Winning Philips L Prize Led Light Bulb is Now Available at Bulbs.com (March 9, 2012) | Zane Rebuttal Ex. K | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 128 | | | | Queen Development Report | Zane Rebuttal Ex. L | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 129 | | | | Queen Design Circuit Schematic | Zane Rebuttal Ex. M | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 130 | | | | Printout of Architect Magazine article titled The Illuminator: Ihor Lys (Sept. 26, 2008) | PHI-ITC1081-0400269–71 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 131 | | | | Article from LEDs Magazine titled Lys of Color Kinetics Wins Award for Powercore (June 3, 2008) | PHI-ITC1081-0339170–71 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 132 | | | | Printout of Marketwired.com press release titled Wolf Greenfield Congratulates Client Ihor Lys, National Inventor of the Year (June 17, 2008) | PHI-ITC1081-0339172–73 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 133 | | | | Printout of LIGHTimes Online article titled Philips' Ihor Lys Named 2008 USA National Inventor of the Year for SSL Breakthrough (June 2, 2008) | PHI-ITC1081-0339175-76 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 134 | | | | Printout of U.S. Department of Energy L Prize website article titled DOE Announces Philips as First Winner of the L Prize Competition (Aug. 3, 2011) | PHI-ITC1081-0475059–60 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 135 | | | | Printout of U.S. Department of Energy L Prize website article titled Photo Gallery | PHI-ITC1081-0475057–58 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 136 | | | | Printout of U.S. Department of Energy L Prize website article titled Transforming the Lighting Landscape | PHI-ITC1081-0475061 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |
| 137 | | | | Printout of U.S. Department of Energy L Prize website article titled L Prize Competition Launch at Lightfair (May 28, 2008) | PHI-ITC1081-0475222 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 138 | | | | Department of Energy Office of Public Affairs article titled Department of Energy Announces Philips Lighting North America as Winner of L Prize Competition (Aug. 3, 2011) | PHI-ITC1081-0475080–90 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 139 | | | | U.S. Department of Energy, Energy Efficiency & Renewable Energy article titled L Prize® Competition Drives Technology Innovation, Energy Savings (Oct. 2016) | PHI-ITC1081-0475134–35 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 140 | | | | Article titled Philips Bulb Wins DoE's First L Prize (Aug. 8, 2011) | PHI-ITC1081-0475223 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 141 | | | | Video titled Philips Award Winning LED Bulb | Winner of the L Prize® for Energy Efficiency by the U.S. DOE | PHI-ITC1081-0475226 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 142 | | | | Printout of New York Times Green Blogs article titled Philips Wins Energy Department's Lighting Prize (Aug. 3, 2011) | PHI-ITC1081-0475126–33 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 143 | | | | Printout of The Economist Science and Technology article titled Difference Engine: Lux aeterna (April 1, 2013) | PHI-ITC1081-0474970–79 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 144 | | | | The Economist article titled Difference Engine: Lux aeterna (April 1, 2013) | PHI-ITC1081-0475213–19 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 145 | | | | Printout of Forbes Green Tech article titled Would You Buy a $60 Light Bulb That Lasts 20 Years? (April 18, 2012) | PHI-ITC1081-0475175–77 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 146 | | | | Printout of Forbes Green Tech article titled Would You Buy a $60 Light Bulb That Lasts 20 Years? (April 18, 2012) | PHI-ITC1081-0475195–97 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 147 | | | | Printout of Wired Magazine article titled The Future of Light is the LED (Aug. 19, 2011) | PHI-ITC1081-0475149–74 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 148 | | | | Printout of Good Housekeeping Institute article | PHI-ITC1081-0475107–11 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 149 | | | | Printout of Good Housekeeping Institute article titled Philips L-Prize LED Light Bulb – Efficiency That Can Save You Money (May 22, 2012) | PHI-ITC1081-0475198–203 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 150 | | | | Printout of Electronicsweekly.com article titled Philips Lab Makes Record-Breaking LED Replacement for 60W Bulb (Aug. 12, 2011) | PHI-ITC1081-0475112–18 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 151 | | | | Printout of Electronicsweekly.com article titled Philips Lab Makes Record-Breaking LED Replacement for 60W Bulb (Aug. 12, 2011) | PHI-ITC1081-0475185–87 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 152 | | | | Printout of Cool Tools article titled Philips L-Prize Bulb (Nov. 15, 2012) | PHI-ITC1081-0475124–25 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 153 | | | | Printout of LED Professional article titled Department of Energy Announce Philips as Winner of L Prize Competition (Aug. 3, 2011) | PHI-ITC1081-0474962–69 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 154 | | | | Printout of LED Resource article titled Philips L-Prize Award Winning LED Bulb Review (Sept. 14, 2012) | PHI-ITC1081-0475119–23 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 155 | | | | Printout of LED Resource article titled Philips L-Prize Award Winning LED Bulb Review (Sept. 14, 2012) | PHI-ITC1081-0475204–12 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| 156 | | | | Printout of LEDs Magazine article titled DOE Updates the Latest L Prize Lamp Test Results, Rebate Offers | PHI-ITC1081-0474998–5006 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
|-----|--|--|--|--|--|--|--|--|
| 157 | | | | Printout of LEDs Magazine article titled Philips Wins L Prize for 60W Replacement LED Lamps (Sept. 12, 2011) | PHI-ITC1081-0475190–94 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 158 | | | | LEDs Magazine article titled DOE Updates the Latest L Prize Lamp Test Results, Rebate Offers (Nov. 20, 2012) | PHI-ITC1081-0475220–21 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 159 | | | | Printout of National Electrical Manufacturers Association (NEMA) article titled DOE Awards First L Prize for LED Lighting Technology | PHI-ITC1081-0474984–97 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 160 | | | | NEMA Electroindustry article titled Philips Lighting Awarded L Prize (Sept. 2011) | PHI-ITC1081-0475091 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 161 | | | | Printout of National Electric Manufacturers Association (NEMA) article titled DOE Awards First L Prize for LED Lighting Technology (Aug. 9, 2011) | PHI-ITC1081-0475092–95 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| 162 | | | | Printout of Photonics Media article titled Philips Bulb Wins DoE's First L Prize (Aug. 8, 2011) | PHI-ITC1081-0475096–99 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 163 | | | | Printout of Good Housekeeping Institute article titled Philips L-Prize LED Light Bulb – Efficiency That Can Save You Money (May 22, 2012) | PHI-ITC1081-0475188–89 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 164 | | | | Printout of Semiconductor Today article titled LUXEON Rebel LEDs Power L Prize Winning Retrofit Bulb (Aug. 17, 2011) | PHI-ITC1081-0475136–37 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 165 | | | | Printout of ZDnet article titled LED Lighting Smackdown: Philips Snags LED Lightbulb Prize, Cree Spotlights Prototype (Aug. 3, 2011) | PHI-ITC1081-0475178–84 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 166 | | | | Printout of New York Times Green Blogs article titled Philips Wins Energy Department's Lighting Prize (Aug. 3, 2011) | PHI-ITC1081-0475132 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 167 | | | | Printout of Wired Magazine article titled The Future of Light is the LED (Aug. 19, 2011) | PHI-ITC1081-0475171 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |

