F. Christopher Austin (SBN 6559)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

Adam D. Swain (Pro hac vice)
ALSTON & BIRD
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3622
Email: Adam.Swain@alston.com

J. Ravindra Fernando (Pro hac vice)
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1136
Email: Ravi.Fernando@alston.com

Natalie C. Clayton (Pro hac vice)
ALSTON & BIRD
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9573
Email: Natalie.Clayton@alston.com

*Counsel for Plaintiffs
Signify North America Corporation
and Signify Holding B.V.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br>vs.<br><br>LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,<br><br>Defendants. | Case No.: 2:22-cv-02095-JAD-EJY<br><br>**SIGNIFY'S MOTION TO EXCLUDE ARGUMENT AND EVIDENCE REGARDING PATENT EXHAUSTION OR IMPLIED LICENSE**<br><br>**FILED UNDER SEAL EXCEPT EXHIBITS 1 AND 2 FILED HEREWITH** |

| | |
|---|---|
| Dated: January 28, 2026 | Respectfully submitted,<br><br>/s/ F. Christopher Austin<br><br>F. Christopher Austin (SBN 6559)<br>LEX TECNICA, LTD.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Phone: (725) 239-8413<br>chris@lextecnica.com<br><br>Jeremy P. Oczek (*Pro hac vice*)<br>BOND, SCHOENECK & KING, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Telephone: (716) 416-7000<br>Email: jpoczek@bsk.com<br><br>Jonathan L. Gray (*Pro hac vice*)<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8500<br>Email: jlgray@bsk.com<br><br>Adam D. Swain *(Pro hac vice)*<br>ALSTON & BIRD<br>950 F Street, NW<br>Washington, DC 20004<br>Telephone: (202) 239-3622<br>Email: Adam.Swain@alston.com<br><br>J. Ravindra Fernando *(Pro hac vice)*<br>ALSTON & BIRD<br>1120 South Tryon Street, Suite 300<br>Charlotte, NC 28203-6818<br>Telephone: (704) 444-1136<br>Email: Ravi.Fernando@alston.com<br><br>Natalie C. Clayton (Pro hac vice)<br>ALSTON & BIRD<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>Telephone: (212) 210-9573<br>Email: Natalie.Clayton@alston.com<br><br>*COUNSEL FOR PLAINTIFFS*<br>*Signify North America Corporation and*<br>*Signify Holding B.V.* |

-1-

**SIGNIFY'S MOTION TO EXCLUDE ARGUMENT AND EVIDENCE REGARDING PATENT EXHAUSTION OR IMPLIED LICENSE**