F. Christopher Austin (SBN 6559)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

Adam D. Swain (Pro hac vice)
ALSTON & BIRD
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3622
Email: Adam.Swain@alston.com

J. Ravindra Fernando (Pro hac vice)
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1136
Email: Ravi.Fernando@alston.com

Natalie C. Clayton (Pro hac vice)
ALSTON & BIRD
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9573
Email: Natalie.Clayton@alston.com

*Counsel for Plaintiffs*
*Signify North America Corporation*
*and Signify Holding B.V.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.

Plaintiffs,

vs.

LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,

Defendants.

Case No.: 2:22-cv-02095-JAD-EJY

**JOINT AND UNOPPOSED MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59**

Pursuant to Federal Rule of Civil Procedure 59(e), the parties jointly and respectfully move this Court to alter or amend the Amended Judgment entered on August 7, 2026 (ECF No. 316). The Amended Judgment may trigger appellate deadlines within thirty days of its issuance, which is inconsistent with this Court's contemporaneous Order on post-trial motions (ECF No. 315) that expressly permits Signify to file renewed motions on supplemental damages, prejudgment and postjudgment interest, and ongoing royalties within 60 days. Because the Amended Judgment prematurely forecloses these reserved issues, the parties jointly and respectfully request that the Court amend to suspend or vacate the Amended Judgment (ECF No. 316) so that Signify can file the motions contemplated by the Court's Order (ECF No. 315) and the Court can resolve them before entering a final judgment.

This motion is filed jointly and is unopposed. The parties' respective counsel conferred and agree that the Amended Judgment should be corrected consistent with the Order on post-trial motions (ECF No. 315).

## I. FACTUAL BACKGROUND

On August 7, 2026, this Court entered an Order on post-trial motions (ECF No. 315). As relevant here, the Court did not resolve supplemental damages, pre- and post-judgment interest, or ongoing royalties but permitted Signify to file a renewed motion for this relief "within 60 days of the date of the Order." *Id.* at 44-45.

That same day, the Clerk entered the Amended Judgment (ECF No. 316) with an "X" checked next to "Decision by Court . . . for consideration before the Court"[1] The Amended Judgment further states that judgment is entered "in favor of Plaintiff, Signify North America Corporation, Signify Holding B.V., and against Defendant, Lepro Innovation Inc., LE Innovation Inc., Innovation Rules Inc., Home Ever Inc., Letianlighting, Inc., in the amount $190,315.89." *See*

[1] Unlike the original Judgment (ECF No. 286), the Amended Judgment does not include an "X" next to "Jury Verdict." *Compare* ECF No. 286 *with* ECF No. 316. For clarity of the appellate record, the parties respectfully request the final Amended Judgment in this litigation eventually issue with an "X" checked next to both "Jury Verdict" and "Decision by Court . . . for consideration before the Court."

ECF No. 316. While the Amended Judgment appears intended to solely address the Court's decision on costs, it does not reference or preserve any of the issues that the Court expressly reserved for Signify's forthcoming renewed motions.

## II. ARGUMENT

A motion to alter or amend a judgment under Rule 59(e) must be filed within 28 days of entry of judgment. Fed. R. Civ. P. 59(e). In the Ninth Circuit, reconsideration under Rule 59(e) is appropriate in circumstances like the ones present here. *See Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *see also Banister v. Davis*, 590 U.S. 504, 504 (2020).

Here, the Amended Judgment (ECF No. 316) should be amended because it is inconsistent with the Court's Order on post-trial motions (ECF No. 315). In the post-trial motion Order, the Court permitted Signify to renew its requests for supplemental damages, pre- and post-judgment interest, and ongoing royalties "within 60 days of the date of the Order." *Id.* at 44-45. Yet the Amended Judgment suggests a final disposition of this case—awarding only costs—without any reference to the substantive issues the Court simultaneously reserved. The Amended Judgment, as entered, could be construed as a final judgment that triggers the time to appeal under Federal Rule of Appellate Procedure 4(a)(1)(A),[2] potentially requiring the parties to file notices of appeal before the Court has considered Signify's renewed motions. That result would be inconsistent with the Court's intent to preserve those issues for resolution after further proceedings. Accordingly, there is good cause to amend and suspend or vacate the Amended Judgment pursuant to Fed. R. Civ. P. 59(e) so that Signify can file the motions contemplated by the Court's Order (ECF No. 315) and

[2] The parties agree that the timely filing of the present Rule 59(e) motion tolls the time to file a notice of appeal for all parties. See Fed. R. App. P. 4(a)(4)(A)(iv) (providing that if a party timely files a motion to alter or amend the judgment under Rule 59, "the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion"); *see also Banister v. Davis*, 590 U.S. at 508 ("A timely filed [Rule 59(e)] motion suspends the finality of the original judgment for purposes of appeal, and only the district court's disposition of the motion restores finality and starts the 30-day appeal clock."). Accordingly, no notice of appeal is required until after the Court disposes of both the present Motion and all unresolved issues in Signify's original Rule 59(e) motion (ECF No. 296).

the Court can resolve them before entering a final judgment.

## III. Conclusion

For the reasons above, the parties jointly and respectfully request that the Court amend and suspend or vacate the Amended Judgment (ECF No. 316) so that Signify can file the motions contemplated by the Court's Order (ECF No. 315) and the Court can resolve them before entering a final judgment.

Dated: August 14, 2026

Respectfully submitted,

*/s/ J. Ravindra Fernando*

F. Christopher Austin (SBN 6559)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com

Jeremy P. Oczek (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

Jonathan L. Gray (Pro hac vice)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: jlgray@bsk.com

Adam D. Swain (Pro hac vice)
ALSTON & BIRD
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3622
Email: Adam.Swain@alston.com

J. Ravindra Fernando (Pro hac vice)
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1136
Email: Ravi.Fernando@alston.com

Natalie C. Clayton (Pro hac vice)
ALSTON & BIRD
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9573
Email: Natalie.Clayton@alston.com

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V.*

Respectfully submitted,

*/s/ Nicholas Brown (with permission)*

Hua Chen (Pro hac vice)
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071

Akke Levin (SBN 9102)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Akke.Levin@gtlaw.com

Nicholas Brown (Pro hac vice)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Email: Nicholas.Brown@gtlaw.com

Aimee Housinger (Pro hac vice)
GREENBERG TAURIG, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002
Email: housingera@gtlaw.com

Callie J. Sand (Pro hac vice)
GREENBERG TAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Email: callie.sand@gtlaw.com

*COUNSEL FOR DEFENDANTS*
*LEPRO Innovation Inc.,*
*LE Innovation Inc.,*
*Innovation Rules Inc.,*
*Home Ever Inc., and*
*Leitianlighting, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically transmitted the foregoing **JOINT AND UNOPPOSED MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Respectfully submitted,

*/s/ J. Ravindra Fernando*

J. Ravindra Fernando