**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.<br><br>Plaintiffs,<br>vs.<br><br>LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,<br><br>Defendants. | Case No.: 2:22-cv-02095-JAD-EJY<br><br>**SIGNIFY'S RULE 59 MOTION TO AMEND OR ALTER JUDGMENT** |

**[PROPOSED] ORDER**

Having reviewed the parties' **JOINT AND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RENEWED RULE 59 MOTION**, and good cause appearing,

**IT IS HEREBY ORDERED** that Signify's renewed post-trial motion and brief is due October 22, 2026.

U.S. District Judge Jennifer A. Dorsey

Date: 9/24/2026