Akke Levin (NV Bar No. 9102)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
*Akke.Levin@gtlaw.com*

Hua Chen (*pro hac vice*)
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1778
*huachen@scienbizippc.com*

Nicholas Brown (*pro hac vice*)
Patrick Michael (*pro hac vice*)
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1300
*nicholas.brown@gtlaw.com*
*patrick.michael@gtlaw.com*

Aimee Housinger (*pro hac vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002
Telephone: (713) 374-3500
housingera@gtlaw.com

*Attorneys for Defendants Lepro Innovation, Inc., LE Innovation Inc., Innovation Rules Inc., Home Ever Inc., and LetianLighting, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,

Plaintiffs,

v.

LEPRO INNOVATION INC, LE INNOVATION INC, INNOVATION RULES INC., HOME EVER INC., and LETIANLIGHTING, INC.,

Defendants.

Case No. 2:22-cv-02095-JAD-EJY

**UNOPPOSED MOTION TO EXTEND LEPRO'S RESPONSE DEADLINE**

Pursuant to LR 6-1 Defendants Lepro Innovation, Inc., LE Innovation Inc., Innovation Rules Inc., Home Ever Inc., and LetianLighting, Inc. (collectively, "Lepro"), move the Court for an Order extending by one day its deadline to respond to Signify's Renewed Rule 59 Motion To Amend Or Alter Judgment (Dkt. 322). Lepro's response is currently due on Nov. 5, 2026.

Lepro requests a one-day extension to Nov. 6, 2026, because of time missed by counsel due to illness after Signify filed its motion. Lepro conferred with counsel for Signify; Signify does not oppose this request.

This is the first request for an extension of time related to Lepro's response to Signify's Renewed Rule 59 Motion To Amend Or Alter Judgment (Dkt. 322). The parties previously requested—and the Court granted—an extension to file Signify's Renewed Rule 59 Motion To Amend Or Alter Judgment. (Dkts. 321, 320.) No other case deadlines are affected by the requested extension.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Nicholas Brown*

Akke Levin (NV Bar No. 9102)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Akke.Levin@gtlaw.com

Nicholas Brown (*pro hac vice*)
Patrick Michael (*pro hac vice*)
Corey T. Leggett (*pro hac vice*)
Sophia Kim (*pro hac vice*)
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1300
nicholas.brown@gtlaw.com
patrick.michael@gtlaw.com

Aimee Housinger (*pro hac vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 6700
Houston, TX 77002

Telephone: (713) 374-3570
housingera@gtlaw.com

Hua Chen (*pro hac vice*)
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1778
huachen@scienbizippc.com

*Counsel for Defendants LEPRO Innovation Inc., LE Innovation Inc., Innovation Rules Inc., Home Ever Inc., and Letianlighting, Inc.*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2026