| 168 | | | | Cypress Perform CY8CLEDAC03H, CY8LEDAC03L Design Guidelines for AN70005 (Sept. 14, 2011) | PHI-ITC1081-0475007–17 | Zane rebuttal | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
|-----|---|---|---|---|---|---|---|---|
| 169 | | | | L-Prize Bulb product | | | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 170 | | | | CV of Michael Krames | | Krames Ex. A | | |
| 171 | | | | Photos of UFO High Bay Light with tabs from Krames Report | SIGNIFY00093666, SIGNIFY00093667, SIGNIFY00093668 | Krames Report | | |
| 172 | | | | Printout of https://www.energy.gov/eere/ssl/about-solid-state-lighting-program | | Krames Report | | |
| 173 | | | | printout of https://www1.eere.energy.gov/buildings/publications/pdfs/ssl/ssl_multiyear_plan.pdf | | Krames Report | | |
| 174 | | | | U.S. 7,712,926 | | Krames Report | | |
| 175 | | | | General Design Principles for Dupont Engineering Polymers | | Krames Report | | |
| 176 | | | | U.S. 6,558,021 | | Krames Report | | |
| 177 | | | | U.S. 6,312,145 | | Krames Report | | |
| 178 | | | | U.S. P.G. Pub. No. 2006/0197474 | | Krames Report | | |

| 179 | | | | Printout of https://openbooks.library.umass.edu/toggerson-131/chapter/normal-force/ | | Krames Report | | |
|---|---|---|---|---|---|---|---|---|
| 180 | | | | Engineering Statics, Baker and Haynes, section 9.4, https://engineeringstatics.org/Chapter_09-screw-friction.html | | Krames Report | | |
| 181 | | | | Printout of https://www.lepro.com/100w-ufo-led-high-bay-light.html | | Krames Report | | |
| 182 | | | | Printout of https://www.ebay.com/itm/303893513317 | | Krames Report | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 183 | | | | Printout of https://www.lepro.com/100w-ufo-led-high-bay-light.html | | Krames Report | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 184 | | | | 2022 DOE SSL Manufacturing Status & Opportunities (February 2022), U.S. Department of Energy | | Krames Report | | |
| 185 | | | | Manufacturing Roadmap: Solid-State Lighting Research and Development (August 2014), U.S. Department of Energy | | Krames Report | | |
| 186 | | | | Printout of https://www.lepro.com/150w-dimmable-ufo-high-bay-led-light.html | | Krames Report | | |
| 187 | | | | Printout of https://web.archive.org/web/20170628141317/http://www.lightingever.com:80/led-ufo-baylight | | Krames Report | Hearsay(FRE 802), FRE 403 | |

| 188 | | | Printout of https://web.archive.org/web/20170529113143/http://www.lightingever.com/50w-dimmableufo-led-high-bay-lighting-3500011-dw.html | | Krames Report | Hearsay(FRE 802), FRE 403 | |
| 189 | | | Printout of https://web.archive.org/web/20170607180546/http://www.lightingever.com/100w-dimmableufo-led-high-bay-light-3500012-dw.html | | Krames Report | Hearsay(FRE 802), FRE 403 | |
| 190 | | | Printout of https://web.archive.org/web/2017029143125/http://www.lightingever.com/150w-ufodimmable-led-high-bay-light-3500013-dw.html | | Krames Report | Hearsay(FRE 802), FRE 403 | |
| 191 | | | Printout of https://web.archive.org/web/20170628094143/http://www.lightingever.com/200w-dimmableled-high-bay-light-3500014-dw.html | | Krames Report | Hearsay(FRE 802), FRE 403 | |
| 192 | | | Printout of https://web.archive.org/web/20170607165752/http://www.lightingever.com/60w-ufo-led-highbay-light-3500015-dw.html | | Krames Report | Hearsay(FRE 802), FRE 403 | |
| 193 | | | Product datasheet for LED ceiling light (150001-NW and 150002-NW) | | Krames Report | | |
| 194 | | | Specification sheet for LED high bay light | | Krames Report | | |
| 195 | | | Specification sheet for LED high bay light | | Krames Report | | |
| 196 | | | Specification sheet for LED Semi-Cutoff Wall Pack | | Krames Report | | |
| 197 | | | Specification sheet for LED high bay light | | Krames Report | | |

| 198 | | | Specification sheet for LED Semi-cutoff wall pack | | Krames Report | |
| 199 | | | Diagrams of forces in tab-based product from Report of Dr. Krames on p. 21 | | Krames Report | |
| 200 | | | Diagrams of forces in screw-based product from Report of Dr. Krames on p. 22 | | Krames Report | |
| 201 | | | CV of Dr. David Ricketts | | Ricketts Ex. A | |
| 202 | | | Printout of Defendant's website listing of 100083-WW-US-5 product | | Ricketts Ex. I | |
| 203 | | | Printout of Defendant's website listing of 901002-US-4 product | | Ricketts Ex. J | |
| 204 | | | Images of EBEQPW32 product (Ricketts Ex. D) | | | |
| 205 | | | Chart of resistivity test result conducted by NCSU Nanofabrication facility from Expert Report of Dr. Ricketts on p.16 | | Ricketts Report | |
| 206 | | | TYLC6E Module datasheet | SIGNIFY00095464-00095485 | Ricketts Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 207 | | | TYLC5 Module datasheet | SIGNIFY00095491-00095515 | Ricketts Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 208 | | | CB2L Module datasheet | SIGNIFY00095299-00095327 | Ricketts Report | Hearsay(FRE 802), FRE 403, Authentici |

| | | | | | | ty(FRE 901-902) | |
|---|---|---|---|---|---|---|---|
| 209 | | | | TYWE3L Module datasheet | SIGNIFY00095448-00095463 | Ricketts Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 210 | | | | ESP8685 Module datasheet | SIGNIFY00095328-00095358 | Ricketts Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 211 | | | | WBLC9 Module datasheet | SIGNIFY00095395-00095420 | Ricketts Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 212 | | | | TI CC2430 Datasheet | SIGNIFY00088396-00088607 | Ricketts Rebuttal | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 213 | | | | Signify Second Demonstrator Bulb | | | |
| 214 | | | | Report titled "LC-BULB Living Colors Retrofit Lamp" | SIGNIFY00087017-00087038 | Ricketts Rebuttal | |
| 215 | | | | Pictures of First Demonstrator bulb | SIGNIFY00087558 SIGNIFY00090221 | Ricketts Rebuttal | |
| 216 | | | | Report titled "LC-BULB final report" | SIGNIFY00091272-00091356 | Ricketts Rebuttal | |
| 217 | | | | Pictures of Second Demonstrator bulb | SIGNIFY00090145 SIGNIFY00090162 SIGNIFY00090173 | Ricketts Rebuttal | |

| | | | | | SIGNIFY00090183<br>SIGNIFY00090190 | | | |
|---|---|---|---|---|---|---|---|---|
| 218 | | | | Report titled "LivingColors Retrofit Lamp" | SIGNIFY00091108-00091109 | Ricketts Rebuttal | | |
| 219 | | | | Report titled "RF Test report of the LCB Shrink version" | SIGNIFY00087549-00087551 | Ricketts Rebuttal | | |
| 220 | | | | Report titled "LivingColors Retrofit Lamp" | SIGNIFY00091110-00091112 | Ricketts Rebuttal | | |
| 221 | | | | Report titled "Zigbee RF unit for Philips Living Colors Bulb" | SIGNIFY00087262-00087274 | Ricketts Rebuttal | | |
| 222 | | | | Video of First Demonstrator bulb | SIGNIFY00090360 | Ricketts Rebuttal | | |
| 223 | | | | CV of Dr. Jonathan Woods | | Wood Ex. A | | |
| 224 | | | | Printout of a listing for a Kemet part number SC-02-06G from Mouser Electronics | | Wood Ex. G | | |
| 225 | | | | Printout of a listing for a TDK part number B82724J8322N040 from Mouser Electronics | | Wood Ex. H | | |
| 226 | | | | Copy of a catalog listing for part number 47065T101 from McMaster-Carr | | Wood Ex. I | | |
| 227 | | | | Printout of https://en.sosen.com/product/9.html (Wood Ex. E) | | Woods Report | | |
| 228 | | | | Images of Sosen SS-150VA-56B driver (Wood Ex. E) | | Woods Report | | |
| 229 | | | | Reverse engineering schematic of Sosen SS-150VA-56B driver | SIGNIFY00084604_RP | Woods Report | | |
| 230 | | | | Images of Sosen SS-200VA-56B driver (Wood Ex. E) | | Woods Report | | |
| 231 | | | | Reverse engineering schematic of Sosen SS-200VA-56B driver | SIGNIFY00094271 | Woods Report | | |
| 232 | | | | Images of Sosen SS-320V-54B driver (Wood Ex. E) | | Woods Report | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 233 | | | Reverse engineering schematic of Sosen SS-320V-54B driver | SIGNIFY00094288_RP | Woods Report | |
| 234 | | | Images of Meanwell HLG-15-H-54B driver (Wood Ex. E) | | Woods Report | |
| 235 | | | Reverse engineering schematic of Meanwell HLG-150H-54B driver | SIGNIFY00085770_RP | | |
| 236 | | | Meanwell HLG-15-H-54B driver | | | FRE 403, Authenticity(FRE 901-902) |
| 237 | | | Sosen SS-150VA-56B driver | | | FRE 403, Authenticity(FRE 901-902) |
| 238 | | | Sosen SS-200VA-56B driver | | | FRE 403, Authenticity(FRE 901-902) |
| 239 | | | SS-320V Series LED Driver Datasheet | SIGNIFY00094497-SIGNIFY00094508 | Woods Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 240 | | | SS-200VA Series LED Driver Datasheet | SIGNIFY00094273-00094287 | Woods Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 241 | | | SS-150VA Series LED Driver Datasheet | SIGNIFY00094255-00094269 | Woods Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 242 | | | | HLG-150H Series LED Driver Datasheet | SIGNIFY00093929-00093938 | Woods Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 243 | | | | 62000X Series Products Specification Sheet | Defendants-002561-002568 | Woods Report | |
| 244 | | | | L6599D High-voltage resonant controller datasheet | SIGNIFY00093055-00093101 | Woods Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 245 | | | | NCP1399 High Performance Current Mode Resonant Controller with Integrated High Voltage Drivers Datasheet | SIGNIFY00093108-00093151 | Woods Report | Hearsay(FRE 802), FRE 403, Authenticity(FRE 901-902) |
| 246 | | | | Images of test set up (Wood Ex. E) | | Woods Report | |
| 247 | | | | CV of W. Todd Schoettelkotte | | Schoettelkotte Report | |
| 248 | | | | Text message conversation screenshot | Defendants006428-006560 | Schoettelkotte Report | Hearsay(FRE 802), FRE 403 |
| 249 | | | | Sales list spreadsheet | Defendants007029-007048 | Schoettelkotte Report | |
| 250 | | | | Sales list spreadsheet | Defendants007049-007072 | Schoettelkotte Report | |
| 251 | | | | Sales list spreadsheet | Defendants007116-007119 | Schoettelkotte Report | |
| 252 | | | | Patent license agreement between PHILIPS LIGHTING HOLDING B.V. and SHENZHEN KENA INDUSTRY CO., LTD. | SIGNIFY00010383-00010447 | Schoettelkotte Report | |

| 253 | | | | Patent license agreement between PHILIPS LIGHTING HOLDING B.V. and LEDTRONICS, INC. | SIGNIFY00026720-00026787 | Schoettelk otte Report | | |
|---|---|---|---|---|---|---|---|---|
| 254 | | | | Settlement agreement between SIGNIFY HOLDING B.V. and SATCO PRODUCTS, INC. | SIGNIFY00045843-00045882 | Schoettelk otte Report | | |
| 255 | | | | Patent license agreement between SIGNIFY HOLDING B.V. and ROLLEI GMBH & CO. KG | SIGNIFY00055756-00055817 | Schoettelk otte Report | | |
| 256 | | | | Patent license agreement between KONINKLIJKE PHILIPS ELECTRONICS N.V. and FOUNTAIN PEOPLE, INC. | SIGNIFY00064433-00064478 | Schoettelk otte Report | | |
| 257 | | | | License agreement between Color Kinetics Incorporated and Martin Professional A/S | SIGNIFY00072968-00072987 | Schoettelk otte Report | | |
| 258 | | | | Physical Constraints on the Performance of LED Lamp Replacements for A-19, PAR-38, and MR-16 Configurations paper by John W. Curran | | Curran Exhibit 002 | | |
| 259 | | | | U.S. Patent No. 6,787,999 | | Curran Exhibit 005 | | |
| 260 | | | | Annotated version of U.S. Patent No. 6,787,999 | | Curran Exhibit 006 | | |
| 261 | | | | U.S. Patent No. 7,244,058 | | Curran Exhibit 007 | | |
| 262 | | | | Annotated version of U.S. Patent No. 7,244,058 | | Curran Exhibit 008 | | |
| 263 | | | | PowerPoint Presentation: 100,000 Hour Lifetimes and Other LED Fairytales by: John W. Curran, Shawn P. Keeney, and LED Transformations, LLC | | Curran Exhibit 011 | FRE 403 | |
| 264 | | | | Résumé of John William Curran | | Curran Exhibit 012 | | |
| 265 | | | | Replacement of Fluorescent Lamps with High-brightness LEDs in a Bridge | | Curran Exhibit 013 | FRE 403 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Lighting Application — by: John W. Curran and Shawn P. Kenney | | | |
| 266 | | | Nevada Secretary of State – Home EVER, Inc. business entity filing acknowledgement and license | | Deposition Exhibit 0001 | FRE 403 |
| 267 | | | Printout of Nevada business entity information for Home EVER, Inc. | | Deposition Exhibit 0002 | FRE 403 |
| 268 | | | Home EVER, Inc. Articles of Association | | Deposition Ex. 0003/Li Ex. 0001 | FRE 403 |
| 269 | | | Nevada Secretary of State – Lepro Innovation Inc. business entity filing acknowledgement and license | | Deposition Exhibit 0004 | FRE 403 |
| 270 | | | Nevada Secretary of State – Letianlighting, Inc. business entity filing acknowledgement and license | | Deposition Ex. 0005/Ex. 0006 | FRE 403 |
| 271 | | | Nevada Secretary of State – Innovation Rules Inc. business entity filing acknowledgment and license | | Deposition Exhibit 0006 | FRE 403 |
| 272 | | | Nevada Secretary of State - Le Innovation Inc. business entity filing acknowledgement and license | | Deposition Exhibit 0007 | FRE 403 |
| 273 | | | Printout of Nevada business entity information Le Innovation Inc. | | Deposition Exhibit 0008 | FRE 403 |
| 274 | | | Le Innovation Inc. Articles of Association | | Deposition Exhibit 0009 | FRE 403 |
| 275 | | | Innovation Rules Inc. Articles of Association | | Deposition Exhibit 0038 | Relevance(FRE 401-402), FRE 403 |

| 276 | | | Printout of Resellerratings.com transaction billed to Ji Wu | | Deposition Exhibit 0039 | Relevance(FRE 401-402), FRE 403 | |
| 277 | | | Printout of Celebros Conversion Technologies invoice billed to Home EVER, Inc. | | Deposition Exhibit 0040 | Relevance(FRE 401-402), FRE 403 | |
| 278 | | | Printout of Davinci Virtual Office Solutions invoice billed to Home EVER, Inc. | | Deposition Exhibit 0041 | Relevance(FRE 401-402), FRE 403 | |
| 279 | | | Printout of UK Government company information website for Lighting Ever LTD. | | Deposition Exhibit 0042 | Relevance(FRE 401-402), FRE 403 | |
| 280 | | | Printout of UK Lepro website homepage (www.lepro.co.uk) | | Deposition Exhibit 0043 | Relevance(FRE 401-402), FRE 403 | |
| 281 | | | Home EVER, Inc. Articles of Association | | Deposition Ex. 0060/Li Ex. 0002 | Relevance(FRE 401-402), FRE 403 | |
| 282 | | | Home EVER, Inc. Articles of Association | | Deposition Ex. 0061/Li Ex. 0003 | Relevance(FRE 401-402), FRE 403 | |
| 283 | | | Lepro Innovation, Inc. Articles of Association | | Deposition Exhibit 0062 | Relevance(FRE 401-402), FRE 403 | |
| 284 | | | Letianlighting, Inc. Articles of Association | | Deposition Ex. 0063/Li Ex. 0004 | Relevance(FRE 401-402), FRE 403 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 285 | | | Screenshot from Lepro.com page for 9W RGBW BR30 WiFi Smart LED Bulbs, Alexa Google Home Compatible, No Hub Required | | Deposition Exhibit 0064 | | |
| 286 | | | Screenshot of Amazon.com page for Lepro Vintage LED Bulbs, Dimmable Filament Bulb, 8W 800LM, 60W Equivalent, 2700K Warm White, Classic Clear Glass, A19 Shape, E26 Base, Pack of 5 | | Deposition Exhibit 0065 | | |
| 287 | | | Sales contract between Home EVER, Inc. and Smart Lighting Holding Limited | | Deposition Ex. 0066/Li Ex. 0014 | Relevance(FRE 401-402), FRE 403 | |
| 288 | | | Sales contract between LEPRO INNOVATION INC. and Smart Lighting Holding Limited | | Deposition Ex. 0067/Li Ex. 0015 | Relevance(FRE 401-402), FRE 403 | |
| 289 | | | Sales contract between Innovation Rules Inc. and Smart Lighting Holding Limited | | Deposition Ex. 0068/Li Ex. 0016 | Relevance(FRE 401-402), FRE 403 | |
| 290 | | | Sales contract between Letianlighting, Inc. and Smart Lighting Holding Limited | | Deposition Ex. 0069/Li Ex. 0017 | Relevance(FRE 401-402), FRE 403 | |
| 291 | | | Home Ever, Inc.  sales list spreadsheet | Homeever00075-00099 | Deposition Exhibit 0072 | | |
| 292 | | | Commercial invoice between Smart Lighting Holding Limited and Home EVER, Inc. | | Deposition Exhibit 0074 | | |
| 293 | | | Trademark Licensee and Authority Letter between Smart Lighting Holding Limited and Home EVER, Inc. for LE and Lighting Ever brands | | Deposition Ex. 0075/Li Ex. 0007 | Relevance(FRE 401-402), FRE 403 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 294 | | | Trademark Licensee and Authority Letter between Smart Lighting Holding Limited and Home EVER, Inc. for Lepro brand | | Deposition Exhibit 0076/Li Ex. 0008 | Relevance(FRE 401-402), FRE 403 |
| 295 | | | Service agreement between Hao Brands Inc. and Home EVER, Inc. | | Deposition Exhibit 0077 | Relevance(FRE 401-402), FRE 403 |
| 296 | | | Trademark Licensee and Authority Letter between Smart Lighting Holding Limited and Lepro Innovation Inc. for LE and Lighting Ever brands | | Deposition Exhibit 0080 | Relevance(FRE 401-402), FRE 403 |
| 297 | | | Commercial invoice between Smart Lighting Holding Limited and Lepro Innovation Inc. | | Deposition Exhibit 0081 | |
| 298 | | | HSBC Bank US Commercial Deposit Account Agreement for Lepro Innovation Inc. | | Deposition Exhibit 0082 | Relevance(FRE 401-402), FRE 403 |
| 299 | | | Lepro LED Ceiling Light User Guide for product model number 150001-NW | | Deposition Exhibit 0083 | |
| 300 | | | Trademark Licensee and Authority Letter between Smart Lighting Holding Limited and Le Innovation Inc. for Lepro brand | | Deposition Ex. 0084/Li Ex. 0011 | Relevance(FRE 401-402), FRE 403 |
| 301 | | | Trademark Licensee and Authority Letter between Smart Lighting Holding Limited and Innovation Rules Inc. for Lepro, LE, and Lighting Ever brands | | Deposition Ex.0088/Li Ex. 0012 | Relevance(FRE 401-402), FRE 403 |
| 302 | | | Commercial invoice between Smart Lighting Holding Limited and Innovation Rules Inc. | | Deposition Exhibit 0089 | |
| 303 | | | HSBC Bank US Commercial Deposit Account Agreement for Innovation Rules Inc. | | Deposition Exhibit 0090 | Relevance(FRE |

| | | | | | | 401-402), FRE 403 | |
|---|---|---|---|---|---|---|---|
| 304 | | | | Trademark Licensee and Authority Letter between Smart Lighting Holding Limited and Letianlighting, Inc. for LE and Lighting Ever brands | | Deposition Ex. 0093/Li Ex. 0009 | Relevance(FRE 401-402), FRE 403 |
| 305 | | | | Trademark Licensee Agreement and Authority Letter between Smart Lighting Holding Limited and Letianlighting, Inc. for Lepro brand | | Deposition Ex. 0094/Li Ex. 0013 | Relevance(FRE 401-402), FRE 403 |
| 306 | | | | Invoice between Neon Mart Direct Limited and Letianlighting, Inc. and Smart Lighting Holding Limited and Letianlighting, Inc. | | Deposition Exhibit 0095 | |
| 307 | | | | Printout of Bank of America Business Advantage Checking account summary for Letianlighting, Inc. | | Deposition Exhibit 0096 | Relevance(FRE 401-402), FRE 403 |
| 308 | | | | Printout of Amazon.com Lepro store homepage | | Deposition Exhibit 0097 | |
| 309 | | | | Printout of Amazon.com Lepro B1 Christmas Light Bulbs – Smart Mood Recognition, Music Sync, 2.4Ghz WiFi RGBWW Color Changing LED Bulb, Voice Control Via App, Work with Alexa & Google Assistant, 4 Packs | | Deposition Exhibit 0098 | |
| 310 | | | | Printout of Lepro.com AI Evolution products page | | Deposition Exhibit 0099 | |
| 311 | | | | Printout of Lepro.com Lepro B1 AI Smart Light Bulbs – AI Mood Recognition, Music Sync, Thousands Dynamic Scenes, Wi-Fi RGBWW Color Changing Led Bulb, Built-in Voice | | Deposition Exhibit 0100 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Control Via App, 8.5W 60W Equivalent, 4 Packs | | | |
| 312 | | | Printout of Lepro.com Lepro AI Lighting page | | Deposition Exhibit 0101 | |
| 313 | | | Federal Communications Commission (FCC) Authorization between Lepro Innovation Inc. and China Certification ICT Co., Ltd (Dongguan) | | Deposition Exhibit 0105 | Relevance(FRE 401-402), FRE 403 |
| 314 | | | Defendant deposition chart detailing familial relationships and business structures | | Deposition Exhibit 0107 | Relevance(FRE 401-402), FRE 403, Hearsay(FRE 802), FRE 1006 |
| 315 | | | Printout of Nevada business entity information for Innovation Rules Inc. | | Deposition Exhibit 0111 | Relevance(FRE 401-402), FRE 403 |
| 316 | | | Printout of Nevada business entity information for Lepro Innovation Inc. | | Deposition Exhibit 0112 | Relevance(FRE 401-402), FRE 403 |
| 317 | | | Printout of Nevada business entity information for Letianlighting, Inc. | | Deposition Exhibit 0113 | Relevance(FRE 401-402), FRE 403 |
| 318 | | | Organizational chart for Smart Lighting Holding Limited and charts showing familial relationships and professional roles of Taiming Xu, Litao Xu, Tiaying Li, Ji Wu, and Maosheng Wu | | Deposition Exhibit 0118 | Relevance(FRE 401-402), FRE 403, Hearsay(FRE 802), FRE 1006 |

| 319 | | | Amazon Seller information for Lepro US | | Deposition Exhibit 0119 | |
| 320 | | | Amazon Seller Profile: Lepro US | | Deposition Exhibit 0120 | |
| 321 | | | List of Lepro SKU variations | | Deposition Exhibit 0122 | Relevance(FRE 401-402), FRE 403, FRE 1006 |
| 322 | | | Lepro webstore page for LE Wi-Fi Light Bulb 901001-US-A | | Deposition Exhibit 0124 | |
| 323 | | | Lepro Amazon page for Lepro Vintage LED Bulbs (part number 100088-WW-US-5) | | Deposition Exhibit 0125 | |
| 324 | | | Lepro Amazon page for Lepro 120 Pack 6 Inch Canless LED Recessed Light (part number 1740004-DW-US-12) | | Deposition Exhibit 0126 | |
| 325 | | | Manufacturer specification for sheet for 150001-NW and 150002-NW | | Deposition Exhibit 0128 | |
| 326 | | | Manufacturer specification for sheet for 170004-DW-US products | | Deposition Exhibit 0129 | |
| 327 | | | Manufacturer specification for sheet for 350005-NW-US products | | Deposition Exhibit 0130 | |
| 328 | | | Manufacturer specification for sheet for 350006-NW-US products | | Deposition Exhibit 0131 | |
| 329 | | | Manufacturer specification for sheet for 630002-NW-US products | | Deposition Exhibit 0132 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 330 | | | Manufacturer specification for sheet for 901003-US products | | Deposition Exhibit 0134 | | |
| 331 | | | Manufacturer specification for sheet for 901003-US-a products | | Deposition Exhibit 0135 | | |
| 332 | | | Manufacturer specification for sheet for 907001-US products | | Deposition Exhibit 0136 | | |
| 333 | | | Manufacturer specification for sheet for 100072-WW-US-6 products | | Deposition Exhibit 0137 | | |
| 334 | | | Manufacturer specification for sheet for 100088-WW-US-5 products | | Deposition Exhibit 0138 | | |
| 335 | | | Manufacturer specification for sheet for 1500024-DW products | | Deposition Exhibit 0139 | | |
| 336 | | | Manufacturer specification for sheet for 1500035-WW-US products | | Deposition Exhibit 0140 | | |
| 337 | | | Manufacturer specification for sheet for 170003-DW-US-12 products | | Deposition Exhibit 0141 | | |
| 338 | | | Manufacturer specification for sheet for 200072-WW-UW-6 products | | Deposition Exhibit 0142 | | |
| 339 | | | Manufacturer specification for sheet for 350004-NW-US products | | Deposition Exhibit 0143 | | |
| 340 | | | Manufacturer specification for sheet for PR3600006 products | | Deposition Exhibit 0144 | | |
| 341 | | | Manufacturer specification for sheet for 600061-WW-US-4 products | | Deposition Exhibit 0145 | | |

| 342 | | | Manufacturer specification for sheet for 600062-WW-US-6 products | | Deposition Exhibit 0146 | | |
| 343 | | | Manufacturer specification for sheet for 630009-NW-US products | | Deposition Exhibit 0147 | | |
| 344 | | | Manufacturer specification for sheet for 630010-NW-US products | | Deposition Exhibit 0148 | | |
| 345 | | | Manufacturer specification for sheet for 901002-US and 901002-US-4 products | | Deposition Exhibit 0150 | | |
| 346 | | | Manufacturer specification for sheet for 630003-NW-US products | | Deposition Exhibit 0149 | | |
| 347 | | | Manufacturer specification for sheet for PR902004-US-2 products | | Deposition Exhibit 0152 | | |
| 348 | | | Manufacturer specification for sheet for B1-US-4 products | | Deposition Exhibit 0153 | | |
| 349 | | | Manufacturer specification for sheet for PR902003-US-2 products | | Deposition Exhibit 0154 | | |
| 350 | | | Chart of lepro technical documents v SKU numbers | | Deposition Exhibit 0159 | Relevance(FRE 401-402), FRE 403, FRE 1006 | |
| 351 | | | Photograph of circuit board comprising LEDs from product teardown | | Deposition Exhibit 0160 | | |
| 352 | | | Photograph of box of Lepro part number 901001-US-a | | Deposition Exhibit 0161 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 353 | | | Photograph of Edison screw end of Lepro part number 901001 from product teardown | | Deposition Exhibit 0162 | |
| 354 | | | Photograph of Edison screw end of Lepro part number 901003 from product teardown | | Deposition Exhibit 0163 | |
| 355 | | | Photograph of circuit board comprising LEDs from product teardown | | Deposition Exhibit 0164 | |
| 356 | | | Photograph of box of Lepro part number 901003-US | | Deposition Exhibit 0165 | |
| 357 | | | Handwritten Notes from Weiqiao Xun Deposition | | Deposition Exhibit 0166 | FRE 403 |
| 358 | | | List of Lepro SKU variations marked up by Weiqiao Xun | | Deposition Exhibit 0167 | |
| 359 | | | Image of Side of 907001 bulb | | Deposition Exhibit 0168 | |
| 360 | | | Image of Side and Interior of 907001 bulb | | Deposition Exhibit 0169 | |
| 361 | | | Image of Box of WiFi Smart LED Bulb (Model No. 901002-US-4) | | Deposition Exhibit 0170 | |
| 362 | | | Image of Side of WiFi Smart LED Bulb (Model No. 901002-US-4) | | Deposition Exhibit 0171 | |
| 363 | | | Image of Side of WiFi Smart LED Bulb (Model No. PR902001-US-2) | | Deposition Exhibit 0172 | |
| 364 | | | Image of Inner Components of LED Light | | Deposition Exhibit 0173 | |

| 365 | | | Image of Box of WiFi Smar LED Bulb (Model No. PR902001-US-2) | | Deposition Exhibit 0174 | |
|-----|--|--|------------------------------------------------------------|--|-------------------------|--|
| 366 | | | Westlaw Company Investigator Report for Shenzhen Zhaoliang Illumination Co., Ltd. | | Deposition Exhibit 0184 | Relevance(FRE 401-402), FRE 403 |
| 367 | | | Westlaw Company Investigator Report for Shenzhen Qianhai Hengshuo Supply Chain Management Co., Ltd | | Deposition Exhibit 0185 | Relevance(FRE 401-402), FRE 403 |
| 368 | | | Red Stag Fulfillment Invoice (LPI_2022.02_2) to LEPRO | | Deposition Exhibit 0186 | |
| 369 | | | Text Message Conversation Screenshot | | Deposition Exhibit 0187 | Hearsay(FRE 802), FRE 403 |
| 370 | | | Amazon Sale Report Spreadsheet (2021-2023) | | Deposition Exhibit 0188 | |
| 371 | | | Defendants Rule 26 Initial Disclosure | | Deposition Exhibit 0189 | Relevance(FRE 401-402), FRE 403 |
| 372 | | | Amazon Sales List Spreadsheet (2016-2021) | | Deposition Exhibit 0190 | |
| 373 | | | Chart of lepro technical documents v SKU numbers (supplier column included) | | Deposition Exhibit 0246 | Relevance(FRE 401-402), FRE 403, FRE 1006 |
| 374 | | | European Patent Office Appeal Proceeding Documents | | Deposition Exhibit 0247 | |

| 375 | | | Sales Spreadsheet | | Deposition Exhibit 0248 | | |
| 376 | | | Corporate Chart | | Deposition Exhibit 0250 | Relevance(FRE 401-402), FRE 403, FRE 1006 | |
| 377 | | | Text Message Conversation Screenshot Between Mr. Shen and Mr. Wu | | Deposition Exhibit 0251 | Hearsay(FRE 802), FRE 403 | |
| 378 | | | Notice emails from Linda Dai to Brighter Lighting Co., Ltd. (August 2018-December 2018) | | Deposition Exhibit 0253 | Hearsay(FRE 802), Relevance(FRE 401-402), FRE 403 | |
| 379 | | | Purchase order | | Deposition Exhibit 0260 | | |
| 380 | | | Purchase order | | Deposition Exhibit 0261 | | |
| 381 | | | Purchase order | | Deposition Exhibit 0262 | | |
| 382 | | | Purchase order | | Deposition Exhibit 0263 | | |
| 383 | | | Sales list spreadsheet listing products purchased by Lepro Innovation Holding Limited | Defendants007073 | Deposition Exhibit 0266 | | |
| 384 | | | Commercial invoice between Shenzhen Mango Science and Technology Innovation Co., Ltd. and Smart Lighting | Defendants006911-006947 | Deposition Exhibit 0267 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Holding Limited and Lepro Innovation Holding Limited | | | | |
| 385 | | | | Commercial invoice between Lepro Innovation Holding Limited and Innovation Rules Inc. | Innovation30331-30403 | Deposition Exhibit 0269 | | |
| 386 | | | | Commercial invoice between Lepro Innovation Holding Limited and Innovation Rules Inc. | Innovation30404-30456 | Deposition Exhibit 0270 | | |
| 387 | | | | Commercial invoice between Lepro Innovation Holding Limited and Innovation Rules Inc. | Innovation30457-30544 | Deposition Exhibit 0271 | | |
| 388 | | | | Commercial invoice between Smart Lighting Holding Limited and Innovation Rules Inc. | Innovation30301-30307 | Deposition Exhibit 0272 | | |
| 389 | | | | Product sales data spreadsheet | Defendants006957 | Deposition Exhibit 0273 | | |
| 390 | | | | Commercial invoice between Smart Lighting Holding Limited and Lepro Innovation Inc. | Lepro01102-01105 | Deposition Exhibit 0273 | | |
| 391 | | | | Commercial invoice between Lepro Innovation Holding Limited and Lepro Innovation Inc. | Lepro01107-01150 | Deposition Exhibit 0274 | | |
| 392 | | | | Commercial invoice between Neon Mart Direct Limited and Letianlighting, Inc. and between Smart Lighting Holding Limited and Letianlighting, Inc. | Letian31385-31398 | Deposition Ex. 0275/Li Ex. 23 | | |
| 393 | | | | Commercial invoice between Smart Lighting Holding Limited and Home EVER, Inc. | Homeever00441-00458 | Deposition Exhibit 0276 | | |
| 394 | | | | Product sales data spreadsheet | Defendants006957 | Deposition Exhibit 0277 | | |
| 395 | | | | https://www.lepro.com/le-wifi-smart-light-bulb-901001-us-a.html | | Schoettelk otte Report | | |

| 396 | | | https://www.lepro.com/lampux-wifi-smart-light-bulb-901003-us.html | | Schoettelkotte Report | | |
| 397 | | | https://fred.stlouisfed.org/series/MEDCPIM094SFRBCLE | | Schoettelkotte Report | | |
| 398 | | | https://archive.org/details/mcmastercarr123 | | Schoettelkotte Report | | |
| 399 | | | https://www.lepro.com/led-smart-light-bulbs-works-with-alexa-and-google-home-60-watt-equivalent-dimmable-with-app-warm-white.html | | Schoettelkotte Report | | |
| 400 | | | https://www.lepro.com/5-pack-a19-e26-warm-white-led-bulbs.html | | Schoettelkotte Report | | |
| 401 | | | https://www.energy.gov/eere/ssl/articles/2022-doe-ssl-manufacturing-status-opportunities | | Schoettelkotte Report | | |
| 402 | | | https://www.signify.com/en-us | | Schoettelkotte Report | | |
| 403 | | | https://www.usa.lighting.philips.com/consumer/where-to-buy | | Schoettelkotte Report | | |
| 404 | | | https://www.amazon.com/stores/page/416B2838-50A4-4B35-BE53-646606E9D156 | | Schoettelkotte Report | | |
| 405 | | | https://www.amazon.com/stores/page/09B78FACA571-46F1-919B-57F5BA5C5FB1 | | Schoettelkotte Report | | |
| 406 | | | https://www.licensing.lighting.philips.com/licensee/1418/shenzhenintellirockstechcoltdgovee | | Schoettelkotte Report | | |
| 407 | | | https://www.amazon.com/Lepro-Smart-Light-Bulbs-Recognition/dp/B0CRH6JRJ7?ref_=ast_sto_dp&th=1 | | Schoettelkotte Report | | |
| 408 | | | https://www.amazon.com/dp/B09G6TJVVC | | Schoettelkotte Report | | |
| 409 | | | https://www.lepro.com/learning/google-home-light-bulbs/ | | Schoettelkotte Report | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 410 | | | https://www.lepro.com/led-street-lights | | Schoettelkotte Report | | |
| 411 | | | https://www.lepro.com/led-parking-lot-lights | | Schoettelkotte Report | | |
| 412 | | | https://www.grainger.com/category/lighting/outdoorlighting/roadway-street-lights | | Schoettelkotte Report | | |
| 413 | | | https://www.grainger.com/category/lighting/outdoorlighting/parking-lot-lights-poles/parking-lot-light-fixtures | | Schoettelkotte Report | | |
| 414 | | | https://www.lepro.com/led-wall-pack-lights | | Schoettelkotte Report | | |
| 415 | | | https://www.grainger.com/category/lighting/outdoorlighting/wall-packs-lights/full-size-wall-packs | | Schoettelkotte Report | | |
| 416 | | | https://www.lepro.com/ufo-led-high-bay-lights | | Schoettelkotte Report | | |
| 417 | | | https://www.grainger.com/category/lighting/lightingfixtures-retrofit-kits/bay-lights/round-led-bay-light-fixtures | | Schoettelkotte Report | | |
| 418 | | | https://www.grainger.com/product/STONCO-Area-Light-Arm-784K40 | | Schoettelkotte Report | | |
| 419 | | | https://www.signify.com/en-us/brands/stonco | | Schoettelkotte Report | | |
| 420 | | | https://www.signify.com/global/our-company/intellectual-property/licensing/led-based-luminaires-and-retrofit-bulbs/blogs/patents-explained | | Schoettelkotte Report | | |
| 421 | | | https://www.signify.com/global/our-company/intellectual-property/licensing | | Schoettelkotte Report | | |
| 422 | | | https://www.assets.signify.com/is/content/Signify/Assets/signify/global/20230322-website-enabled-presentation-14mar23.pdf | | Schoettelkotte Report | | |

| 423 | | | | https://www.ledsmagazine.com/home/article/16698014/philips-introduces-licensing-program-for-led-based-luminaires | | Schoettelkotte Report | | |
|---|---|---|---|---|---|---|---|---|
| 424 | | | | https://web.archive.org/web/20111006145350/http://www.lightingprize.org/philips-winner.stm | | Schoettelkotte Report | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 425 | | | | https://www.assets.signify.com/is/content/Signify/Assets/signify/global/20230809-enabled-license-program-outline-license-agreement.pdf | | Schoettelkotte Report | | |
| 426 | | | | https://www.lepro.com/about-us | | Schoettelkotte Report | | |
| 427 | | | | https://web.archive.org/web/20170601173245/http://www.lightingever.com/about-us/ | | Schoettelkotte Report | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 428 | | | | https://www.lepro.com/lighting-accessories?p=1 | | Schoettelkotte Report | | |
| 429 | | | | https://www.lepro.com/lighting-accessories?p=2 | | Schoettelkotte Report | | |
| 430 | | | | https://www.usa.lighting.philips.com/consumer/smartlighting | | Schoettelkotte Report | Relevance(FRE 401-402), Hearsay(FRE 802), FRE 403 | |
| 431 | | | | https://www.usa.lighting.philips.com/consumer/p/smart-led-bulb-100w-a21-e26/046677562403 | | Schoettelkotte Report | Relevance(FRE 401-402), Hearsay(F | |

| | | | | | | RE 802), FRE 403 |
|---|---|---|---|---|---|---|
| 432 | | | | https://www.signify.com/en-us/brands/product-highlights-new/products/technology/tunable-white-technology | | Schoettelk otte Report | Relevanc e(FRE 401-402), Hearsay(F RE 802), FRE 403 |
| 433 | | | | https://www.usa.lighting.philips.com/c onsumer/ledlights/led-myths | | Schoettelk otte Report | Relevanc e(FRE 401-402), Hearsay(F RE 802), FRE 403 |
| 434 | | | | Publication titled "Snap-Fit Joints for Plastics" | | Krames Rebuttal Ex. B | |
| 435 | | | | Publication titled "DC analysis of quasi-resonant buck and forward converters including effects of parasitic elements: | | Wood Rebuttal Ex. A | |
| 436 | | | | Publication titled "High-frequency quasi-resonant and multi-resonant converter technologies" | | Wood Rebuttal Ex. B | |
| 437 | | | | Past Inventor of the Year Award Winners, IPO Education Foundation | | Zane Rebuttal Ex. B | |
| 438 | | | | Spreadsheet | Defendants007085 | Deposition Ex. 293 | |
| 439 | | | | Commercial invoice made from Innovation Rules, Inc. to Lepro Innovation, Inc. | Innovation30309-30330 | Deposition Ex. 294 | |
| 440 | | | | Business goodwill transfer agreement between Letianlighting, Inc. and Innovation Rules | Innovation30298-30299 | Deposition Ex. 297/Li Ex. 20 | Relevanc e(FRE 401-402), FRE 403 |

| 441 | | | Email sent from Ji Wu to Alexander van Euwijk of Signify on 12/18/25 | | | | |
| 442 | | | UFO highbay light with tabs (referenced in Krames report) | | | | |
| 443 | | | List of accused SKUs (Krames report) | | | | |
| 444 | | | List of accused SKUs (Ricketts report) | | | | |
| 445 | | | List of accused SKUs (Pattison report) | | | | |
| 446 | | | Rugh Demonstratives | | | | ID only |
| 447 | | | Lankhorst Demonstratives | | | | ID only |
| 448 | | | Zane Demonstratives | | | | ID only |
| 449 | | | Zane Rebuttal Demonstratives | | | | ID only |
| 450 | | | Wood Demonstratives | | | | ID only |
| 451 | | | Wood Rebuttal Demonstratives | | | | ID only |
| 452 | | | Ricketts Demonstratives | | | | ID only |
| 453 | | | Pattison Demonstratives | | | | ID only |
| 454 | | | Krames Demonstratives | | | | ID only |
| 455 | | | Krames Rebuttal Demonstratives | | | | ID only |
| 456 | | | Schoettlekotte Demonstratives | | | | ID only |
| 457 | | | Curran Report | | | | ID only |
| 458 | | | Curran Rebuttal Report | | | | ID only |
| 459 | | | Duski Rebuttal Report | | | | ID only |

| 460 | | | | Schoettelkotte supplemental report | | | | ID only |
|---|---|---|---|---|---|---|---|---|
| 461 | | | | Lepro 2026 Product Brochure | SIGNIFY00098777-00098887 | | | |
| **Demonstration Only** | | | | | | | | |
| 462 | | | | CFL bulb | | | | |
| 463 | | | | Color temperature changing bulb | | | | |
| 464 | | | | Nanolambda spectrometer | | | | |
| 465 | | | | Incandescent bulb | | | | |
| 466 | | | | Philips dimmable bulb | | | | |
| 467 | | | | Scale version of Bluetooth/WiFi electromagnetic wave | | | | |
| 468 | | | | Lepro 100079-DW-US-5 product | | | | |
| 469 | | | | Leviton Rotary RDL06-TW Triac dimmer test fixture | | Zane report | | |